STEVEN T. GUBNER – Bar No. 156593
JASON B. KOMORSKY – Bar No. 155677
JESSICA L. BAGDANOV – Bar No. 281020
JESSICA S. WELLINGTON – Bar No. 324477
BRUTZKUS GUBNER
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone: (818) 827-9000
Facsimile: (818) 827-9099
Email: sgubner@bg.law
jkomorsky@bg.law
jbagdanov@bg.law
jwellington@bg.law

Attorneys for Michael G. Kasolas, Liquidating Trustee
For the Robert Brower, Sr. Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>ROBERT BROWER, SR.,<br><br>        Debtor. | Case No. 15-50801 MEH<br><br>Chapter 11<br><br>Adv. Case No. 21-05029 |
| MICHAEL G. KASOLAS, solely in his capacity as the Liquidating Trustee for the Robert Brower, Sr. Liquidating Trust,<br><br>        Plaintiff,<br><br>v.<br><br>PATRICIA BROWER, solely as trustee of the BROWER TRUST (2015), dated June 30, 2015; GREAT AMERICAN WINERIES, INC., a California corporation; DEERLEAF HOLDINGS, INC., a Delaware corporation; ROBERT BROWER, JR., an individual; MED-VENTURE INVESTMENTS, LLC, a California limited liability company; AURORA CAPITAL ADVISORS, a California general partnership; RICHARD BABCOCK, an individual and general partner of Aurora Capital Advisors; ANTHONY NOBLES, an individual and general partner of Aurora Capital Advisors; COASTAL WINE SERVICES, LLC, a California limited liability | **CERTIFICATE OF SERVICE** |

1

| | |
|---|---|
| 1 | company; WILFORD BUTCH LINDLEY, an individual; POHANKA OF SALISBURY, INC.; a Maryland corporation, JAURIGUE LAW GROUP, a California professional corporation dba JLG Lawyers; JOHNSON, ROVELLA, RETTERER, ROSENTHAL & GILLES, LLP, a limited liability partnership; and OLDFIELD CREELY, LLP, a limited liability partnership, |
| 6 | Defendants. |

# CERTIFICATE OF SERVICE

I, JESSICA STUDLEY, certify that service of following documents:

1. **COMPLAINT FOR: (1) AVOIDANCE OF POST PETITION TRANSFERS PURSUANT TO 11 U.S.C. § 549; (2) AVOIDANCE OF FRAUDULENT TRANSFERS PURSUANT TO CAL. CIV. CODE §§ 3439.04, 3439.07, 3439.08; (3) RECOVERY OF AVOIDED TRANSFERS FOR BENEFIT OF ESTATE PURSUANT TO 11 U.S.C. §§ 550 AND 551; (4) TURNOVER OF ESTATE ASSETS PURSUANT TO 11 U.S.C. § 542; (5) ACCOUNTING; (6) BREACH OF FIDUCIARY DUTY; (7) AIDING AND ABETTING BREACH OF FIDUCIARY DUTY; AND (8) DISGORGEMENT PURSUANT TO 11 U.S.C. § 330 (9) CONVERSION**
2. **CORRECTED SUMMONS AND NOTICE OF SCHEDULING CONFERENCE IN AN ADVERSARY PROCEEDING**
3. **CORRECTED DISCOVERY ORDER**
4. **ADR CERTIFICATION**

was made on **July 29, 2021** by:

☒ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

**(SEE ATTACHED SERVICE LIST)**

☐ Personal Service: By leaving the process with defendant or with an offier or agent of defendant at:

☐ Overnight Delivery: By enclosing in a UPS envelope for next day delivery.

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addresses to the following officer of the defendant at:

☐ Email: The defendant's counsel was served by email as follows:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times, during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: July 29, 2021

_Jessica Studley_
JESSICA STUDLEY

Brutzkus Gubner
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367

# **SERVICE LIST**

| | |
|---|---|
| Patricia Brower<br>2 Christopher Court<br>Flanders, NJ 07836 | Great American Wineries, Inc.<br>Attn: Robert Brower Jr., agent for service of process<br>28088 Barn Court<br>Carmel CA 93923 |
| Great American Wineries, Inc.<br>c/o Robert Brower Jr., President<br>2511 Garden Road, Suite B-100<br>Monterey CA 93940 | Deerleaf Holdings, Inc.<br>c/o United States Corporation Agents, Inc.<br>221 N BROAD ST, SUITE 3A<br>Middletown  DE 19709 |
| Deerleaf Holdings, Inc.<br>c/o Robert Brower Jr., President<br>25 Sunderland Lane<br>Katonah, NY 10536 | Robert Brower, Jr.<br>25 Sunderland Lane<br>Katonah, NY 10536 |
| Med-Venture Investments, LLC<br>Attn: Rhonda Nobles, agent for service of process<br>17080 Newhope St.<br>Fountain Valley CA 92708 | Med-Venture Investments, LLC<br>Attn: Anthony Nobles, Managing Member<br>17080 Newhope Street<br>Fountain Valley, CA 92708-4206 |
| Aurora Capital Advisors<br>Attn: Anthony Nobles and Richard Babcock, Partners<br>18101 Von Karman, Suite 230<br>Irvine CA 92612 | Aurora Capital Advisors<br>Attn: Richard Babcock, Partner<br>245 Woodscape Ct.<br>Alpharetta, GA 30022-3245 |
| Aurora Capital Advisors<br>Attn: Anthony Nobles, Partner<br>17080 Newhope Street<br>Fountain Valley, CA 92708-4206 | Richard Babcock<br>245 Woodscape Ct.<br>Alpharetta, GA 30022-3245 |
| Anthony Nobles<br>17080 Newhope Street<br>Fountain Valley, CA 92708-4206 | Coastal Wine Services, LLC<br>Attn: Willford Brooks Lindley, agent for service of process<br>340 El Camino Real South<br>Salinas CA 93901 |
| WILLFORD BUTCH LINDLEY<br>340 EL CAMINO REAL SOUTH<br>SALINAS CA 93901 | Pohanka of Salisbury, Inc.<br>Attn: Neal Johnson, agent for service of process<br>1772 Ritchie Station Court<br>Capitol Heights MD 20743 |

| | | |
|---|---|---|
| 1 | Pohanka of Salisbury, Inc.<br>Attn: Paul Eaton, Chief Operating Officer<br>2013 North Salisbury Blvd.<br>Salisbury, MD 21801 | Jaurigue Law Group<br>Attn: Michael Jaurigue, Managing Shareholder<br>300 W Glenoaks Blvd. #300<br>Glendale, CA 91202 |
| 4 | Johnson, Rovella, Retterer, Rosenthal & Gilles, LLP<br>Attn: Paul Rovella, Managing Partner<br>530 San Benity Street, Ste 202<br>Hollister, CA 95023 | Johnson, Rovella, Retterer, Rosenthal & Gilles, LLP<br>Attn: David W. Balch and Stephan A. Barber<br>318 Cayuga Street<br>Salinas CA 93901 |
| 7 | Oldfield Creely, LLP<br>Attn: Douglas Oldfield, Member<br>26619 Carmel Center Pl # 202<br>Carmel-By-The-Sea, CA 93923 | Oldfield Creely, LLP<br>Attn: Andrew Creely, Member<br>26619 Carmel Center Pl # 202<br>Carmel-By-The-Sea, CA 93923 |