1 | Leonard M. Shulman – Bar No. 126349
Ryan D. O'Dea – Bar No. 273478
2 | **SHULMAN BASTIAN FRIEDMAN & BUI LLP**
100 Spectrum Center Drive, Suite 600
3 | Irvine, CA 92618
Telephone: (949) 340-3400
4 | Facsimile: (949) 340-3000
Email: lshulman@shulmanbastian.com;
5 | rodea@shulmanbastian.com

6 | Attorneys for Defendants Aurora Capital Advisors, Richard
Babcock, Anthony Nobles and Med-Venture Investments, LLC

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In re<br>**ROBERT BROWER SR.**,<br>Debtor.<br>_____<br>**MICHAEL G. KASOLAS,** solely in his capacity as the Liquidating Trustee for the Robert Brower Sr. Liquidating Trust,<br>Plaintiff,<br>v.<br>**PATRICIA BROWER,** solely as trustee of the BROWER TRUST (2015), dated June 30, 2015; **GREAT AMERICAN WINERIES, INC.,** a California corporation; **DEERLEAF HOLDINGS, INC.,** a Delaware corporation; **ROBERT BROWER, JR.,** an individual; **MED-VENTURE INVESTMENTS, LLC,** a California limited liability company; **AURORA CAPITAL ADVISORS,** a California general partnership; **RICHARD BABCOCK,** an individual and general partner of Aurora Capital Advisors; **ANTHONY NOBLES,** an individual and general partner of Aurora Capital Advisors; **COASTAL WINE SERVICES, LLC,** a California limited liability company; **WILFORD BUTCH, LINDLEY,** an individual; **POHANKA OF SALISBURY, INC.**, a Maryland corporation; | Case No.: 15-bk-50801-MEH<br><br>Chapter 11<br><br>Adv. No.: 21-ap-05029-MEH<br><br>**AURORA CAPITAL ADVISORS, RICHARD BABCOCK, ANTHONY NOBLES AND MED-VENTURE INVESTMENTS, LLC's MOTION TO DISMISS COMPLAINT PURSUANT TO RULE 12(b)(6)**<br><br>[Notice of Motion and Memorandum of Points and Authorities Concurrently Filed]<br><br>**Hearing Date**:<br>Date: October 12, 2021<br>Time: 11:00 a.m.<br>Place: Courtroom 11<br>United States Courthouse<br>280 South First Street<br>San Jose, California 95113<br><br>[To Be Held Telephonic or Video] |

1

DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)

SHULMAN BASTIAN FRIEDMAN & BUI LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

Case: 21-05029  Doc# 10  Filed: 09/07/21  Entered: 09/07/21 11:52:34  Page 1 of 7

| | |
|---|---|
| 1 | **JAURIGUE LAW GROUP,** a California professional corporation *dba* JLG Lawyers; **JOHNSON, ROVELLA, RETTERER, ROSENTHAL & GILLES, LLP,** a limited liability partnership; and **OLDFIELD CREELY, LLP,** a limited liability partnership, |
| 2 | |
| 3 | |
| 4 | |
| 5 | Defendants. |

2

**DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)**

SHULMAN BASTIAN
FRIEDMAN & BUI LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

Case: 21-05029    Doc# 10    Filed: 09/07/21    Entered: 09/07/21 11:52:34    Page 2 of 7

**TO THE HONORABLE M. ELAINE HAMMOND, UNITED STATES BANKRUPTCY JUDGE, PLAINTIFF, ALL DEFENDANTS AND ALL THEIR ATTORNEYS OF RECORD**:

Defendants Aurora Capital Advisors, Richard Babcock, Anthony Nobles and Med-Venture Investments, LLC (collectively, "Defendants") hereby bring this motion to dismiss ("Motion") the first, second, third, fourth, fifth, sixth and tenth claims for relief contained within the complaint (the "Complaint") filed by Michael G. Kasolas ("Plaintiff") liquidating trustee for the bankruptcy estate of Robert Brower, Sr.

As detailed in the concurrently filed Memorandum of Points and Authorities, the Complaint consists of a jumble of claims and contentions – that when taken together and viewed in a light most favorable to Plaintiff, fail to state a single claim for relief against Defendants. At the most fundamental level, all claims against Defendants must be dismissed because the Proceeds[1] used to make the Med-Venture Transfer and the Aurora Transfer were not property of the estate. Flowing from this unavoidable reality is the fact that all substantive claims asserted against Defendants are dispositively deficient and amendment of the Complaint would be futile. Furthermore, virtually all substantive claims for relief asserted against Defendants are time-barred under applicable law and no exceptions exist to otherwise toll any controlling statute of limitation. Finally, the Complaint fails to comply with applicable federal pleading standards and constitutes an impermissible "shotgun pleading" due to Plaintiff lumping together ten (10) claims for relief against fifteen (15) defendants, while at the same time relying upon indiscriminate application of "incorporation by reference."

