Heinz Binder, (SBN 87908)
Wendy Watrous Smith, (SBN 133887)
Binder & Malter, LLP
2775 Park Avenue
Santa Clara, CA  95050
Phone:   408-295-1700
Fax:      408-295-1531
Email:   Heinz@bindermalter.com
              Wendy@bindermalter.com

Attorneys for Defendant JRG Attorneys at Law
(named in Complaint as Johnson, Rovella, Retterer,
Rosenthal & Gilles, LLP)

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>ROBERT BROWER, SR.,<br><br>             Debtor. | Bk. Case No. 15-50801 MEH<br><br>Chapter 11 |
| MICHAEL G. KASOLAS, solely in his capacity as the Liquidating Trustee for the Robert Brower, Sr. Liquidating Trust,<br><br>      Plaintiff,<br><br>v.<br><br>PATRICIA BROWER, solely as the trustee of the BROWER TRUST (2015), dated June 30, 2015, et al.<br><br>      Defendants. | Adv. Pro. No. 21-ap-05029-MEH<br><br>Date:     November 18, 2021<br>Time:    11:00 a.m.<br>Judge:   M. Elaine Hammond<br><br>*The hearing will be held with video or audio appearances only. Please review the notice and the Court's website for details* |

## MOTION TO DISMISS COMPLAINT PURSUANT TO RULE 12(b)

Defendant JRG Attorneys at Law, LLP  ("JRG Attorneys") moves the Court to  dismiss  the complaint filed against it this action by Michael G. Kasolas in his capacity as the Liquidating

Trustee for the Robert Brower, Sr. Liquidating Trust (the "Liquidating Trust" or "Plaintiff"). The dismissal should be without leave to amend.

The 154-page complaint includes ten causes of action against 15 differently situated defendants. While the claims against the various defendants are largely consolidated and difficult to decipher, the overall purpose of the complaint is evident. The Liquidating Trust is seeking payment from the various defendants for amounts allegedly paid to them by Coastal Cypress Corporation ("Coastal Cypress") over the last six years. Coastal Cypress, however, is neither the debtor nor a party to the adversary proceeding. Rather, the Liquidating Trust bases its argument on its assertion that, as the owner of all of the shares of Coastal Cypress, it can ignore the corporate form and treat the property that Coastal Cypress held during that bankruptcy as if it had been property of the bankruptcy estate, which the Liquidating Trust can now recover. The argument fails.

As set forth in the accompanying Memorandum of Points and Authorities, each of the claims for relief against JRG Attorneys has problems of standing, statutory authority and time -- legal flaws that cannot be corrected with further pleading. The claims against JRG Attorneys are also barred by the rules in California against suing attorneys for representing their clients, the litigation privilege, and inadequate factual pleading. These flaws, also, cannot be corrected by amending the complaint.

Finally, the entire complaint fails under Federal Rule of Civil Procedure 8, which demands a "short and plain statement of the claim showing that the pleader is entitled to relief". *See¸ Bell Atlantic Corp. v. Twomly,* I550 U.S. 544, 561.

JRG Attorneys is included as a defendant in nine of the 10 claims asserted and moves that all of the claims against it are dismissed without leave to amend.

///
///
///
///
///

This motion is supported by the accompanying Notice, Memorandum of Points and Authorities, and Request for Judicial Notice, which includes prior pleadings in this action.

Dated: September 29, 2021　　　　　　　　　　BINDER & MALTER, LLP

By: /s/ *Wendy Watrous Smith*
　　Wendy Watrous Smith
　　Attorneys for JRG Attorneys at Law