STEVEN T. GUBNER – Bar No. 156593
JASON B. KOMORSKY – Bar No. 155677
JESSICA L. BAGDANOV – Bar No. 281020
JESSICA S. WELLINGTON – Bar No. 324477
BRUTZKUS GUBNER
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone: (818) 827-9000
Facsimile: (818) 827-9099
Email: sgubner@bg.law
jkomorsky@bg.law
jbagdanov@bg.law
jwellington@bg.law

Attorneys for Michael G. Kasolas, Liquidating Trustee
For the Robert Brower, Sr. Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>ROBERT BROWER, SR.,<br><br>Debtor. | Bk. Case No. 15-50801 MEH<br><br>Chapter 11<br><br>Adv. Case No. 21-05029 MEH |
| MICHAEL G. KASOLAS, solely in his capacity as the Liquidating Trustee for the Robert Brower, Sr. Liquidating Trust,<br><br>Plaintiff,<br><br>v.<br><br>PATRICIA BROWER, solely as trustee of the BROWER TRUST (2015), dated June 30, 2015, et al.<br><br>Defendants. | **STIPULATION TO EXTEND DEADLINES AND CONTINUE STATUS CONFERENCE IN LIGHT OF PENDING MOTION TO DISMISS AND GRANTED EXTENSIONS**<br><br>**Current Status Conference:**<br>Date: October 18, 2021<br>Time: 10:00 a.m.<br><br>**Proposed Continued Status Conference:**<br>Date: November 15, 2021<br>Time: 10:00 a.m.<br>Place: Courtroom 11<br>United States Bankruptcy Court<br>280 South First Street<br>San Jose, California 95113<br>[via Tele/Videoconferece] |

1

**TO THE HONORABLE M. ELAINE HAMMOND, UNITED STATES BANKRUPTCY JUDGE AND PARTIES-IN-INTEREST:**

Plaintiff Michael G. Kasolas, Liquidating Trustee for the Robert Brower, Sr. Liquidating Trust ("Liquidating Trustee"), and Defendants Patricia Brower, solely as trustee of the Brower Trust (2015), dated June 20, 2015 (the "Trust"), Robert Brower, Jr. ("R. Brower"), Great American Wineries, Inc. ("GAW"), Deerleaf Holdings, Inc. ("Deerleaf"), Med-Venture Investments, LLC ("Med-Venture"), Aurora Capital Advisors ("Aurora"), Richard Babcock ("Babcock"), Anthony Nobles ("Nobles"), Pohanka of Salisbury, Inc. ("Pohanka"), Johnson, Rovella, Retterer, Rosenthal & Gilles, LLP ("Johnson Rovella") and Oldfield Creely LLP ("Oldfield") (collectively, "Defendants")[1] (Plaintiff and Defendants herein together, the "Parties"), by and through their counsel, hereby stipulate and agree as follows:

## RECITALS

A. On July 22, 2021, Plaintiff filed a complaint (the "Complaint") against Defendants, initiating the above-captioned adversary proceeding (the "Adversary Proceeding") [Doc. 1].

B. On July 23, 2021, the Court issued a corrected summons setting the deadline for Defendants to file and serve a written response to the Complaint by August 22, 2021 (the "Deadline") and a scheduling conference for October 18, 2021 [Doc. 4]. On the same day, the Court entered its *Order re Initial Disclosures and Discovery Conference* (the "Discovery Order") [Doc. 5], which orders the Parties to meet and confer at a Discovery Conference pursuant to Fed. R. Civ. P. 26 at least 21 days before the scheduling conference, and to file a joint discovery plan within 14 days after the Discovery Conference.

C. On July 29, 2021, Plaintiff served the corrected summons and Complaint on Defendants [Doc. 9].

D. On September 7, 2021, Defendants Aurora, Babcock, Nobles, and Med-Venture filed timely a motion to dismiss the Complaint (the "Motion to Dismiss") [Doc. 10]. The hearing on the Motion to Dismiss is set for October 12, 2021.

E. Throughout the course of this Adversary Proceeding, Plaintiff's counsel has been

---

[1] Defendants Coastal Wine Services, LLC, Wilford Butch Lindley and Jaurigue Law Group have not appeared in this action and have not timely responded to the Complaint. Plaintiff intends to seek their default.

2

contacted by Defendants' or their counsel wherein each of the Defendants requested a continuance of the Deadline to respond to the Complaint, which Plaintiff granted as follows:

    a. The Trust, R. Brower, GAW and Deerleaf's deadline to respond to the Complaint has been extended until 20 days after the Court enters an order on the Motion to Dismiss;

    b. Aurora, Babcock, Nobles and Med Venture's deadline to respond to the Complaint was extended to September 6, 2021 (a federal holiday);

    c. Pohanka's deadline to respond to the Complaint has been extended to October 12, 2021;

    d. Johnson Rovella's deadline to respond to the Complaint has been extended to September 29, 2021; and

    e. Oldfield's deadline to respond to the Complaint was extended to September 22, 2021.

