The following constitutes the order of the Court.
Signed: October 1, 2021

_____
**M. Elaine Hammond**
**U.S. Bankruptcy Judge**

STEVEN T. GUBNER – Bar No. 156593
JASON B. KOMORSKY – Bar No. 155677
JESSICA L. BAGDANOV – Bar No. 281020
JESSICA S. WELLINGTON – Bar No. 324477
BRUTZKUS GUBNER
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone: (818) 827-9000
Facsimile: (818) 827-9099
Email:   sgubner@bg.law
         jkomorsky@bg.law
         jbagdanov@bg.law
         jwellington@bg.law

Attorneys for Michael G. Kasolas, Liquidating Trustee
For the Robert Brower, Sr. Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>ROBERT BROWER, SR.,<br><br>Debtor. | Bk. Case No. 15-50801 MEH<br><br>Chapter 11<br><br>Adv. Case No. 21-05029 |
| MICHAEL G. KASOLAS, solely in his capacity as the Liquidating Trustee for the Robert Brower, Sr. Liquidating Trust,<br><br>Plaintiff,<br><br>v.<br><br>PATRICIA BROWER, solely as trustee of the BROWER TRUST (2015), dated June 30, 2015; et al.,<br><br>Defendants. | **ORDER EXTENDING DEADLINES AND CONTINUING STATUS CONFERENCE**<br><br>**Current Status Conference:**<br>Date:  October 18, 2021<br>Time:  10:00 a.m.<br>Judge: Hon. M. Elaine Hammond<br>          via Tele/Videoconference<br><br><br>**Continued Status Conference:**<br>Date:  November 15, 2021<br>Time:  10:00 a.m.<br>Judge: Hon. M. Elaine Hammond<br>          via Tele/Videoconference |

The Court, having reviewed and considered the *Stipulation to Extend Deadlines and Continue Status Conference in Light of Pending Motion to Dismiss* [Doc. 29] (the "Stipulation"), entered into among Plaintiff Michael G. Kasolas, Liquidating Trustee for the Robert Brower, Sr. Liquidating Trust, and Defendants Patricia Brower, solely as trustee of the Brower Trust (2015), dated June 30, 2015, Robert Brower Jr., Great American Wineries, Inc., Deerleaf Holdings, Inc., Med-Venture Investments, LLC, Aurora Capital Advisors, Richard Babcock, Anthony Nobles, Pohanka of Salisbury, Inc., Johnson, Rovella, Retterer, Rosenthal & Gilles, LLP and Oldfield Creely LLP (collectively, "the Parties"), and finding good cause appearing therefor,

IT IS HEREBY ORDERED:

1. The Stipulation is approved.
2. The scheduling conference currently set for October 18, 2021 is continued to November 15, 2021 at 10:00 a.m.
3. At least 21 days before the continued scheduling conference, the Parties shall confer (in person or by telephone) at a discovery conference.
4. A joint discovery plan shall be filed within 14 calendar days after the discovery conference.

**\*\*\*END OF ORDER\*\*\***

COURT SERVICE LIST

ECF Participants