STEVEN T. GUBNER – Bar No. 156593
JASON B. KOMORSKY – Bar No. 155677
JESSICA L. BAGDANOV – Bar No. 281020
JESSICA S. WELLINGTON – Bar No. 324477
BRUTZKUS GUBNER
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone: (818) 827-9000
Facsimile: (818) 827-9099
Email: sgubner@bg.law
jkomorsky@bg.law
jbagdanov@bg.law
jwellington@bg.law

Attorneys for Michael G. Kasolas, Liquidating Trustee
For the Robert Brower, Sr. Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>ROBERT BROWER, SR.,<br><br>    Debtor.<br><br>MICHAEL G. KASOLAS, solely in his capacity as the Liquidating Trustee for the Robert Brower, Sr. Liquidating Trust,<br><br>    Plaintiff,<br><br>v.<br><br>PATRICIA BROWER, solely as trustee of the BROWER TRUST (2015), dated June 30, 2015; et al.,<br><br>    Defendants. | Bank. Case No.: 15-50801 MEH<br><br>Chapter 11<br><br>Adv. Case No. 21-05029 MEH<br><br>**EX PARTE APPLICATION FOR LEAVE TO FILE OVERSIZED BRIEF PURSUANT TO LOCAL RULES 7-4(b) and 7-11**<br><br><u>Hearing on Motions to Dismiss Complaint:</u><br><br>Date:  November 15, 2021<br>Time:  11:00 a.m.<br>Place: Courtroom 11<br>         United States Bankruptcy Court<br>         280 South First Street<br>         San Jose, California 95113 |

1

Michael G. Kasolas, Liquidating Trustee for the Robert Brower, Sr. Liquidating Trust, and Plaintiff herein ("Liquidating Trustee" or "Plaintiff"), hereby respectfully moves this Court pursuant to Local Rules 7-4(b) and 7-11 for leave to file one oversized brief, not to exceed thirty (30) pages, in opposition to *Defendant Oldfield Creely, LLP's Motion to Dismiss Complaint Pursuant to Rule 12(b)(6)* [Doc. 13] filed on behalf of defendant Oldfield Creely, LLP ("Oldfield Creely"), and the *Corrected Motion to Dismiss the Complaint Pursuant to Rule 12(b)* [Doc. 25] filed on behalf of defendant JRG Attorneys at Law, LLP ("JRG," and together with Oldfield Creely, "Defendants"), in lieu of two separate briefs opposing the motions. In support of the application, the Liquidating Trustee respectfully represents as follows:

1. The Motions to Dismiss filed by Oldfield Creely and JRG (the "Motions") are set for hearing before the Court on November 15, 2021 at 11:00 a.m. The Liquidating Trustee's deadline to file oppositions to the Motions is November 1, 2021.

2. The Court set a consolidated hearing on these motions, given that they both "substantially overlap with the arguments and issues presented at the October 12 hearing" on the prior motion to dismiss by defendants Aurora Capital, Babcock, Nobles, and Med-Venture Investments. *See* Email from Anna Rosales to the parties dated October 13, 2021.

3. The Liquidating Trustee is not seeking to overwhelm the parties or this Court with an oversized brief in opposing these Motions. Instead of filing two separate oppositions (one as to Oldfield Creely, and one as to JRG, which oppositions will contain largely similar arguments), the Liquidating Trustee intends to file one consolidated opposition addressing both Motions in the interests of judicial economy. The Liquidating Trustee's consolidated opposition will not exceed thirty (30) pages in length. The Liquidating Trustee believes that this request to file one 30-page brief is a practical matter of judicial economy and logic, as the legal arguments presented in the motions substantially overlap.

4. Counsel for the Liquidating Trustee sent an email to counsel for JRG and Oldfield Creely on October 28, 2021 inquiring whether they had any opposition to the Trustee's ex parte request. **Both counsel confirmed they have no opposition to this request.**

///

WHEREFORE, the Liquidating Trustee respectfully request that the Court grant him leave to file an oversized brief, not to exceed third (30) pages, as a consolidated opposition to the pending motions to dismiss.

DATED: October 28, 2021    BRUTZKUS GUBNER

By: /s/ Jessica L. Bagdanov
JESSICA L. BAGDANOV
Attorneys for Michael G. Kasolas, Liquidating Trustee For the Robert Brower, Sr. Liquidating Trust

# CERTIFICATE OF SERVICE

I, Nikola A. Fields, certify that service of following documents:

**EX PARTE APPLICATION FOR LEAVE TO FILE OVERSIZED BRIEF PURSUANT TO LOCAL RULES 7-4(b) and 7-11**

was made on October 28, 2021 by:

☒ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

| <u>Defendant In Pro Se</u> | <u>Defendant In Pro Se</u> | <u>Attorneys for Pohanka of Salisbury, Inc.</u> |
|---|---|---|
| Patricia Brower | Robert Brower, Jr. | Ron Olinor, Esq. |
| 2 Christopher Court | 25 Sunderland Lane | Duane Morris LLP |
| Flanders, NJ 07836 | Katonah, NY 10536 | Spear Tower |
| | | One Market Plaza, Suite 2200 |
| | | San Francisco, CA 94105-1127 |

☒ Notice of Electronic Filing (NEF): The foregoing document will be served by the court via NEF and hyperlink to the document. I checked the CM/ECF docket for this case and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Jessica L. Bagdanov** jbagdanov@bg.law, ecf@bg.law
- **Jason B. Komorsky** jkomorsky@bg.law, ecf@bg.law
- **Ryan O'Dea** rodea@shbllp.com
- **Rogelio Serrano-Gutierrez** rserrano@kdvlaw.com
- **Wendy W. Smith** Wendy@bindermalter.com
- **Jessica Wellington** jwellington@bg.law, ecf@bg.com

☐ Overnight Delivery: By enclosing in a UPS envelope for next day delivery.

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addresses to the following officer of the defendant at:

☐ Email: The defendant's counsel was served by email as follows:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times, during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: October 28, 2021

*Mela Galvan*
Mela Galvan

Brutzkus Gubner
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367