1 | STEVEN T. GUBNER – Bar No. 156593
JASON B. KOMORSKY – Bar No. 155677
2 | JESSICA L. BAGDANOV – Bar No. 281020
JESSICA S. WELLINGTON – Bar No. 324477
3 | BRUTZKUS GUBNER
21650 Oxnard Street, Suite 500
4 | Woodland Hills, CA 91367
Telephone: (818) 827-9000
5 | Facsimile: (818) 827-9099
Email: sgubner@bg.law
6 | jkomorsky@bg.law
jbagdanov@bg.law
7 | jwellington@bg.law

8 | Attorneys for Michael G. Kasolas, Liquidating Trustee
For the Robert Brower, Sr. Liquidating Trust

The following constitutes the order of the Court.
Signed: October 29, 2021



_____
M. Elaine Hammond
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>ROBERT BROWER, SR.,<br><br>Debtor.<br>_____<br><br>MICHAEL G. KASOLAS, solely in his capacity as the Liquidating Trustee for the Robert Brower, Sr. Liquidating Trust,<br><br>Plaintiff,<br><br>v.<br><br>PATRICIA BROWER, solely as trustee of the BROWER TRUST (2015), dated June 30, 2015; et al.,<br><br>Defendants. | Bank. Case No.: 15-50801 MEH<br><br>Chapter 11<br><br>Adv. Case No. 21-05029 MEH<br><br>**ORDER GRANTING EX PARTE APPLICATION FOR LEAVE TO FILE OVERSIZED BRIEF PURSUANT TO LOCAL RULES 7-4(b) and 7-11**<br><br>**Hearing on Motions to Dismiss Complaint:**<br><br>Date: November 15, 2021<br>Time: 11:00 a.m.<br>Place: Courtroom 11<br>      United States Bankruptcy Court<br>      280 South First Street<br>      San Jose, California 95113 |

Upon consideration of the *Ex Parte Application for Leave to File Oversized Brief Pursuant to Local Rules 7-4(b) and 7-11* (the "Ex Parte Application"), filed on October 28, 2021 on behalf of Michael G. Kasolas, Liquidating Trustee for the Robert Brower, Sr. Liquidating Trust, and Plaintiff herein, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Ex Parte Application is granted.

IT IS FURTHER ORDERED that the Liquidating Trustee may file an oversized and consolidated opposition to the pending motions to dismiss, which memorandum shall not exceed thirty (30) pages.

***END OF ORDER***