| | |
|---|---|
| STEVEN T. GUBNER – Bar No. 156593<br>JASON B. KOMORSKY – Bar No. 155677<br>JESSICA L. BAGDANOV – Bar No. 281020<br>JESSICA S. WELLINGTON – Bar No. 324477<br>BRUTZKUS GUBNER<br>21650 Oxnard Street, Suite 500<br>Woodland Hills, CA 91367<br>Telephone: (818) 827-9000<br>Facsimile: (818) 827-9099<br>Email: sgubner@bg.law<br>         jkomorsky@bg.law<br>         jbagdanov@bg.law<br>         jwellington@bg.law<br><br>Attorneys for Michael G. Kasolas, Liquidating Trustee<br>For the Robert Brower, Sr. Liquidating Trust | |

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re<br><br>ROBERT BROWER, SR.,<br><br>         Debtor. | Case No. 15-50801-MEH<br><br>Chapter 11<br><br>Adv. No. 21-05029-MEH |
| MICHAEL G. KASOLAS, Liquidating Trustee of the Robert Brower Sr. Liquidating Trust,<br><br>         Plaintiff,<br><br>v.<br><br>PATRICIA BROWER, solely as trustee of the BROWER TRUST (2015), dated June 30, 2015; et al.,<br><br>         Defendants. | **DECLARATION OF JESSICA L. BAGDANOV IN SUPPORT OF REQUEST FOR DEFAULT AGAINST DEFENDANT JAURIGUE LAW GROUP**<br><br>[Fed.R.Bankr.P. 7055, Fed.R.Civ.P. 55(a) and Local Bankruptcy Rule 7055-1]<br><br>Status Conference:<br>Date: January 10, 2022<br>Time: 10:00 a.m.<br>Place: Via Tele/Videoconference,<br>    www.canb.uscourts.gov/calendars |

# DECLARATION OF JESSICA L. BAGDANOV

I, Jessica L. Bagdanov, declare:

1. I am an attorney in good standing duly authorized to practice before this Court and all the courts of the State of California.

2. I am a partner at the law firm of Brutzkus Gubner, counsel for Plaintiff Michael G. Kasolas, Liquidating Trustee for the Robert Brower, Sr. Liquidating Trust ("Plaintiff").

3. I have personal knowledge of the following facts and if called as a witness I would and could competently so testify.

4. On July 22, 2021, the Plaintiff commenced this adversary proceeding by filing the Complaint (the "Complaint") [Adv. Doc. 1] entitled, *Michael G. Kasolas, Liquidating Trustee for the Robert Brower, Sr. Liquidating Trust v. Patricia Brower, solely as trustee of the Brower Trust (2015), dated June 20, 2015, Robert Brower, Jr., Great American Wineries, Inc., Deerleaf Holdings, Inc., Med-Venture Investments, LLC, Aurora Capital Advisors, Richard Babcock, Anthony Nobles, Coastal Wine Services LLC, a California limited liability company, Wilford Butch Lindley, an individual, Pohanka of Salisbury, Inc., Jaurigue Law Group, a California professional corporation dba JLG Lawyers, Johnson, Rovella, Retterer, Rosenthal & Gilles, LLP and Oldfield Creely LLP* (collectively, "Defendants"), against Defendants, including defendant Jaurigue Law Group ("Defendant").

5. On July 23, 2021, the Court issued a summons requiring Defendant to answer the Complaint within 30 days and setting a status conference for October 18, 2021.

6. On July 23, 2021, the Court issued a corrected summons setting the deadline for Defendants to file and serve a written response to the Complaint by August 22, 2021 (the "Deadline") and a scheduling conference for October 18, 2021 [Adv. Doc. 4]. On the same day, the Court entered its *Order re Initial Disclosures and Discovery Conference* (the "Discovery Order") [Adv. Doc. 5], which orders the Parties to meet and confer at a Discovery Conference pursuant to Fed. R. Civ. P. 26 at least 21 days before the scheduling conference, and to file a joint discovery plan within 14 days after the Discovery Conference.

2706735
Case: 21-05029    Doc# 51    Filed: 12/15/21    Entered: 12/15/21 11:50:12    Page 2 of 3

7. On July 29, 2021, Plaintiff served the corrected summons and Complaint on Defendants [Adv. Doc. 9].

8. On July 29, 2021, my office caused the summons, Complaint, and notice of compliance with Local Bankruptcy Rule 7026-1 to be delivered by United States mail upon Defendant and its agent for service of process at its business address of record: Attn: Michael Jaurigue, Managing Shareholder, 300 W. Glenoaks Blvd., #300, Glendale, CA 91202.

9. On July 29, 2021, my office filed the certificate and proof of Summons Service Executed [Adv. Doc. 9]. A true and correct copy of the certificate and proof of Summons Service Executed is attached to the Request for Default.

10. Based on the July 23, 2021 Summons date, an answer, or other response, was to be served by Defendant on or before August 22, 2021.

11. As of the date of this declaration no responsive pleading has been served or filed by Defendant.

12. I have not received a returned mail or other notice of non-delivery upon the Defendant.

13. I am informed and believe that Defendant is not a juvenile, incompetent, or in the military.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 15th day of December, 2021 in Woodland Hills, California.

JESSICA L. BAGDANOV