Form DFT

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| | |
|---|---|
| In Re:<br>Robert S. Brower, Sr.<br>Debtor(s) | Case No.: 15–50801<br>Chapter: 11 |
| Michael G. Kasolas<br>Plaintiff(s) | Adversary Proceeding No. 21–05029 |
| vs. | |
| Patricia Brower et al.<br>Defendant(s) | |

## ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

Coastal Wine Services, LLC

Therefore, default is entered against the defendant as authorized by Federal Rule of Bankruptcy Procedure 7055.

Dated: 12/21/21

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court

Janice K. Freer
Deputy Clerk