STEVEN T. GUBNER – Bar No. 156593
JASON B. KOMORSKY – Bar No. 155677
JESSICA L. BAGDANOV – Bar No. 281020
JESSICA S. WELLINGTON – Bar No. 324477
BRUTZKUS GUBNER
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone: (818) 827-9000
Facsimile: (818) 827-9099
Email:     sgubner@bg.law
           jkomorsky@bg.law
           jbagdanov@bg.law
           jwellington@bg.law

Attorneys for Michael G. Kasolas, Liquidating Trustee
For the Robert Brower, Sr. Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re | Case No. 15-50801 MEH |
| ROBERT BROWER, SR., | Chapter 11 |
| Debtor. | Adv. Case No. 21-05029 |
| MICHAEL G. KASOLAS, solely in his capacity as the Liquidating Trustee for the Robert Brower, Sr. Liquidating Trust, | **CERTIFICATE OF SERVICE** |
| Plaintiff, | |
| v. | |
| PATRICIA BROWER, solely as trustee of the BROWER TRUST (2015), dated June 30, 2015; GREAT AMERICAN WINERIES, INC., a California corporation; DEERLEAF HOLDINGS, INC., a Delaware corporation; ROBERT BROWER, JR., an individual; MED-VENTURE INVESTMENTS, LLC, a California limited liability company; AURORA CAPITAL ADVISORS, a California general partnership; RICHARD BABCOCK, an individual and general partner of Aurora Capital Advisors; ANTHONY NOBLES, an individual and general partner of Aurora Capital Advisors; COASTAL WINE SERVICES, LLC, a California limited liability | |

1 company; WILFORD BUTCH LINDLEY, an individual; POHANKA OF SALISBURY, INC.; a Maryland corporation, JAURIGUE LAW GROUP, a California professional corporation dba JLG Lawyers; JOHNSON, ROVELLA, RETTERER, ROSENTHAL & GILLES, LLP, a limited liability partnership; and OLDFIELD CREELY, LLP, a limited liability partnership,

Defendants.

# CERTIFICATE OF SERVICE

I, JESSICA STUDLEY, certify that service of following documents:

**FIRST AMENDED COMPLAINT FOR: (1) AVOIDANCE OF POST PETITION TRANSFERS PURSUANT TO 11 U.S.C. § 549; (2) AVOIDANCE OF ACTUAL FRAUDULENT TRANSFERS PURSUANT TO CAL. CIV. CODE §§ 3439.04, 3439.07, 3439.08; (3) AVOIDANCE OF CONSTRUCTIVE FRAUDULENT TRANSFERS CAL. CIV. CODE §§ 3439.04(A)(2), 3439.07, 3439.08; (4) RECOVERY OF AVOIDED TRANSFERS FOR BENEFIT OF ESTATE PURSUANT TO 11 U.S.C. §§ 550 AND 551; (5) TURNOVER OF ESTATE ASSETS PURSUANT TO 11 U.S.C. § 542; (6) ACCOUNTING; (7) BREACH OF FIDUCIARY DUTY; (8) BREACH OF FIDUCIARY DUTY; (9) DISGORGEMENT PURSUANT TO 11 U.S.C. § 330; AND (10) CONVERSION**

was made on **December 23, 2021** by:

☒ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

**(SEE ATTACHED SERVICE LIST)**

☒ Notice of Electronic Filing (NEF): The foregoing document will be served by the court via NEF and hyperlink to the document. I checked the CM/ECF docket for this case and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**(SEE ATTACHED SERVICE LIST)**

☐ Overnight Delivery: By enclosing in a UPS envelope for next day delivery.

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addresses to the following officer of the defendant at:

☐ Email: The defendant's counsel was served by email as follows:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times, during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: December 23, 2021

_____
JESSICA STUDLEY

Brutzkus Gubner
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367

# SERVICE LIST

**VIA NEF**

Jessica L. Bagdanov    jbagdanov@bg.law, ecf@bg.law
Jason B. Komorsky    jkomorsky@bg.law, ecf@bg.law
Ryan O'Dea    rodea@shbllp.com
Rogelio Serrano-Gutierrez    rserrano@kdvlaw.com
Wendy W. Smith    Wendy@bindermalter.com
Jessica Wellington    jwellington@bg.law, ecf@bg.com

**VIA US FIRST CLASS MAIL**

| | |
|---|---|
| Patricia Brower, PRO SE<br>2 Christopher Court<br>Flanders, NJ 07836 | Great American Wineries, Inc., PRO SE<br>Attn: Robert Brower Jr., agent for service of process<br>28088 Barn Court<br>Carmel CA 93923 |
| Great American Wineries, Inc., PRO SE<br>c/o Robert Brower Jr., President<br>2511 Garden Road, Suite B-100<br>Monterey CA 93940 | Deerleaf Holdings, Inc., PRO SE<br>c/o United States Corporation Agents, Inc.<br>221 N BROAD ST, SUITE 3A<br>Middletown DE 19709 |
| Deerleaf Holdings, Inc., PRO SE<br>c/o Robert Brower Jr., President<br>25 Sunderland Lane<br>Katonah, NY 10536 | Robert Brower, Jr., PRO SE<br>25 Sunderland Lane<br>Katonah, NY 10536 |
| Med-Venture Investments, LLC<br>c/o Ryan O'Dea<br>**VIA NEF** | Anthony Nobles<br>c/o Ryan O'Dea<br>**VIA NEF** |
| Aurora Capital Advisors<br>c/o Ryan O'Dea<br>**VIA NEF** | Richard Babcock<br>c/o Ryan O'Dea<br>**VIA NEF** |
| Oldfield Creely, LLP<br>c/o Rogelio Serrano-Gutierrez<br>**VIA NEF** | Pohanka of Salisbury, Inc.<br>Attn: Neal Johnson, agent for service of process<br>1772 Ritchie Station Court<br>Capitol Heights MD 20743 |
| Pohanka of Salisbury, Inc.<br>Attn: Paul Eaton, Chief Operating Officer<br>2013 North Salisbury Blvd.<br>Salisbury, MD 21801 | Johnson, Rovella, Retterer, Rosenthal & Gilles, LLP<br>c/o Wendy Smith<br>**VIA NEF** |

| | |
|---|---|
| 1 | Pohanka of Salisbury, Inc.<br>c/o Ron Olinor, Esq. |
| 2 | Duane Morris LLP |
| 3 | Spear Tower<br>One Market Plaza, Suite 2200 |
| 4 | San Francisco, CA 94105-1127 |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |