STEVEN T. GUBNER – Bar No. 156593
JASON B. KOMORSKY – Bar No. 155677
JESSICA L. BAGDANOV – Bar No. 281020
JESSICA S. WELLINGTON – Bar No. 324477
BRUTZKUS GUBNER
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone: (818) 827-9000
Facsimile: (818) 827-9099
Email: sgubner@bg.law
jkomorsky@bg.law
jbagdanov@bg.law
jwellington@bg.law

Attorneys for Michael G. Kasolas, Liquidating Trustee
For the Robert Brower, Sr. Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>ROBERT BROWER, SR.,<br><br>Debtor. | Bk. Case No. 15-50801 MEH<br><br>Chapter 11<br><br>Adv. Case No. 21-05029 MEH |
| MICHAEL G. KASOLAS, solely in his capacity as the Liquidating Trustee for the Robert Brower, Sr. Liquidating Trust,<br><br>Plaintiff,<br><br>v.<br><br>PATRICIA BROWER, solely as trustee of the BROWER TRUST (2015), dated June 30, 2015, et al.<br><br>Defendants. | **THIRD STIPULATION TO EXTEND DEADLINES AND CONTINUE STATUS CONFERENCE**<br><br>**Current Status Conference:**<br>Date: January 10, 2022<br>Time: 10:00 a.m.<br><br>**Proposed Continued Status Conference:**<br>Date: February 28, 2022<br>Time: 10:00 a.m.<br>Place: Courtroom 11<br>United States Bankruptcy Court<br>280 South First Street<br>San Jose, California 95113 |

1

**TO THE HONORABLE M. ELAINE HAMMOND, UNITED STATES BANKRUPTCY JUDGE AND PARTIES-IN-INTEREST:**

Plaintiff Michael G. Kasolas, Liquidating Trustee for the Robert Brower, Sr. Liquidating Trust ("Liquidating Trustee"), and Defendants Patricia Brower, solely as trustee of the Brower Trust (2015), dated June 20, 2015 (the "Trust"), Robert Brower, Jr. ("R. Brower"), Great American Wineries, Inc. ("GAW"), Deerleaf Holdings, Inc. ("Deerleaf"), Med-Venture Investments, LLC ("Med-Venture"), Aurora Capital Advisors ("Aurora"), Richard Babcock ("Babcock"), Anthony Nobles ("Nobles"), Pohanka of Salisbury, Inc. ("Pohanka"), Johnson, Rovella, Retterer, Rosenthal & Gilles, LLP ("Johnson Rovella") and Oldfield Creely LLP ("Oldfield") (collectively, "Defendants")[1] (Plaintiff and Defendants herein together, the "Parties"), by and through their counsel, hereby stipulate and agree as follows:

## RECITALS

A. On July 22, 2021, Plaintiff filed a complaint (the "Complaint") against Defendants, initiating the above-captioned adversary proceeding (the "Adversary Proceeding") [Doc. 1].

B. On July 23, 2021, the Court issued a corrected summons setting the deadline for Defendants to file and serve a written response to the Complaint by August 22, 2021 (the "Deadline") and a scheduling conference for October 18, 2021 [Doc. 4]. On the same day, the Court entered its *Order re Initial Disclosures and Discovery Conference* (the "Discovery Order") [Doc. 5], which orders the Parties to meet and confer at a Discovery Conference pursuant to Fed. R. Civ. P. 26 at least 21 days before the scheduling conference, and to file a joint discovery plan within 14 days after the Discovery Conference.

C. On July 29, 2021, Plaintiff served the corrected summons and Complaint on Defendants [Doc. 9].

D. On September 30, 2021, the Parties filed a *Stipulation to Extend Deadlines and Continue Status Conference in Light of Pending Motion to Dismiss and Granted Extensions* [Doc. 29], approved by the Court [Doc. 30], and pursuant to which the scheduling conference in this action is set to take place on November 15, 2021 at 10:00 a.m. Thereafter, the Parties filed a second

---

[1] Defendants Coastal Wine Services, LLC, Wilford Butch Lindley and Jaurigue Law Group have not appeared in this action and have not timely responded to the Complaint. Plaintiff has filed requests for entry of default.

stipulation to continue the status conference [Doc. 33], which was approved and continued the status conference to January 10, 2022 at 10:00 a.m. Order, Doc. 34.

      E.      On October 12, 2021, the Court held oral argument on the motion to dismiss filed by Defendants Aurora, Babcock, Nobles, and Med-Venture [Doc. 10]. At the conclusion of the hearing, the Court took the motion to dismiss under submission.

