1 | STEVEN T. GUBNER - Bar No. 156593
JASON B. KOMORSKY - Bar No. 155677
2 | JESSICA L. BAGDANOV - Bar No. 281020
JESSICA S. WELLINGTON - Bar. No. 324477
3 | BG LAW LLP
21650 Oxnard Street, Suite 500
4 | Woodland Hills, CA 91367
Telephone: (818) 827-9000
5 | Facsimile: (818) 827-9099
Email: sgubner@bg.law
6 | jkomorsky@bg.law
jbagdanov@bg.law
7 | jwellington@bg.law

8 | Attorneys for Michael G. Kasolas, Liquidating Trustee
For the Robert Brower, Sr. Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re | Bk. Case No. 15-50801 MEH |
| ROBERT BROWER, SR., | Chapter 11 |
| Debtor. | Adv. Case No. 21-05029 MEH |
| | |
| MICHAEL G. KASOLAS, solely in his capacity as the Liquidating Trustee for the Robert Brower, Sr. Liquidating Trust, | **NOTICE OF CONTINUED SCHEDULING CONFERENCE** |
| Plaintiff, | **Continued Scheduling Conference:** |
| v. | Date: April 5, 2022<br>Time: 10:00 a.m.<br>Place: Courtroom 11<br>United States Bankruptcy Court<br>280 South First Street<br>San Jose, California 95113 |
| PATRICIA BROWER, solely as trustee of the BROWER TRUST (2015), dated June 30, 2015; et al., | |
| Defendants. | |

**TO ALL PARTIES TO THIS ADVERSARY PROCEEDING:**

**PLEASE TAKE NOTICE** that the scheduling conference in this adversary proceeding is continued from February 28, 2022 to **April 5, 2022 at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE** that at least 21 days before the continued scheduling conference, the parties are required to confer at a discovery conference, and at least 14 days after such discovery conference, the parties shall file a joint discovery plan with the Court.

DATED: February 8, 2022              BG LAW LLP

By: /s/ Jessica L. Bagdanov
    Jessica L. Bagdanov
    Attorneys for Michael G. Kasolas, Liquidating
    Trustee for the Robert Brower, Sr. Liquidating Trust

# CERTIFICATE OF SERVICE

I, Mela Galvan, certify that service of following document:

**NOTICE OF CONTINUED SCHEDULING CONFERENCE** was made on **February 8, 2022** by:

☒ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

| Defendant In Pro Se | Defendant In Pro Se | Attorneys for Pohanka of Salisbury, Inc. |
|---|---|---|
| Patricia Brower | Robert Brower, Jr. | Ron Olinor, Esq. |
| 2 Christopher Court | 25 Sunderland Lane | Duane Morris LLP |
| Flanders, NJ 07836 | Katonah, NY 10536 | Spear Tower |
| | | One Market Plaza, Suite 2200 |
| | | San Francisco, CA 94105-1127 |

☒ Notice of Electronic Filing (NEF): The foregoing document will be served by the court via NEF and hyperlink to the document. I checked the CM/ECF docket for this case and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Jessica L. Bagdanov**   jbagdanov@bg.law, ecf@bg.law
- **Jason B. Komorsky**   jkomorsky@bg.law, ecf@bg.law
- **Ryan O'Dea**   rodea@shbllp.com
- **Rogelio Serrano-Gutierrez**   rserrano@kdvlaw.com
- **Wendy W. Smith**   Wendy@bindermalter.com
- **Jessica Wellington**   jwellington@bg.law, ecf@bg.com

☐ Overnight Delivery: By enclosing in a UPS envelope for next day delivery.

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addresses to the following officer of the defendant at:

☐ Email: The defendant's counsel was served by email as follows:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times, during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: February 8, 2022

/s/ Mela Galvan
Mela Galvan

Brutzkus Gubner
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367