

The following constitutes the order of the Court.
Signed: March 23, 2022

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In<br><br>ROBERT S. BROWER, SR.,<br><br>Debtor. | Case No. 15-50801 MEH<br><br>Chapter 11 |
| MICHAEL G. KASOLAS, LIQUIDATING TRUST FOR THE ROBERT BROWER, SR. LIQUIDATING TRUST,<br><br>Plaintiff.<br><br>v.<br><br>PATRICIA BROWER, SOLELY AS TRUSTEE OF THE BROWER TRUST (2015), DATED JUNE 30, 2015, et. al.,<br><br>Defendants. | Adv. No. 21-05029<br><br>Video Hearing<br>Date: February 7, 2022<br>Time: 11:00 a.m. |

## ORDER GRANTING MOTIONS TO DISMISS WITH LEAVE TO AMEND

For the reasons set forth in the court's Memorandum Decision entered contemporaneously, the motion to dismiss filed by Defendant Oldfield Creely, LLP (Dkt. #73) is GRANTED and the first amended complaint is dismissed with leave to amend as follows:

1

1. The first claim for relief pursuant to 11 U.S.C. § 549 is dismissed with leave to amend solely on the issue of whether the Debtor exceeded his shareholder authority.
2. The second and third claims for relief are dismissed without leave to amend.
3. The remaining fourth, fifth, sixth, ninth, and tenth claims are dismissed with leave to amend alongside the first claim upon which they rely.

IT IS SO ORDERED.

**END OF ORDER**

COURT SERVICE LIST

**Via ECF:**

All ECF Recipients