STEVEN T. GUBNER – Bar No. 156593
JASON B. KOMORSKY – Bar No. 155677
JESSICA L. BAGDANOV – Bar No. 281020
JESSICA S. WELLINGTON – Bar No. 324477
BG LAW LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone: (818) 827-9000
Facsimile: (818) 827-9099
Email: sgubner@bg.law
jkomorsky@bg.law
jbagdanov@bg.law
jwellington@bg.law

Attorneys for Michael G. Kasolas, Liquidating Trustee
For the Robert Brower, Sr. Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>ROBERT BROWER, SR.,<br><br>      Debtor. | Bk. Case No. 15-50801 MEH<br><br>Chapter 11<br><br>Adv. Case No. 21-05029 MEH |
| MICHAEL G. KASOLAS, solely in his capacity as the Liquidating Trustee for the Robert Brower, Sr. Liquidating Trust,<br><br>      Plaintiff,<br><br>v.<br><br>PATRICIA BROWER, solely as trustee of the BROWER TRUST (2015), dated June 30, 2015, et al.<br><br>      Defendants. | **FIFTH STIPULATION TO EXTEND DEADLINES AND CONTINUE STATUS CONFERENCE**<br><br>**Current Status Conference:**<br>Date: May 2, 2022<br>Time: 10:00 a.m.<br><br>**Proposed Continued Status Conference:**<br>Date: July 5, 2022<br>Time: 10:00 a.m.<br>Place: Courtroom 11<br>       United States Bankruptcy Court<br>       280 South First Street<br>       San Jose, California 95113 |

**TO THE HONORABLE M. ELAINE HAMMOND, UNITED STATES BANKRUPTCY JUDGE AND PARTIES-IN-INTEREST:**

Plaintiff Michael G. Kasolas, Liquidating Trustee for the Robert Brower, Sr. Liquidating Trust ("Liquidating Trustee"), and Defendants Patricia Brower, solely as trustee of the Brower Trust (2015), dated June 20, 2015 (the "Trust"), Robert Brower, Jr. ("R. Brower"), Great American Wineries, Inc. ("GAW"), Deerleaf Holdings, Inc. ("Deerleaf"), Med-Venture Investments, LLC ("Med-Venture"), Aurora Capital Advisors ("Aurora"), Richard Babcock ("Babcock"), Anthony Nobles ("Nobles"), Pohanka of Salisbury, Inc. ("Pohanka"), Johnson, Rovella, Retterer, Rosenthal & Gilles, LLP ("Johnson Rovella") and Oldfield Creely LLP ("Oldfield") (collectively, "Defendants")[1] (Plaintiff and Defendants herein together, the "Parties"), by and through their counsel, hereby stipulate and agree as follows:

## RECITALS

A. On July 22, 2021, the Liquidating Trustee filed a complaint (the "Complaint") against Defendants, initiating the above-captioned adversary proceeding (the "Adversary Proceeding") [Doc. 1].

B. On July 23, 2021, the Court issued a corrected summons setting the deadline for Defendants to file and serve a written response to the Complaint by August 22, 2021 (the "Deadline") and a scheduling conference for October 18, 2021 [Doc. 4]. On the same day, the Court entered its *Order re Initial Disclosures and Discovery Conference* (the "Discovery Order") [Doc. 5], which orders the Parties to meet and confer at a Discovery Conference pursuant to Fed. R. Civ. P. 26 at least 21 days before the scheduling conference, and to file a joint discovery plan within 14 days after the Discovery Conference.

C. On July 29, 2021, the Liquidating Trustee served the corrected summons and Complaint on Defendants [Doc. 9].

D. On September 30, 2021, the Parties filed a *Stipulation to Extend Deadlines and Continue Status Conference in Light of Pending Motion to Dismiss and Granted Extensions*

---

[1] Defendants Coastal Wine Services, LLC, Wilford Butch Lindley and Jaurigue Law Group have not appeared in this action and have not timely responded to the Complaint. Entries of default have been entered with respect to these defendants [Docs. 53, 54, and 57].

2

[Doc. 29], approved by the Court [Doc. 30], and pursuant to which the scheduling conference in this action is set to take place on November 15, 2021 at 10:00 a.m. Thereafter, the Parties filed a second stipulation to continue the status conference [Doc. 33], which was approved and continued the status conference to January 10, 2022 [Order, Doc. 34]. Thereafter, the Parties filed a third stipulation to continue the status conference [Doc. 61], which was approved and continued the status conference to February 28, 2022 [Order, Doc. 62].

E. On October 12, 2021, the Court held oral argument on the motion to dismiss filed by Defendants Aurora, Babcock, Nobles, and Med-Venture [Doc. 10]. At the conclusion of the hearing, the Court took the motion to dismiss under submission.

F. Additionally, motions to dismiss were filed by Defendants Oldfield Creely LLP [Doc. 13] and JRG Attorneys at Law [Doc. 20]. On October 13, 2021, the Court determined that these motions to dismiss substantially overlap with the issues and arguments presented during the October 12 hearing, and set a joint hearing on the motions for November 15, 2021.

G. The Court heard further argument on the motions to dismiss on November 15, 2021, after which the Court issued an order granting the motions with leave to amend, and ordering the Liquidating Trustee to file an amended complaint no later than December 23, 2021 [Doc. 42].

