Heinz Binder (SBN 87908)
Wendy Watrous Smith (SBN 133887)
BINDER & MALTER, LLP
2775 Park Avenue
Santa Clara, CA 95050
T: (408) 295-1700
F: (408) 295-1531
Email: heinz@bindermalter.com
Email: wendy@bindermalter.com

Attorneys for Defendant JRG Attorneys at Law
(named in Complaint as Johnson, Rovella, Retterer,
Rosenthal & Gilles, LLP)

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>ROBERT BROWER, SR.,<br><br>　　　　Debtor. | Case No.　15-BK-50801-MEH<br><br>Chapter 11<br><br>Adv. No.: 21-ap-05029-MEH |
| MICHAEL G. KASOLAS, solely in his capacity as the Liquidating Trustee for the Robert Brower, Sr. Liquidating Trust,<br><br>　　　Plaintiff,<br><br>v.<br><br>PATRICIA BROWER, solely as the trustee of the BROWER TRUST (2015), dated June 30, 2015, et al. | |

**STIPULATION TO CONTINUE DEADLINE BY WHICH JRG ATTORNEYS AT LAW MUST RESPOND TO SECOND AMENDED COMPLAINT**

Pursuant to Bankruptcy Local Rule 9006-1(a), Plaintiff Michael G. Kasolas, in his capacity as the Liquidating Trustee for the Robert Brower, Sr. Liquidating Trust, and Defendant JRG

STIPULATION TO CONTINUE DEADLINE FOR JRG ATTORNEYS' RESPONSE TO SAC　　　　　　　　　PAGE 1

Case: 21-05029　　Doc# 109　　Filed: 04/22/22　　Entered: 04/22/22 09:03:12　　Page 1 of 2

Attorneys at Law ("JRG Attorneys") by their counsel, hereby stipulate and agree as follows:

1. The date by which JRG Attorneys must respond to the Second Amended Complaint ("SAC") is extended to May 10, 2022.

2. If Defendant's response to the SAC is to file a motion, Defendant will set the matter to be heard with motions to dismiss filed by other defendants. If needed, Defendant will seek an order shortening time for notice to allow all motions to be heard together.

Dated: April 21, 2022          BINDER & MALTER, LLP

                               By:  /s/Wendy Watrous Smith
                                    Wendy Watrous Smith
                                    Attorneys for JRG Attorneys at Law

Dated: April 21, 2022          BRUTZKUS GUBNER

                               By:  /s/Jessica L. Bagdanov
                                    Jessica L. Bagdanov
                                    Attorneys for Michael G. Kasolas,
                                    Liquidating Trustee for the Robert
                                    Brower, Sr. Liquidating Trust