Heinz Binder (SBN 87908)
Wendy Watrous Smith (SBN 133887)
BINDER & MALTER, LLP
2775 Park Avenue
Santa Clara, CA 95050
T: (408) 295-1700
F: (408) 295-1531
Email: heinz@bindermalter.com
Email: wendy@bindermalter.com

Attorneys for Defendant Johnson, Rovella, Retterer,
Rosenthal & Gilles, LLP dba JRG Attorneys at Law

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>ROBERT BROWER, SR.,<br><br>                Debtor. | Case No.   15-BK-50801-MEH<br><br>Chapter 11<br><br>Adv. No.: 21-ap-05029-MEH |
| MICHAEL G. KASOLAS, solely in his capacity as the Liquidating Trustee for the Robert Brower, Sr. Liquidating Trust,<br><br>    Plaintiff,<br><br>v.<br><br>PATRICIA BROWER, solely as the trustee of the BROWER TRUST (2015), dated June 30, 2015, et al. | Date:   February 7, 2021<br>Time:   11:00 a.m.<br>Judge:   M. Elaine Hammond |

## CERTIFICATE OF SERVICE

I, Andrea Lorenz, declare:

I am employed in the County of Santa Clara, California.  I am over the age of eighteen (19) years and not a party to the within entitled cause; my business address is 2775 Park Avenue, Santa Clara, CA  95050.

On April 21, 2022, I served a true and correct copy of the following documents:

1. **STIPULATION TO CONTINUE DEADLINE BY WHICH JRG ATTORNEYS AT LAW MUST RESPOND TO SECOND AMENDED COMPLAINT**

Electronically on all persons who receive service through the Court's CM/ECF electronic noticing system.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at Santa Clara, California on April 21, 2022.

/s/Andrea Lorenz
Andrea Lorenz