1  Aron M. Oliner (SBN: 152373)
   Geoffrey A. Heaton (SBN: 206990)
2  **DUANE MORRIS LLP**
   One Market Plaza
3  Spear Street Tower, Suite 2200
   San Francisco, CA  94105-1127
4  Telephone: (415) 957-3000
   Facsimile: (415) 957-3001
5  E-mail:roliner@duanemorris.com

6  Attorneys for Defendant, Pohanka of Salisbury, Inc.

7

8                  **UNITED STATES BANKRUPTCY COURT**

9                  **NORTHERN DISTRICT OF CALIFORNIA**

10                         **SAN JOSE DIVISION**

11  In re                                    Case No. 15-50801 MEH

12  ROBERT BROWER, SR.,                      Chapter 11

13              Debtor.

14

15  MICHAEL G. KASOLAS, solely in his capacity as   Adversary No. 21-05029 MEH
    the Liquidating Trustee for the Robert Brower, Sr.
16  Liquidating Trust,                       **ANSWER OF POHANKA OF**
                                             **SALISBURY, INC. TO SECOND**
17              Plaintiff,                    **AMENDED COMPLAINT FOR:**

18       v.                                  **(1) AVOIDANCE OF POSTPETITION**
                                             **TRANSFERS PURSUANT TO 11 U.S.C.**
19  PATRICIA BROWER, solely as trustee of the        **§ 549;**
    BROWER TRUST (2015), dated June 30, 2015;
20  GREAT AMERICAN WINERIES, INC., a         **(2) RESCISSION PURSUANT TO CAL.**
    California corporation; DEERLEAF HOLDINGS, **CORP. CODE § 1001;**
21  INC., a Delaware corporation; ROBERT BROWER,
    JR., an individual; MED-VENTURE           **(3) RECOVERY OF AVOIDED**
22  INVESTMENTS, LLC, a California limited liability  **TRANSFERS FOR BENEFIT OF**
    company; AURORA CAPITAL ADVISORS, LLC,   **ESTATE PURSUANT TO 11 U.S.C.**
23  AURORA CAPITAL ADVISORS, a California     **§§ 550 AND 551;**
    general partnership; RICHARD BABCOCK, an
24  individual and general partner of Aurora Capital  **(4) TURNOVER OF ESTATE ASSETS**
    Advisors; ANTHONY NOBLES, an individual and  **PURSUANT TO 11 U.S.C. §542;**
25  general partner of Aurora Capital Advisors;
    COASTAL WINE SERVICES, LLC, a California  **(5) ACCOUNTING;**
26  limited liability company; WILFORD BUTCH
    LINDLEY, an individual; POHANKA OF        **(6) BREACH OF FIDUCIARY DUTY;**
27  SALISBURY, INC.; a Maryland corporation,
    JAURIGUE LAW GROUP, a California          **(7) BREACH OF FIDUCIARY DUTY;**
28  professional corporation dba JLG Lawyers;

| | |
|---|---|
| JOHNSON, ROVELLA, RETTERER, ROSENTHAL & GILLES, LLP, a limited liability partnership; and OLDFIELD CREELY, LLP, a limited liability partnership, | **(8) DISGORGEMENT PURSUANT TO 11 U.S.C. §330; AND**<br><br>**(9) CONVERSION** |
| Defendants. | |

Defendant Pohanka of Salisbury, Inc. ("Defendant") answers the Second Amended Complaint for: (1) Avoidance of Postpetition Transfers Pursuant to 11 U.S.C. § 549; (2) Rescission Pursuant to Cal. Corp. Code § 1001; (3) Recovery of Avoided Transfers for Benefit of Estate Pursuant to 11 U.S.C. §§ 550 and 551; (4) Turnover of Estate Assets Pursuant to 11 U.S.C § 542; (5) Accounting; (6) Breach of Fiduciary Duty; (7) Breach of Fiduciary Duty; (8) Disgorgement Pursuant to 11 U.S.C. § 330 and (9) Conversion ("Complaint") filed by Michael G. Kasolas, Liquidating Trustee for the Robert Brower, Sr. Liquidating Trust. ("Plaintiff") in the captioned adversary proceeding as follows:

1.      Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 1 of the Complaint, and on that basis, denies the allegations contained therein.

