1  STEVEN T. GUBNER – Bar No. 156593
   JASON B. KOMORSKY – Bar No. 155677
2  JESSICA L. BAGDANOV – Bar No. 281020
   JESSICA S. WELLINGTON – Bar No. 324477
3  BG LAW LLP
   21650 Oxnard Street, Suite 500
4  Woodland Hills, CA 91367
   Telephone: (818) 827-9000
5  Facsimile: (818) 827-9099
   Email:    sgubner@bg.law
6            jkomorsky@bg.law
             jbagdanov@bg.law
7            jwellington@bg.law

8  Attorneys for Michael G. Kasolas, Liquidating Trustee
   For the Robert Brower, Sr. Liquidating Trust

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re<br><br>ROBERT BROWER, SR.,<br><br>Debtor. | Case No. 15-50801-MEH<br><br>Chapter 11<br><br>Adv. No. 21-05029-MEH |
| MICHAEL G. KASOLAS, Liquidating Trustee of the Robert Brower Sr. Liquidating Trust,<br><br>Plaintiff,<br><br>v.<br><br>PATRICIA BROWER, solely as trustee of the BROWER TRUST (2015), dated June 30, 2015; et al.,<br><br>Defendants. | **DECLARATION OF JASON B. KOMORSKY IN SUPPORT OF REQUEST FOR DEFAULT AGAINST DEFENDANT MED-VENTURE INVESTMENTS, LLC**<br><br>[Fed.R.Bankr.P. 7055, Fed.R.Civ.P. 55(a) and Local Bankruptcy Rule 7055-1] |

# DECLARATION OF JASON B. KOMORSKY

I, Jason B. Komorsky, declare:

1. I am an attorney in good standing duly authorized to practice before this Court and all the courts of the State of California.

2. I am a partner at the law firm of BG LAW LLP, counsel for Plaintiff Michael G. Kasolas, Liquidating Trustee for the Robert Brower, Sr. Liquidating Trust ("Plaintiff").

3. I have personal knowledge of the following facts and if called as a witness I would and could competently so testify.

4. On July 22, 2021, the Plaintiff commenced this adversary proceeding by filing the Complaint (the "Complaint") [Adv. Doc. 1] entitled, *Michael G. Kasolas, Liquidating Trustee for the Robert Brower, Sr. Liquidating Trust v. Patricia Brower, solely as trustee of the Brower Trust (2015), dated June 20, 2015, Robert Brower, Jr., Great American Wineries, Inc., Deerleaf Holdings, Inc., Med-Venture Investments, LLC, Aurora Capital Advisors, Richard Babcock, Anthony Nobles, Coastal Wine Services LLC, a California limited liability company, Wilford Butch Lindley, an individual, Pohanka of Salisbury, Inc., Jaurigue Law Group, a California professional corporation dba JLG Lawyers, Johnson, Rovella, Retterer, Rosenthal & Gilles, LLP and Oldfield Creely LLP* (collectively, "Defendants"), against Defendants, including defendant Med-Venture Investments, LLC ("Med-Venture").

5. On July 23, 2021, the Court issued a summons requiring Med-Venture to answer the Complaint within 30 days and setting a status conference for October 18, 2021.

6. On July 23, 2021, the Court issued a corrected summons setting the deadline for Defendants to file and serve a written response to the Complaint by August 22, 2021 (the "Deadline") and a scheduling conference for October 18, 2021 [Adv. Doc. 4]. On the same day, the Court entered its *Order re Initial Disclosures and Discovery Conference* (the "Discovery Order") [Adv. Doc. 5], which orders the parties to meet and confer at a Discovery Conference pursuant to Fed. R. Civ. P. 26 at least 21 days before the scheduling conference, and to file a joint discovery plan within 14 days after the Discovery Conference.

7. On July 29, 2021, Plaintiff served the corrected summons and Complaint on Defendants [Adv. Doc. 9].

8. On July 29, 2021, my office filed the certificate and proof of Summons Service Executed [Adv. Doc. 9].

9. After the Court granted Med-Venture's motion to dismiss with leave to amend, on December 23, 2021, Plaintiff filed a first amended complaint. Adv. No. 58.

10. After the Court granted Med-Venture's motion to dismiss with leave to amend, on April 12, 2022, Plaintiff filed its Second Amended Complaint, which Second Amended Complaint was served on Med-Venture. See **Exhibit A** attached to the Request filed concurrently herewith.

11. Med-Venture's responsive pleading was due to be filed on or before May 12, 2022. Med-Venture has filed no responsive pleading.

12. As of the date of this Declaration, Med-Venture has failed to respond to the Second Amended Complaint.

13. I am informed and believe that Defendant is not a juvenile, incompetent, or in the military.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 26th day of May, 2022 in Woodland Hills, California.

JASON B. KOMORSKY