```
 1  STEVEN T. GUBNER – Bar No. 156593
    JASON B. KOMORSKY – Bar No. 155677
 2  JESSICA L. BAGDANOV – Bar No. 281020
    JESSICA S. WELLINGTON – Bar No. 324477
 3  BG LAW LLP
    21650 Oxnard Street, Suite 500
 4  Woodland Hills, CA 91367
    Telephone: (818) 827-9000
 5  Facsimile:  (818) 827-9099
    Email:     sgubner@bg.law
 6             jkomorsky@bg.law
               jbagdanov@bg.law
 7             jwellington@bg.law

 8  Attorneys for Michael G. Kasolas, Liquidating Trustee
    For the Robert Brower, Sr. Liquidating Trust
```

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>ROBERT BROWER, SR.,<br><br>               Debtor.<br><br>MICHAEL G. KASOLAS, solely in his capacity as the Liquidating Trustee for the Robert Brower, Sr. Liquidating Trust,<br><br>               Plaintiff,<br><br>v.<br><br>PATRICIA BROWER, solely as trustee of the BROWER TRUST (2015), dated June 30, 2015, et al.<br><br>               Defendants. | Bk. Case No. 15-50801 MEH<br><br>Chapter 11<br><br>Adv. Case No. 21-05029 MEH<br><br>**SIXTH STIPULATION TO EXTEND DEADLINES AND CONTINUE STATUS CONFERENCE**<br><br>**Current Status Conference:**<br>Date: August 15, 2022<br>Time: 10:00 a.m.<br><br>**Proposed Continued Status Conference:**<br>Date: October 11, 2022<br>Time: 10:00 a.m.<br>Place: Courtroom 11<br>       United States Bankruptcy Court<br>       280 South First Street<br>       San Jose, California 95113 |

**TO THE HONORABLE M. ELAINE HAMMOND, UNITED STATES BANKRUPTCY JUDGE AND PARTIES-IN-INTEREST:**

Plaintiff Michael G. Kasolas, Liquidating Trustee for the Robert Brower, Sr. Liquidating Trust ("Liquidating Trustee"), and Defendants Patricia Brower, solely as trustee of the Brower Trust (2015), dated June 20, 2015 (the "Trust"), Robert Brower, Jr. ("R. Brower"), Great American Wineries, Inc. ("GAW"), Deerleaf Holdings, Inc. ("Deerleaf"), Aurora Capital Advisors ("Aurora"), Richard Babcock ("Babcock"), Anthony Nobles ("Nobles"), Pohanka of Salisbury, Inc. ("Pohanka"), Johnson, Rovella, Retterer, Rosenthal & Gilles, LLP ("Johnson Rovella") and Oldfield Creely LLP ("Oldfield") (collectively, "Defendants")[1] (Plaintiff and Defendants herein together, the "Parties"), by and through their counsel, hereby stipulate and agree as follows:

## RECITALS

A. On July 22, 2021, the Liquidating Trustee filed a complaint (the "Complaint") against Defendants, initiating the above-captioned adversary proceeding (the "Adversary Proceeding") [Doc. 1].

B. On July 23, 2021, the Court issued a corrected summons setting the deadline for Defendants to file and serve a written response to the Complaint by August 22, 2021 and a scheduling conference for October 18, 2021 [Doc. 4]. On the same day, the Court entered its *Order re Initial Disclosures and Discovery Conference* (the "Discovery Order") [Doc. 5], which orders the Parties to meet and confer at a Discovery Conference pursuant to Fed. R. Civ. P. 26 at least 21 days before the scheduling conference, and to file a joint discovery plan within 14 days after the Discovery Conference.

C. On July 29, 2021, the Liquidating Trustee served the corrected summons and Complaint on Defendants [Doc. 9].

D. On September 30, 2021, the Parties filed a *Stipulation to Extend Deadlines and Continue Status Conference in Light of Pending Motion to Dismiss and Granted Extensions*

---

[1] Defendants Coastal Wine Services, LLC, Wilford Butch Lindley, and Jaurigue Law Group have not appeared in this action and have not timely responded to the Complaint. Entries of default have been entered with respect to these defendants [Docs. 53, 54, 57]. Additionally, defendants Aurora Capital Advisors, LLC and Med-Venture Investments, LLC did not timely respond to Plaintiff's second amended complaint and entries of default have been entered with respect to these defendants [Docs. 137, 149].

[Doc. 29], approved by the Court [Doc. 30], and pursuant to which the scheduling conference in this action was set to take place on November 15, 2021 at 10:00 a.m. Thereafter, the Parties filed a second stipulation to continue the status conference [Doc. 33], which was approved and continued the status conference to January 10, 2022 [Doc. 34]. Thereafter, the Parties filed a third stipulation to continue the status conference [Doc. 61], which was approved and continued the status conference to February 28, 2022 [Order, Doc. 62]. Thereafter, the Parties filed a fourth stipulation to continue the status conference [Doc. 95], which was approved and continued the status conference to May 2, 2022 [Doc. 96]. Thereafter, the Parties filed a fifth stipulation to continue the status conference [Doc. 107], which was approved and continued the status conference to July 5, 2022 [Doc. 108].

