The following constitutes the order of the Court.
Signed: July 28, 2022

_____
**M. Elaine Hammond**
**U.S. Bankruptcy Judge**

STEVEN T. GUBNER – Bar No. 156593
JASON B. KOMORSKY – Bar No. 155677
JESSICA L. BAGDANOV – Bar No. 281020
JESSICA S. WELLINGTON – Bar No. 324477
BG LAW LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone: (818) 827-9000
Facsimile: (818) 827-9099
Email: sgubner@bg.law
jkomorsky@bg.law
jbagdanov@bg.law
jwellington@bg.law

Attorneys for Michael G. Kasolas, Liquidating Trustee
For the Robert Brower, Sr. Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>ROBERT BROWER, SR.,<br><br>        Debtor.<br><br>_____<br><br>MICHAEL G. KASOLAS, solely in his capacity as the Liquidating Trustee for the Robert Brower, Sr. Liquidating Trust,<br><br>        Plaintiff,<br><br>v.<br><br>PATRICIA BROWER, solely as trustee of the BROWER TRUST (2015), dated June 30, 2015, et al.<br><br>        Defendants. | Bk. Case No. 15-50801 MEH<br><br>Chapter 11<br><br>Adv. Case No. 21-05029<br><br>**ORDER EXTENDING DEADLINES AND CONTINUE STATUS CONFERENCE**<br><br>**Current Status Conference:**<br>Date:  August 15, 2022<br>Time:  10:00 a.m.<br><br>**Continued Status Conference:**<br>Date:  October 11, 2022<br>Time:  10:00 a.m.<br>Place:  Courtroom 11<br>        United States Bankruptcy Court<br>        280 South First Street<br>        San Jose, California 95113 |

The Court, having reviewed and considered the *Sixth Stipulation to Extend Deadlines and Continue Status Conference* [Doc. 156] (the "Stipulation"), entered into among Plaintiff Michael G. Kasolas, Liquidating Trustee for the Robert Brower, Sr. Liquidating Trust, and Defendants Patricia Brower, solely as trustee of the Brower Trust (2015), dated June 20, 2015, Robert Brower, Jr., Great American Wineries, Inc., Deerleaf Holdings, Inc., Aurora Capital Advisors, Richard Babcock, Anthony Nobles, Pohanka of Salisbury, Inc., Johnson, Rovella, Retterer, Rosenthal & Gilles, LLP, and Oldfield Creely LLP (collectively, the "Parties"), and finding good cause appearing therefor,

IT IS HEREBY ORDERED:

1. The Stipulation is approved.

2. The scheduling conference set for August 15, 2022 is continued to October 11, 2022 at 10:00 a.m.

3. At least 21 days before the continued scheduling conference, the Parties shall confer (in person or by telephone) at a Discovery Conference.

4. A joint discovery plan shall be filed within 14 calendar days after the Discovery Conference.

***END OF ORDER***

## COURT SERVICE LIST

ECF Participants