

The following constitutes the order of the Court.
Signed: August 1, 2022

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In<br>ROBERT S. BROWER, SR.,<br><br>Debtor. | Case No. 15-50801 MEH<br>Chapter 11 |
| MICHAEL G. KASOLAS, LIQUIDATING TRUSTEE FOR THE ROBERT BROWER, SR. LIQUIDATING TRUST,<br>Plaintiff.<br>v.<br>PATRICIA BROWER, SOLELY AS TRUSTEE OF THE BROWER TRUST (2015), DATED JUNE 30, 2015, et. al.,<br>Defendants. | Adv. No. 21-05029<br><br><u>Video Hearing</u><br>Date:   June 6, 2022<br>Time:   11:00 a.m. |

<u>ORDER GRANTING MOTION TO DISMISS OF OLDFIELD CREELY, LLP</u>

For the reasons set forth in the court's Memorandum Decision entered contemporaneously herewith, the motion to dismiss filed by Defendant Oldfield Creely, LLP (Dkt. # 110) is GRANTED and the Second Amended Complaint is dismissed with prejudice.

IT IS SO ORDERED.

**END OF ORDER**

1

COURT SERVICE LIST

**Via ECF:**

All ECF Recipients