

The following constitutes the order of the Court.
Signed: August 1, 2022

_M. Elaine Hammond_
_____
M. Elaine Hammond
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In<br>ROBERT S. BROWER, SR.,<br><br>Debtor. | Case No. 15-50801 MEH<br>Chapter 11 |
| MICHAEL G. KASOLAS, LIQUIDATING TRUSTEE FOR THE ROBERT BROWER, SR. LIQUIDATING TRUST,<br>Plaintiff.<br>v.<br>PATRICIA BROWER, SOLELY AS TRUSTEE OF THE BROWER TRUST (2015), DATED JUNE 30, 2015, et. al.,<br>Defendants. | Adv. No. 21-05029<br><br>Video Hearing<br>Date:  June 6, 2022<br>Time:  11:00 a.m. |

ORDER GRANTING MOTION TO DISMISS OF JRG ATTORNEYS AT LAW, LLP

For the reasons set forth in the court's Memorandum Decision entered contemporaneously herewith, the motion to dismiss filed by Defendant JRG Attorneys at Law, LLP (named in Second Amended Complaint as Johnson, Rovella, Retterer, Rosenthal & Gilles, LLP) is GRANTED and the Second Amended Complaint is dismissed with prejudice.

IT IS SO ORDERED.

**END OF ORDER**

COURT SERVICE LIST

**Via ECF:**

All ECF Recipients