///
///
///
///
///

---

[1] All capitalized terms not otherwise defined in this Motion shall have the meaning ascribed to same in the accompanying Memorandum of Points and Authorities.

3

DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)

SHULMAN BASTIAN FRIEDMAN & BUI LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

Case: 21-05029    Doc# 10    Filed: 09/07/21    Entered: 09/07/21 11:52:34    Page 3 of 7

Therefore, and for the reasons detailed in the Memorandum of Points and Authorities, the Complaint has no merit or basis in fact and must be dismissed without leave to amend for failure to state a plausible claim for relief. Accordingly, Defendants respectfully request that the Motion be granted in its entirety and Plaintiff's first, second, third, fourth, fifth, sixth and tenth claims for relief against Defendants be dismissed without leave to amend.

**SHULMAN BASTIAN FRIEDMAN & BUI LLP**

Dated: September 7, 2021   By: /s/ *Ryan D. O'Dea*
                          Leonard M. Shulman
                          Ryan D. O'Dea
                          Attorneys for Defendants Aurora Capital Advisors, Richard Babcock, Anthony Nobles and Med-Venture Investments, LLC

In re: **Robert Brower Sr - Debtor**
BK Case No.: **15-bk-50801-MEH**

**Michael G. Kasolas, etc., et al vs. Patricia Brower, etc., et al**
**ADV NO. 21-ap-05029-MEH**

# CERTIFICATE OF SERVICE

I, Lori Gauthier, declare that I am a citizen and resident of the United States of America and over 18 years of age and not a party to the within entitled litigation. My business address is Shulman Bastian Friedman & Bui LLP, 100 Spectrum Center Drive, Suite 600, Irvine, CA 92618. On this date I served the following documents on the person named below by placing a true copy thereof in a sealed envelope with first class postage thereon, fully prepaid, in the United States mail at Irvine, California addressed as addressed below or by e-mail or by electronic filing, as set forth below:

**AURORA CAPITAL ADVISORS, RICHARD BABCOCK, ANTHONY NOBLES AND MED-VENTURE INVESTMENTS, LLC's MOTION TO DISMISS COMPLAINT PURSUANT TO RULE 12(b)(6)**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on *September 7, 2021* at Irvine, California.

                                                         /s/ Lori Gauthier

**ELECTRONIC SERVICE LIST:**

- Jessica Wellington    ecf@bg.law

**All ECF Participants**

## MAIL SERVICE LIST:

Aurora Capital Advisors,
18101 Von Karman, Suite 230
Irvine, CA 92612

Richard Babcock,
245 Woodscape Ct.
Alpharetta, GA 30022-3245

Patricia Brower
2 Christopher Court
Flanders, NJ 07836

Robert Brower, Jr.
25 Sunderland Lane
Katonah, NY 10536

Coastal Wine Services, LLC,
Attn: Willford Brooks Lindley, agent
340 El Camino Real South
Salinas, CA 93901

Deerleaf Holdings, Inc.,
c/o United States Corporation Agents, In
221 N. Broad St., Suite 3A
Middletown, DE 19709

Great American Wineries, Inc.
Attn:Robert Brower, Jr., Agent
28088 Barn Court
Carmel, CA 93923

Jaurigue Law Group,
Attn: Michael Jaurigue, Managing Shareho
300 W. Glenoaks Blvd., #300
Glendale, CA 91202

Johnson, Rovella, Retterer, Rosenthal & Gilles, LLP,
Attn: Paul Rovella, Managing Partner
530 San Benity Street, Suite 202
Hollister, CA 95023

Wilford Butch Lindley
340 El Camino Real South
Salinas, CA 93901

Med-Venture Investments, LLC,
Attn: Rhonda Nobles, agent
17080 Newhope Street
Fountain Valley, CA 92708

Anthony Nobles,
17080 Newhope Street
Alpharetta, GA 30022-3245

Oldfield Creely, LLP,
Attn: Douglas Oldfield, Member
Carmel-By-The- Sea, CA 93923

Pohanka of Salisbury, Inc.,
Attn: Neal Johnson, agent for service
1772 Ritchie Station Court
Capital Heights, MD 20743