F. In light of the pending Motion to Dismiss and the various extensions of the Deadline Plaintiff provided to Defendants, in order to preserve judicial resources as much as possible, the Parties seek a brief continuance (approximately 30 days) of the scheduling conference and the deadlines in the Discovery Order.

## **STIPULATION**

**WHEREFORE**, the Parties hereby stipulate and agree, subject to Court approval:

1. The foregoing recitals are incorporated herein by this reference.

2. The scheduling conference set for October 18, 2021 is continued to November 15, 2021 at 10:00 a.m., or such other date that is convenient for the Court.

3. At least 21 days before the continued scheduling conference, the Parties shall confer (in person or by telephone) at a Discovery Conference.

4. A joint discovery plan shall be filed within 14 calendar days after the Discovery Conference.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| DATED: September 30, 2021 | | BRUTZKUS GUBNER |

By: /s/ Jason B. Komorsky
    Jason B. Komorsky
    Jessica L. Bagdanov
    Jessica S. Wellington
Attorneys for Michael G. Kasolas, Liquidating Trustee
For the Robert Brower, Sr. Liquidating Trust

DATED: September 30, 2021

By: /s/ [signature] JR
    R. Brower *pro se*
Individually and as representative of Defendants GAW and Deerleaf

DATED: September 30, 2021    SHULMAN BASTIAN FRIEDMAN & BUI LLP

By: /s/ Ryan O'Dea
    Leonard M. Shulman
    Ryan D. O'Dea
Attorneys for Defendants Aurora, Babcock, Nobles, and Med-Venture

DATED: September 30, 2021    BINDER & MALTER LLP

By: /s/ Wendy W. Smith
    Wendy W. Smith
Attorneys for Defendant Johnson Rovella

Case: 21-05029    Doc# 29    Filed: 09/30/21    Entered: 09/30/21 17:52:45    Page 4 of 6

| | | |
|---|---|---|
| 1 | DATED: September 30, 2021 | DUANE MORRIS |
| 2 | | |
| 3 | | By: /s/ Ron Olinor |
| | | Ron Oliner |
| 4 | | Attorneys for Defendant Pohanka |
| 5 | | |
| 6 | | |
| 7 | DATED: September 30, 2021 | KAUFMAN DOLOWICH VOLUCK |
| 8 | | |
| 9 | | By: /s/ Louis H. Castoria |
| | | Louis H. Castoria |
| 10 | | Rogelio Serrano |
| | | Attorneys for Defendant Oldfield |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | DATED: September 30, 2021 | |
| 15 | | By: *[signature: Patty Brower]* |
| 16 | | Patty Brower *pro se* |
| | | Representative for Defendant the Trust |

5

# CERTIFICATE OF SERVICE

I, Mela Galvan, certify that service of following documents:

**STIPULATION TO EXTEND DEADLINES AND CONTINUE STATUS CONFERENCE IN LIGHT OF PENDING MOTION TO DISMISS AND GRANTED EXTENSIONS**

was made on **September 30, 2021** by:

☒ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

| <u>Defendant In Pro Se</u> | <u>Defendant In Pro Se</u> | <u>Attorneys for Pohanka of Salisbury, Inc.</u> |
|---|---|---|
| Patricia Brower | Robert Brower, Jr. | Ron Olinor, Esq. |
| 2 Christopher Court | 25 Sunderland Lane | Duane Morris LLP |
| Flanders, NJ 07836 | Katonah, NY 10536 | Spear Tower |
| | | One Market Plaza, Suite 2200 |
| | | San Francisco, CA 94105-1127 |

☒ Notice of Electronic Filing (NEF): The foregoing document will be served by the court via NEF and hyperlink to the document. I checked the CM/ECF docket for this case and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Jason B. Komorsky**   jkomorsky@bg.law, ecf@bg.law
- **Ryan O'Dea**   rodea@shbllp.com
- **Rogelio Serrano-Gutierrez**   rserrano@kdvlaw.com
- **Wendy W. Smith**   Wendy@bindermalter.com
- **Jessica Wellington**   ecf@bg.law

☐ Overnight Delivery: By enclosing in a UPS envelope for next day delivery.

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addresses to the following officer of the defendant at:

☐ Email: The defendant's counsel was served by email as follows:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times, during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date:  September 30, 2021

/s/ Mela Galvan
Mela Galvan

Brutzkus Gubner
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367