      F.      Additionally, motions to dismiss were filed by Defendants Oldfield Creely LLP [Doc. 13] and JRG Attorneys at Law [Doc. 20]. On October 13, 2021, the Court determined that these motions to dismiss substantially overlap with the issues and arguments presented during the October 12 hearing, and set a joint hearing on the motions for November 15, 2021 at 11:00 a.m.

      G.      The Court heard further argument on the motions to dismiss on November 15, 2021, after which the Court issued an order granting the motions with leave to amend, and ordering the Trustee to file an amended complaint no later than December 23, 2021 [Doc. 42]. However, the defendants will not be required to file a response thereto prior to the current case management conference set for hearing on January 10, 2022.

      H.      In the interests of judicial economy, the Parties stipulate and agree to continue the case management conference approximately 45 days to allow the Trustee time to file an amended complaint and allow the defendants to respond thereto. The Parties believe that the Complaint should be at issue prior to the parties engaging in significant discovery efforts.

## **STIPULATION**

**WHEREFORE**, the Parties hereby stipulate and agree, subject to Court approval:

1. The foregoing recitals are incorporated herein by this reference.

2. The scheduling conference set for January 10, 2022 is continued to February 28, 2022 at 10:00 a.m., or such other date that is convenient for the Court.

3. At least 21 days before the continued scheduling conference, the Parties shall confer (in person or by telephone) at a Discovery Conference.

4. A joint discovery plan shall be filed within 14 calendar days after the Discovery Conference.

///

IT IS SO STIPULATED.

DATED: December 27, 2021          BRUTZKUS GUBNER

By: /s/ Jason B. Komorsky
    Jason B. Komorsky
    Jessica L. Bagdanov
    Jessica S. Wellington
Attorneys for Michael G. Kasolas, Liquidating Trustee
For the Robert Brower, Sr. Liquidating Trust

DATED: December 27, 2021

By: *Robert Brower, Jr.*
    R. Brower *pro se*
Individually and as representative of Defendants ~~GAW~~ *BB*
and Deerleaf

DATED: December 27, 2021          SHULMAN BASTIAN FRIEDMAN & BUI LLP

By: /s/ Ryan D. O'Dea
    Leonard M. Shulman
    Ryan D. O'Dea
Attorneys for Defendants Aurora, Babcock, Nobles,
and Med-Venture

DATED: December 27, 2021          BINDER & MALTER LLP

By: /s/ Wendy W. Smith
    Wendy W. Smith
Attorneys for Defendant Johnson Rovella

| | | |
|---|---|---|
| DATED: December 27, 2021 | | DUANE MORRIS |

By: /s/ Ron Oliner
    Ron Oliner
Attorneys for Defendant Pohanka

DATED: December 27, 2021        KAUFMAN DOLOWICH VOLUCK

By: /s/ Rogelio Serrano-Gutierrez
    Louis H. Castoria
    Rogelio Serrano
Attorneys for Defendant Oldfield

DATED: December 27, 2021

By: *Patricia Brower*
    Patty Brower *pro se*
Representative for Defendant the Trust

5

# CERTIFICATE OF SERVICE

I, Mela Galvan, certify that service of following documents:

**THIRD STIPULATION TO EXTEND DEADLINES AND CONTINUE STATUS CONFERENCE**

was made on December 27, 2021 by:

☒ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

| Defendant In Pro Se | Defendant In Pro Se | Attorneys for Pohanka of Salisbury, Inc. |
|---|---|---|
| Patricia Brower | Robert Brower, Jr. | Ron Olinor, Esq. |
| 2 Christopher Court | 25 Sunderland Lane | Duane Morris LLP |
| Flanders, NJ 07836 | Katonah, NY 10536 | Spear Tower |
| | | One Market Plaza, Suite 2200 |
| | | San Francisco, CA 94105-1127 |

☒ Notice of Electronic Filing (NEF): The foregoing document will be served by the court via NEF and hyperlink to the document. I checked the CM/ECF docket for this case and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Jessica L. Bagdanov**   jbagdanov@bg.law, ecf@bg.law
- **Jason B. Komorsky**   jkomorsky@bg.law, ecf@bg.law
- **Ryan O'Dea**   rodea@shbllp.com
- **Rogelio Serrano-Gutierrez**   rserrano@kdvlaw.com
- **Wendy W. Smith**   Wendy@bindermalter.com
- **Jessica Wellington**   jwellington@bg.law, ecf@bg.com

☐ Overnight Delivery: By enclosing in a UPS envelope for next day delivery.

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addresses to the following officer of the defendant at:

☐ Email: The defendant's counsel was served by email as follows:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times, during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: December 27, 2021

_/s/ Mela Galvan_
Mela Galvan
Brutzkus Gubner
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367