H. On December 23, 2021, the Liquidating Trustee filed his first amended complaint (the "FAC") [Doc. 58].

I. Defendants Aurora, Babcock, Nobles, and Med-Venture filed a motion to dismiss the FAC [Doc. 65]. Additionally, Defendant Oldfield Creely filed a motion to dismiss the FAC [73] and a special motion to strike the FAC under Section 425.16 of the California Code of Civil Procedure (the "Motion to Strike") [Doc. 70].

J. On March 23, 2022, the Court entered its orders granting the motions to dismiss the FAC with leave to amend [Docs. 98 and 99, as amended by Docs. 101 and 102], and its order denying the Motion to Strike [Doc. 100].

K. Pursuant to the amended orders granting the motion to dismiss the FAC with leave to amend [Docs. 101 and 102], the Liquidating Trustee is to file an amended complaint by April 26, 2022.

L. In the interests of judicial economy, the Parties stipulate and agree to continue the case management conference approximately 60 days to allow the Liquidating Trustee time to file an amended complaint, and for any motions to dismiss that complaint to be heard and ruled upon by the Court. The Parties believe that the complaint should be at issue prior to the parties engaging in significant discovery efforts.

## **STIPULATION**

**WHEREFORE**, the Parties hereby stipulate and agree, subject to Court approval:

1. The foregoing recitals are incorporated herein by this reference.

2. The scheduling conference set for May 2, 2022 is continued to July 5, 2022 at 10:00 a.m., or such other date that is convenient for the Court.

3. At least 21 days before the continued scheduling conference, the Parties shall confer (in person or by telephone) at a Discovery Conference.

4. A joint discovery plan shall be filed within 14 calendar days after the Discovery Conference.

IT IS SO STIPULATED.

DATED: April 18, 2022          BG LAW LLP

By: /s/ Jessica S. Wellington
    Jason B. Komorsky
    Jessica L. Bagdanov
    Jessica S. Wellington
Attorneys for Michael G. Kasolas, Liquidating Trustee
For the Robert Brower, Sr. Liquidating Trust

DATED: April 18, 2022

By: *Robert Brower, Jr.*
    R. Brower, Jr. *pro se*
Individually and as representative of Defendant and Deerleaf

| | | |
|---|---|---|
| DATED: April 18, 2022 | | SHULMAN BASTIAN FRIEDMAN & BUI LLP |

By: /s/ Ryan D. O'Dea
Leonard M. Shulman
Ryan D. O'Dea
Attorneys for Defendants Aurora, Babcock, Nobles, and Med-Venture

DATED: April 18, 2022	BINDER & MALTER LLP

By: /s/ Wendy W. Smith
Wendy W. Smith
Attorneys for Defendant Johnson Rovella

DATED: April 18, 2022	DUANE MORRIS

By: /s/ Ron Oliner
Ron Oliner
Attorneys for Defendant Pohanka

DATED: April 18, 2022	KAUFMAN DOLOWICH VOLUCK

By: /s/ Rogelio Serrano
Louis H. Castoria
Rogelio Serrano
Attorneys for Defendant Oldfield

2783499

DATED: April _18, 2022

By: *Patricia Brower*
Patty Brower *pro se*
Representative for Defendant the Trust

2783499

# CERTIFICATE OF SERVICE

I, *JESSICA STUDLEY*, certify that service of following documents:

**FIFTH STIPULATION TO EXTEND DEADLINES AND CONTINUE STATUS CONFERENCE**

was made on April 18, 2022 by:

☒ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

**See below list**

☒ Notice of Electronic Filing (NEF): The foregoing document will be served by the court via NEF and hyperlink to the document. I checked the CM/ECF docket for this case and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Jessica L. Bagdanov**   jbagdanov@bg.law, ecf@bg.law
- **Jason B. Komorsky**   jkomorsky@bg.law, ecf@bg.law
- **Ryan O'Dea**   rodea@shbllp.com
- **Rogelio Serrano-Gutierrez**   rserrano@kdvlaw.com
- **Wendy W. Smith**   Wendy@bindermalter.com
- **Jessica Wellington**   jwellington@bg.law, ecf@bg.com

☐ Overnight Delivery: By enclosing in a UPS envelope for next day delivery.

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addresses to the following officer of the defendant at:

☐ Email: The defendant's counsel was served by email as follows:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times, during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: April 18, 2022

        /s/ Jessica Studley
        Jessica Studley
        Brutzkus Gubner
        21650 Oxnard Street, Suite 500
        Woodland Hills, CA 91367

**VIA REGULAR MAIL**

| | |
|---|---|
| Defendant In Pro Se<br>Patricia Brower<br>2 Christopher Court<br>Flanders, NJ 07836 | Defendant In Pro Se<br>Robert Brower, Jr.<br>25 Sunderland Lane<br>Katonah, NY 10536 |
| Attorneys for Pohanka of Salisbury, Inc.<br>Ron Olinor, Esq.<br>Duane Morris LLP<br>Spear Tower<br>One Market Plaza, Suite 2200<br>San Francisco, CA 94105-1127 | Aurora Capital Advisors, LLC<br>Attn: officer or authorized agent<br>18101 Von Karman, Suite 230<br>Irvine, CA 92612 |
| Aurora Capital Advisors, LLC<br>Attn: officer or authorized agent<br>650 Town Center Dr. 4th Fl<br>Costa Mesa, CA 92626 | Aurora Capital Advisors, LLC<br>Attn: Richard Babcock, Member<br>245 Woodscape Ct.<br>Alpharetta, GA 30022-3245 |
| Aurora Capital Advisors, LLC<br>Attn: Anthony Nobles, Member<br>17080 Newhope Street<br>Fountain Valley, CA 92708-4206 | |