2.      Defendant admits the allegations contained in paragraph 2 of the Complaint.

3.      Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 3 of the Complaint, and on that basis, denies the allegations contained therein.

4.      Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 4 of the Complaint, and on that basis, denies the allegations contained therein.

5.      Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 5 of the Complaint, and on that basis, denies the allegations contained therein.

6.      Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 6 of the Complaint, and on that basis, denies the allegations contained therein.

7.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 7 of the Complaint, and on that basis, denies the allegations contained therein.

8.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 8 of the Complaint, and on that basis, denies the allegations contained therein.

9.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 9 of the Complaint, and on that basis, denies the allegations contained therein.

10.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 10 of the Complaint, and on that basis, denies the allegations contained therein.

11.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 11 of the Complaint, and on that basis, denies the allegations contained therein.

12.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 12 of the Complaint, and on that basis, denies the allegations contained therein.

13.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 13 of the Complaint, and on that basis, denies the allegations contained therein.

14.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 14 of the Complaint, and on that basis, denies the allegations contained therein.

15.     Defendant admits that the Bankruptcy Court has jurisdiction over this adversary proceeding.  Defendant admits that the claims for relief asserted against Defendant in the first (11 U.S.C. § 549), third (11 U.S.C. §§ 550 and 551), fourth (11 U.S.C. § 542) and fifth (11 U.S.C. § 542) claims for relief are core proceedings.  Defendant denies that the claims for relief asserted against

Defendant in the second (Cal. Corp. Code § 1001) and ninth (Conversion) claims for relief are core proceedings. Except as admitted, denied.

16. Defendant admits that the Bankruptcy Court has jurisdiction to enter final judgment in this adversary proceeding on constitutionally core claims, and on other claims where the parties consent to entry of final judgment. Defendant consents to entry of final judgment in this adversary proceeding. Defendant lacks sufficient information or belief to admit or deny the allegations contained in the second sentence of paragraph 16 of the Complaint, and on that basis denies the allegations contained therein. Except as admitted, denied.

17. Defendant admits the allegations contained in paragraph 17 of the Complaint.

18. Defendant admits the allegations contained in paragraph 18 of the Complaint.

19. Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 19 of the Complaint, and on that basis, denies the allegations contained therein.

20. Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 20 of the Complaint, and on that basis, denies the allegations contained therein.

21. Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 21 of the Complaint, and on that basis, denies the allegations contained therein.

22. Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 22 of the Complaint, and on that basis, denies the allegations contained therein.

23. Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 23 of the Complaint, and on that basis, denies the allegations contained therein.

24. Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 24 of the Complaint, and on that basis, denies the allegations contained therein.

25.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 25 of the Complaint, and on that basis, denies the allegations contained therein.

26.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 26 of the Complaint, and on that basis, denies the allegations contained therein.

27.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 27 of the Complaint, and on that basis, denies the allegations contained therein.

28.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 28 of the Complaint, and on that basis, denies the allegations contained therein.

29.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 29 of the Complaint, and on that basis, denies the allegations contained therein.

30.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 30 of the Complaint, and on that basis, denies the allegations contained therein.

31.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 31 of the Complaint, and on that basis, denies the allegations contained therein.

32.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 32 of the Complaint, and on that basis, denies the allegations contained therein.

33.     Defendant admits the allegations contained in paragraph 33 of the Complaint.

34.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 34 of the Complaint, and on that basis, denies the allegations contained therein.

35. Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 35 of the Complaint, and on that basis, denies the allegations contained therein.

36. Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 36 of the Complaint, and on that basis, denies the allegations contained therein.

37. Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 37 of the Complaint, and on that basis, denies the allegations contained therein.

38. Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 38 of the Complaint, and on that basis, denies the allegations contained therein.

39. Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 39 of the Complaint, and on that basis, denies the allegations contained therein.

40. Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 40 of the Complaint, and on that basis, denies the allegations contained therein.

41. Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 41 of the Complaint, and on that basis, denies the allegations contained therein.

42. Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 42 of the Complaint, and on that basis, denies the allegations contained therein.

43. Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 43 of the Complaint, and on that basis, denies the allegations contained therein.

44.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 44 of the Complaint, and on that basis, denies the allegations contained therein.

45.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 45 of the Complaint, and on that basis, denies the allegations contained therein.

46.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 46 of the Complaint, and on that basis, denies the allegations contained therein.

47.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 47 of the Complaint, and on that basis, denies the allegations contained therein.

48.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 48 of the Complaint, and on that basis, denies the allegations contained therein.

49.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 49 of the Complaint, and on that basis, denies the allegations contained therein.

50.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 50 of the Complaint, and on that basis, denies the allegations contained therein.

51.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 51 of the Complaint, and on that basis, denies the allegations contained therein.

52.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 52 of the Complaint, and on that basis, denies the allegations contained therein.

53.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 53 of the Complaint, and on that basis, denies the allegations contained therein.

54.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 54 of the Complaint, and on that basis, denies the allegations contained therein.

55.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 55 of the Complaint, and on that basis, denies the allegations contained therein.

56.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 56 of the Complaint, and on that basis, denies the allegations contained therein.

57.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 57 of the Complaint, and on that basis, denies the allegations contained therein.

58.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 58 of the Complaint, and on that basis, denies the allegations contained therein.

59.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 59 of the Complaint, and on that basis, denies the allegations contained therein.

60.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 60 of the Complaint, and on that basis, denies the allegations contained therein.

61.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 61 of the Complaint, and on that basis, denies the allegations contained therein.

62.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 62 of the Complaint, and on that basis, denies the allegations contained therein.

63.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 63 of the Complaint, and on that basis, denies the allegations contained therein.

64.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 64 of the Complaint, and on that basis, denies the allegations contained therein.

65.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 65 of the Complaint, and on that basis, denies the allegations contained therein.

66.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 66 of the Complaint, and on that basis, denies the allegations contained therein.

67.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 67 of the Complaint, and on that basis, denies the allegations contained therein.

68.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 68 of the Complaint, and on that basis, denies the allegations contained therein.

69.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 69 of the Complaint, and on that basis, denies the allegations contained therein.

70.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 70 of the Complaint, and on that basis, denies the allegations contained therein.

9

71.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 71 of the Complaint, and on that basis, denies the allegations contained therein.

72.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 72 of the Complaint, and on that basis, denies the allegations contained therein.

73.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 73 of the Complaint, and on that basis, denies the allegations contained therein.

74.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 74 of the Complaint, and on that basis, denies the allegations contained therein.

75.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 75 of the Complaint, and on that basis, denies the allegations contained therein.

76.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 76 of the Complaint, and on that basis, denies the allegations contained therein.

77.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 77 of the Complaint, and on that basis, denies the allegations contained therein.

78.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 78 of the Complaint, and on that basis, denies the allegations contained therein.

79.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 79 of the Complaint, and on that basis, denies the allegations contained therein.

DM3/8645393.1 R5815/00001

80.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 80 of the Complaint, and on that basis, denies the allegations contained therein.

81.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 81 of the Complaint, and on that basis, denies the allegations contained therein.

82.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 82 of the Complaint, and on that basis, denies the allegations contained therein.

83.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 83 of the Complaint, and on that basis, denies the allegations contained therein.

84.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 84 of the Complaint, and on that basis, denies the allegations contained therein.

85.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 85 of the Complaint, and on that basis, denies the allegations contained therein.

86.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 86 of the Complaint, and on that basis, denies the allegations contained therein.

87.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 87 of the Complaint, and on that basis, denies the allegations contained therein.

88.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 88 of the Complaint, and on that basis, denies the allegations contained therein.