E. On October 12, 2021, the Court held oral argument on the motion to dismiss filed by Defendants Aurora, Babcock, Nobles, and Med-Venture Investments, LLC [Doc. 10]. At the conclusion of the hearing, the Court took the motion to dismiss under submission.

F. Additionally, motions to dismiss were filed by Defendants Oldfield Creely LLP [Doc. 13] and Johnson Rovella [Doc. 20]. On October 13, 2021, the Court determined that these motions to dismiss substantially overlap with the issues and arguments presented during the October 12 hearing, and set a joint hearing on the motions for November 15, 2021.

G. The Court heard further argument on the motions to dismiss on November 15, 2021, after which the Court issued an order granting the motions with leave to amend, and ordering the Liquidating Trustee to file an amended complaint no later than December 23, 2021 [Doc. 42].

H. On December 23, 2021, the Liquidating Trustee filed his first amended complaint (the "FAC") [Doc. 58].

I. Defendants Aurora, Babcock, Nobles, and Med-Venture Investments, LLC filed a motion to dismiss the FAC [Doc. 65]. Additionally, Defendant Oldfield Creely filed a motion to dismiss the FAC [73] and a special motion to strike the FAC under Section 425.16 of the California Code of Civil Procedure (the "Motion to Strike") [Doc. 70].

J. On March 23, 2022, the Court entered its orders granting the motions to dismiss the FAC with leave to amend [Docs. 98 and 99, as amended by Docs. 101 and 102], and its order denying the Motion to Strike [Doc. 100].

K. Pursuant to the amended orders granting the motion to dismiss the FAC with leave to amend [Docs. 101 and 102], the Liquidating Trustee was to file an amended complaint by April 26, 2022.

L. On April 12, 2022, the Liquidating Trustee filed his second amended complaint (the "SAC") [Doc. 103].

M. On June 6, 2022, the Court held oral argument on the motions to dismiss the SAC filed by Defendants Aurora, Babcock and Nobles [Doc. 113], Oldfield Creely [Doc. 111], and Johnson Rovella [124]. At the conclusion of the hearing, the Court took the motion to dismiss under submission. Additionally, the Court continued the status conference set for July 5, 2022 to August 15, 2022 at 10:00 a.m.

N. In the interests of judicial economy, the Parties stipulate and agree to continue the case management conference approximately 60 days to allow time for the Court to rule on the pending motions to dismiss the SAC. The Parties believe that the complaint should be at issue prior to the parties engaging in significant discovery efforts.

## STIPULATION

**WHEREFORE**, the Parties hereby stipulate and agree, subject to Court approval:

1. The foregoing recitals are incorporated herein by this reference.

2. The scheduling conference set for August 15, 2022 is continued to October 11, 2022 at 10:00 a.m., or such other date that is convenient for the Court.

3. At least 21 days before the continued scheduling conference, the Parties shall confer (in person or by telephone) at a Discovery Conference.

4. A joint discovery plan shall be filed within 14 calendar days after the Discovery Conference.

IT IS SO STIPULATED.

DATED: July 27, 2022           BG LAW LLP


                               By: /s/ Jessica S. Wellington
                                   Jason B. Komorsky
                                   Jessica L. Bagdanov
                                   Jessica S. Wellington
                               Attorneys for Michael G. Kasolas, Liquidating Trustee
                               For the Robert Brower, Sr. Liquidating Trust


DATED: July 27, 2022


                               By: (see next page)
                                   R. Brower *pro se*
                               Individually and as representative of Defendants GAW
                               and Deerleaf


DATED: July 27, 2022           SHULMAN BASTIAN FRIEDMAN & BUI LLP


                               By: /s/ Ryan D. O'Dea
                                   Leonard M. Shulman
                                   Ryan D. O'Dea
                               Attorneys for Defendants Aurora, Babcock, and
                               Nobles


DATED: July 27, 2022           BINDER & MALTER LLP


                               By: /s/ Wendy W. Smith
                                   Wendy W. Smith
                               Attorneys for Defendant Johnson Rovella