DM3/8645393.1 R5815/00001

11

89.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 89 of the Complaint, and on that basis, denies the allegations contained therein.

90.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 90 of the Complaint, and on that basis, denies the allegations contained therein.

91.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 91 of the Complaint, and on that basis, denies the allegations contained therein.

92.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 92 of the Complaint, and on that basis, denies the allegations contained therein.

93.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 93 of the Complaint, and on that basis, denies the allegations contained therein.

94.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 94 of the Complaint, and on that basis, denies the allegations contained therein.

95.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 95 of the Complaint, and on that basis, denies the allegations contained therein.

96.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 96 of the Complaint, and on that basis, denies the allegations contained therein.

97.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 97 of the Complaint, and on that basis, denies the allegations contained therein.

12

98.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 98 of the Complaint, and on that basis, denies the allegations contained therein.

99.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 99 of the Complaint, and on that basis, denies the allegations contained therein.

100.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 100 of the Complaint, and on that basis, denies the allegations contained therein.

101.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 101 of the Complaint, and on that basis, denies the allegations contained therein.

102.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 102 of the Complaint, and on that basis, denies the allegations contained therein.

103.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 103 of the Complaint, and on that basis, denies the allegations contained therein.

104.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 104 of the Complaint, and on that basis, denies the allegations contained therein.

105.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 105 of the Complaint, and on that basis, denies the allegations contained therein.

106.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 106 of the Complaint, and on that basis, denies the allegations contained therein.

DM3/8645393.1 R5815/00001

107.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 107 of the Complaint, and on that basis, denies the allegations contained therein.

108.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 108 of the Complaint, and on that basis, denies the allegations contained therein.

109.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 109 of the Complaint, and on that basis, denies the allegations contained therein.

110.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 110 of the Complaint, and on that basis, denies the allegations contained therein.

111.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 111 of the Complaint, and on that basis, denies the allegations contained therein.

112.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 112 of the Complaint, and on that basis, denies the allegations contained therein.

113.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 113 of the Complaint, and on that basis, denies the allegations contained therein.

114.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 114 of the Complaint, and on that basis, denies the allegations contained therein.

115.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 115 of the Complaint, and on that basis, denies the allegations contained therein.

14

116. Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 116 of the Complaint, and on that basis, denies the allegations contained therein.

117. Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 117 of the Complaint, and on that basis, denies the allegations contained therein.

118. Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 118 of the Complaint, and on that basis, denies the allegations contained therein.

119. Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 119 of the Complaint, and on that basis, denies the allegations contained therein.

120. Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 120 of the Complaint, and on that basis, denies the allegations contained therein.

121. Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 121 of the Complaint, and on that basis, denies the allegations contained therein.

122. Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 122 of the Complaint, and on that basis, denies the allegations contained therein.

123. Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 123 of the Complaint, and on that basis, denies the allegations contained therein.

124. Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 124 of the Complaint, and on that basis, denies the allegations contained therein.

15

125.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 125 of the Complaint, and on that basis, denies the allegations contained therein.

126.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 126 of the Complaint, and on that basis, denies the allegations contained therein.

127.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 127 of the Complaint, and on that basis, denies the allegations contained therein.

128.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 128 of the Complaint, and on that basis, denies the allegations contained therein.

129.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 129 of the Complaint, and on that basis, denies the allegations contained therein.

130.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 130 of the Complaint, and on that basis, denies the allegations contained therein.

131.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 131 of the Complaint, and on that basis, denies the allegations contained therein.

132.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 132 of the Complaint, and on that basis, denies the allegations contained therein.

133.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 133 of the Complaint, and on that basis, denies the allegations contained therein.

DM3\58645393.1 R5875/00001
16

134.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 134 of the Complaint, and on that basis, denies the allegations contained therein.

135.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 135 of the Complaint, and on that basis, denies the allegations contained therein.

136.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 136 of the Complaint, and on that basis, denies the allegations contained therein.

137.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 137 of the Complaint, and on that basis, denies the allegations contained therein.

138.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 138 of the Complaint, and on that basis, denies the allegations contained therein.