| | | |
|---|---|---|
| 1 | DATED: July __, 2022 | BG LAW LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Jason B. Komorsky<br>Jessica L. Bagdanov |
| 5 | | Jessica S. Wellington<br>Attorneys for Michael G. Kasolas, Liquidating Trustee |
| 6 | | For the Robert Brower, Sr. Liquidating Trust |
| 7 | | |
| 8 | DATED: July 27, 2022 | |
| 9 | | By: _____/s/_____ |
| 10 | | R. Brower, Jr. *pro se*<br>Individually and as representative of Defendant |
| 11 | | Deerleaf |
| 12 | | |
| 13 | | |
| 14 | DATED: July __, 2022 | SHULMAN BASTIAN FRIEDMAN & BUI LLP |
| 15 | | |
| 16 | | By: _____ |
| | | Leonard M. Shulman |
| 17 | | Ryan D. O'Dea<br>Attorneys for Defendants Aurora, Babcock, and |
| 18 | | Nobles |
| 19 | | |
| 20 | | |
| 21 | DATED: July __, 2022 | BINDER & MALTER LLP |
| 22 | | |
| 23 | | By: _____ |
| 24 | | Wendy W. Smith<br>Attorneys for Defendant Johnson Rovella |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | DATED: July 27, 2022 | DUANE MORRIS |
| 2 | | |
| 3 | | By: /s/ Ron Olmer |
| 4 | | Ron Oliner<br>Attorneys for Defendant Pohanka |
| 5 | | |
| 6 | | |
| 7 | DATED: July 27, 2022 | KAUFMAN DOLOWICH VOLUCK |
| 8 | | |
| 9 | | By: /s/ Rogelio Serrano |
| 10 | | Louis H. Castoria<br>Rogelio Serrano |
| 11 | | Attorneys for Defendant Oldfield |
| 12 | | |
| 13 | DATED: July 27, 2022 | |
| 14 | | By: (see next page) |
| 15 | | Patty Brower *pro se*<br>Representative for Defendant the Trust |

| | | |
|---|---|---|
| DATED: July__, 2022 | | DUANE MORRIS |

By: _____
Ron Oliner
Attorneys for Defendant Pohanka

DATED: July __, 2022          KAUFMAN DOLOWICH VOLUCK

By:_____
Louis H. Castoria
Rogelio Serrano
Attorneys for Defendant Oldfield

DATED: July 27, 2022

By: [signature] _____
Patty Brower *pro se*
Representative for Defendant the Trust

Case: 21-05029    Doc# 156    Filed: 07/27/22    Entered: 07/27/22 15:41:01    Page 8 of 10

6

# CERTIFICATE OF SERVICE

I, JESSICA STUDLEY, certify that service of following document:

**SIXTH STIPULATION TO EXTEND DEADLINES AND CONTINUE STATUS CONFERENCE**

was made on July 27, 2022 by:

☒ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

**SEE ATTACHED LIST**

☒ Notice of Electronic Filing (NEF): The foregoing document will be served by the court via NEF and hyperlink to the document. I checked the CM/ECF docket for this case and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Jessica L. Bagdanov**   jbagdanov@bg.law, ecf@bg.law
- **Jason B. Komorsky**   jkomorsky@bg.law, ecf@bg.law
- **Ryan O'Dea**   rodea@shbllp.com
- **Aron M. Oliner**   roliner@duanemorris.com, dmicros@duanemorris.com
- **Rogelio Serrano-Gutierrez**   rserrano@kdvlaw.com
- **Wendy W. Smith**   Wendy@bindermalter.com
- **Jessica Wellington**   jwellington@bg.law, ecf@bg.com

☐ Overnight Delivery: By enclosing in a UPS envelope for next day delivery.

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addresses to the following officer of the defendant at:

☐ Email: The defendant's counsel was served by email as follows:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times, during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: July 27, 2022

                                 /s/ Jessica Studley
                                 JESSICA STUDLEY

BG LAW LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367

**VIA REGULAR FIRST CLASS MAIL**

| | |
|---|---|
| Patricia Brower, PRO SE<br>2 Christopher Court<br>Flanders, NJ 07836 | Great American Wineries, Inc., PRO SE<br>Attn: Robert Brower Jr.,<br>Agent for Service of Process<br>28088 Barn Court<br>Carmel, CA 93923 |
| Great American Wineries, Inc., PRO SE<br>c/o Robert Brower Jr., President<br>2511 Garden Road, Suite B-100<br>Monterey, CA 93940 | Deerleaf Holdings, Inc., PRO SE<br>c/o United States Corporation Agents, Inc.<br>221 N BROAD ST, SUITE 3A<br>Middletown, DE 19709 |
| Deerleaf Holdings, Inc., PRO SE<br>c/o Robert Brower Jr., President<br>25 Sunderland Lane<br>Katonah, NY 10536 | Robert Brower, Jr., PRO SE<br>25 Sunderland Lane<br>Katonah, NY 10536 |
| Pohanka of Salisbury, Inc.<br>c/o Ron Olinor, Esq.<br>Duane Morris LLP<br>**VIA NEF** | Anthony Nobles<br>c/o Ryan O'Dea<br>**VIA NEF** |
| Aurora Capital Advisors<br>c/o Ryan O'Dea<br>**VIA NEF** | Richard Babcock<br>c/o Ryan O'Dea<br>**VIA NEF** |
| Oldfield Creely, LLP<br>c/o Rogelio Serrano-Gutierrez<br>**VIA NEF** | Johnson, Rovella, Retterer, Rosenthal & Gilles, LLP<br>c/o Wendy Smith<br>**VIA NEF** |