139.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 139 of the Complaint, and on that basis, denies the allegations contained therein.

140.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 140 of the Complaint, and on that basis, denies the allegations contained therein.

141.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 141 of the Complaint, and on that basis, denies the allegations contained therein.

142.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 142 of the Complaint, and on that basis, denies the allegations contained therein.

143.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 143 of the Complaint, and on that basis, denies the allegations contained therein.

144.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 144 of the Complaint, and on that basis, denies the allegations contained therein.

145.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 145 of the Complaint, and on that basis, denies the allegations contained therein.

146.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 146 of the Complaint, and on that basis, denies the allegations contained therein.

147.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 147 of the Complaint, and on that basis, denies the allegations contained therein.

148.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 148 of the Complaint, and on that basis, denies the allegations contained therein.

149.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 149 of the Complaint, and on that basis, denies the allegations contained therein.

150.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 150 of the Complaint, and on that basis, denies the allegations contained therein.

151.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 151 of the Complaint, and on that basis, denies the allegations contained therein.

152.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 152 of the Complaint, and on that basis, denies the allegations contained therein.

153.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 153 of the Complaint, and on that basis, denies the allegations contained therein.

154.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 154 of the Complaint, and on that basis, denies the allegations contained therein.

155.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 155 of the Complaint, and on that basis, denies the allegations contained therein.

156.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 156 of the Complaint, and on that basis, denies the allegations contained therein.

157.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 157 of the Complaint, and on that basis, denies the allegations contained therein.

158.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 158 of the Complaint, and on that basis, denies the allegations contained therein.

159.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 159 of the Complaint, and on that basis, denies the allegations contained therein.

160.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 160 of the Complaint, and on that basis, denies the allegations contained therein.

161.    Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 161 of the Complaint, and on that basis, denies the allegations contained therein.

162.    Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 162 of the Complaint, and on that basis, denies the allegations contained therein.

163.    Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 163 of the Complaint, and on that basis, denies the allegations contained therein.

164.    Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 164 of the Complaint, and on that basis, denies the allegations contained therein.

165.    Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 165 of the Complaint, and on that basis, denies the allegations contained therein.

166.    Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 166 of the Complaint, and on that basis, denies the allegations contained therein.

167.    Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 167 of the Complaint, and on that basis, denies the allegations contained therein.

168.    Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 168 of the Complaint, and on that basis, denies the allegations contained therein.

169.    Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 169 of the Complaint, and on that basis, denies the allegations contained therein.

DM3/8645393.1 R5815/00001

170.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 170 of the Complaint, and on that basis, denies the allegations contained therein.

171.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 171 of the Complaint, and on that basis, denies the allegations contained therein.

172.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 172 of the Complaint, and on that basis, denies the allegations contained therein.

173.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 173 of the Complaint, and on that basis, denies the allegations contained therein.

174.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 174 of the Complaint, and on that basis, denies the allegations contained therein.

175.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 175 of the Complaint, and on that basis, denies the allegations contained therein.

176.     Defendant admits that it received transfers totaling approximately $62,791.  Defendant denies the remainder of the allegations contained in paragraph 176 of the Complaint.

177.     Defendant neither admits nor denies the allegations contained in paragraph 177 of the Complaint, as these allegations do not require any response by Defendant.

178.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 178 of the Complaint, and on that basis, denies the allegations contained therein.

179.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 179 of the Complaint, and on that basis, denies the allegations contained therein.

DM3\58645393.1 R5875/00001

180.    Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 180 of the Complaint, and on that basis, denies the allegations contained therein.

181.    Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 181 of the Complaint, and on that basis, denies the allegations contained therein.

182.    Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 182 of the Complaint, and on that basis, denies the allegations contained therein.

183.    Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 183 of the Complaint, and on that basis, denies the allegations contained therein.

184.    Defendant denies that the subject transfers made to Defendant may be avoided and recovered under the Bankruptcy Code or otherwise.  Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the remainder of the matters asserted in paragraph 184 of the Complaint, and on that basis, denies the remaining allegations contained therein.

185.    Defendant neither admits nor denies the allegations contained in paragraph 185 of the Complaint, as these allegations do not require any response by Defendant.

186.    Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 186 of the Complaint, and on that basis, denies the allegations contained therein.

187.    Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 187 of the Complaint, and on that basis, denies the allegations contained therein.

188.    Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 188 of the Complaint, and on that basis, denies the allegations contained therein.

DM3-8645393.1 R5815/00001

189.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 189 of the Complaint, and on that basis, denies the allegations contained therein.

190.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 190 of the Complaint, and on that basis, denies the allegations contained therein.

191.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 191 of the Complaint, and on that basis, denies the allegations contained therein.

192.     Defendant denies that the subject transfers made to Defendant may be rescinded or otherwise recovered.  Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the remainder of the matters asserted in paragraph 192 of the Complaint, and on that basis, denies the remaining allegations contained therein.

193.     Defendant neither admits nor denies the allegations contained in paragraph 193 of the Complaint, as these allegations do not require any response by Defendant.

194.     Defendant admits receiving the funds alleged to have been transferred to Defendant. Defendant denies that the subject transfers made to Defendant may be avoided or recovered. Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the remainder of the matters asserted in paragraph 194 of the Complaint, and on that basis, denies the remaining allegations contained therein.

195.     Defendant denies that the subject transfers made to Defendant may be avoided or recovered.  Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the remainder of the matters asserted in paragraph 195 of the Complaint, and on that basis, denies the remaining allegations contained therein.

196.     Defendant neither admits nor denies the allegations contained in paragraph 196 of the Complaint, as these allegations do not require any response by Defendant.

197.     Defendant denies that the subject transfers made to Defendant may be avoided or recovered.  Defendant lacks sufficient knowledge or information so as to form a belief as to the truth

of the remainder of the matters asserted in paragraph 197 of the Complaint, and on that basis, denies the remaining allegations contained therein.

198.    Defendant denies that the subject transfers made to Defendant may be avoided or recovered.  Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the remainder of the matters asserted in paragraph 198 of the Complaint, and on that basis, denies the remaining allegations contained therein.

199.    Defendant neither admits nor denies the allegations contained in paragraph 199 of the Complaint, as these allegations do not require any response by Defendant.

200.    Defendant denies that the subject transfers made to Defendant may be avoided or recovered, or otherwise constitute estate property.  Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the remainder of the matters asserted in paragraph 200 of the Complaint, and on that basis, denies the remaining allegations contained therein.

201.    Defendant denies that the subject transfers made to Defendant may be avoided or recovered, or otherwise constitute estate property.  Defendant denies that it is obligated to provide an accounting to Plaintiff.  Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the remainder of the matters asserted in paragraph 201 of the Complaint, and on that basis, denies the remaining allegations contained therein.

202.    Defendant neither admits nor denies the allegations contained in paragraph 202 of the Complaint, as these allegations do not require any response by Defendant.

203.    Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 203 of the Complaint, and on that basis, denies the allegations contained therein.

204.    Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 204 of the Complaint, and on that basis, denies the allegations contained therein.

205.    Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 205 of the Complaint, and on that basis, denies the allegations contained therein.

206.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 206 of the Complaint, and on that basis, denies the allegations contained therein.

207.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 207 of the Complaint, and on that basis, denies the allegations contained therein.

208.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 208 of the Complaint, and on that basis, denies the allegations contained therein.

209.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 209 of the Complaint, and on that basis, denies the allegations contained therein.

210.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 210 of the Complaint, and on that basis, denies the allegations contained therein.

211.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 211 of the Complaint, and on that basis, denies the allegations contained therein.

212.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 212 of the Complaint, and on that basis, denies the allegations contained therein.

213.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 213 of the Complaint, and on that basis, denies the allegations contained therein.

214.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 214 of the Complaint, and on that basis, denies the allegations contained therein.

DM3\58645393.1 R5815/00001

215.     Defendant neither admits nor denies the allegations contained in paragraph 215 of the Complaint, as these allegations do not require any response by Defendant.

216.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 216 of the Complaint, and on that basis, denies the allegations contained therein.

217.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 217 of the Complaint, and on that basis, denies the allegations contained therein.

218.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 218 of the Complaint, and on that basis, denies the allegations contained therein.

219.     Defendant neither admits nor denies the allegations contained in paragraph 219 of the Complaint, as these allegations do not require any response by Defendant.

220.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 220 of the Complaint, and on that basis, denies the allegations contained therein.

221.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 221 of the Complaint, and on that basis, denies the allegations contained therein.

222.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 222 of the Complaint, and on that basis, denies the allegations contained therein.

223.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 223 of the Complaint, and on that basis, denies the allegations contained therein.

224.     Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the matters asserted in paragraph 224 of the Complaint, and on that basis, denies the allegations contained therein.

DM3\58645393.1 R8875\00001

26

225. Defendant neither admits nor denies the allegations contained in paragraph 225 of the Complaint, as these allegations do not require any response by Defendant.

226. Defendant denies that the subject transfers made to Defendant may be avoided and recovered under the Bankruptcy Code, or otherwise constitute property of the estate. Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the remainder of the matters asserted in paragraph 226 of the Complaint, and on that basis, denies the remaining allegations contained therein.

227. Defendant denies that the subject transfers made to Defendant may be avoided and recovered under the Bankruptcy Code, or otherwise constitute property of the estate. Defendant denies that it converted any property of the estate or of the Debtor. Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the remainder of the matters asserted in paragraph 227 of the Complaint, and on that basis, denies the remaining allegations contained therein.

228. Defendant denies that the subject transfers made to Defendant may be avoided and recovered under the Bankruptcy Code, or otherwise constitute property of the estate. Defendant denies that it converted any property of the estate or of the Debtor. Defendant lacks sufficient knowledge or information so as to form a belief as to the truth of the remainder of the matters asserted in paragraph 228 of the Complaint, and on that basis, denies the remaining allegations contained therein.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

The Complaint fails to state a claim upon which relief may be granted.

### Second Affirmative Defense

The claims for relief asserted in the Complaint are barred by any and all applicable statutes of limitation and repose.

### Third Affirmative Defense

Defendants' conduct was authorized by applicable law, including, but not limited to, federal and state case law, statutes and regulations.

DM3\58645393.1 R5875/00001

**Fourth Affirmative Defense**

Plaintiff is barred from recovering under the Complaint because any purported damages suffered by Plaintiff or the Debtor were not caused by conduct, acts or omissions of Defendants.

**Fifth Affirmative Defense**

Plaintiff's claims for relief are barred by the doctrine of unclean hands.

**Sixth Affirmative Defense**

Plaintiff's claims for relief are barred by the doctrine of laches.

**Seventh Affirmative Defense**

Plaintiff's claims for relief are barred by the doctrine of estoppel.

**Eighth Affirmative Defense**

Plaintiff's claims for relief are barred by the doctrine of waiver.

**Ninth Affirmative Defense**

Defendant provided reasonably equivalent value to the Debtor and/or estate in exchange for any transfer that the Debtor and/or estate made to Defendant.

**Tenth Affirmative Defense**

Defendant reserves the right to assert additional affirmative defenses based upon further investigation and discovery.

**WHEREFORE**, Defendant prays as follows:

1.    That the Complaint be dismissed with prejudice as to Defendant;

2.    That Plaintiff take nothing from Defendant by the Complaint;

3.    That Plaintiff obtain no relief from Defendant by the Complaint;

4.    For all costs of suit herein; and

5.    For such other and further relief that the Court deems just and proper.

Dated: April 27, 2022                    **DUANE MORRIS** LLP


By:   /s/ Aron M. Oliner (152373)
      Aron M. Oliner
      Geoffrey A. Heaton
      Attorneys for Defendant,
      Pohanka of Salisbury, Inc.

DM3\5645393.1 R5815/00001