STEVEN T. GUBNER – Bar No. 156593
JASON B. KOMORSKY – Bar No. 155677
JESSICA L. BAGDANOV – Bar No. 281020
JESSICA S. WELLINGTON – Bar No. 324477
BG LAW LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone: (818) 827-9000
Facsimile: (818) 827-9099
Email: sgubner@bg.law
jkomorsky@bg.law
jbagdanov@bg.law
jwellington@bg.law

Attorneys for Michael G. Kasolas, Liquidating Trustee
For the Robert Brower, Sr. Liquidating Trust

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re<br><br>ROBERT BROWER, SR.,<br><br>Debtor. | Bk. Case No. 15-50801 MEH<br><br>Chapter 11<br><br>Adv. Case No. 21-05029 MEH |
| MICHAEL G. KASOLAS, solely in his capacity as the Liquidating Trustee for the Robert Brower, Sr. Liquidating Trust,<br><br>Plaintiff,<br><br>v.<br><br>PATRICIA BROWER, solely as trustee of the BROWER TRUST (2015), dated June 30, 2015, et al.<br><br>Defendants. | **NOTICE OF HEARING ON LIQUIDATING TRUSTEE'S MOTION FOR CERTIFICATION OF PARTIAL FINAL JUDGMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 54(b) AND ENTRY OF TEMPORARY STAY**<br><br>[*Motion and Memorandum of Points and Authorities Concurrently Filed*]<br><br>**Hearing:**<br><br>Date: September 12, 2022<br>Time: 11:00 a.m.<br>Place: Courtroom 11<br>United States Bankruptcy Court<br>San Jose Division<br>280 South First Street<br>San Jose, California 95113<br><br>[Appearance also available via Zoom.gov] |

**TO THE HONORABLE ELAINE M. HAMMOND, UNITED STATES BANKRUPTCY JUDGE, ALL DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on <u>**September 12, 2022 at 11:00 a.m.**</u>, in Courtroom of the above-captioned Court, Plaintiff Michael G. Kasolas, solely in his capacity as Liquidating Trustee (the "Liquidating Trustee" or Plaintiff") of the Robert Brower, Sr. Liquidating Trust, will and hereby does move (the "Motion") the Court, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure ("Rule") incorporated into bankruptcy proceedings by Rule 7054 of the Federal Rules of Bankruptcy Procedure, for certification of partial final judgment and entry of temporary stay. Pursuant to Rule 54(b), the Liquidating Trustee requests the Court enter final judgment on the First, Second, Third, Fourth, Fifth, Seventh, Eighth, and Ninth, Claims (the "Claims") in the Second Amended Complaint [Doc. 103] (the "Complaint"). Specifically, the Liquidating Trustee seeks a partial final judgment as follows:

- ➤ As to the First, Second, Third, Fourth, Fifth and Ninth Claims for Relief, judgment in favor of defendants: (i) Aurora Capital Advisors; (ii) Richard Babcock; (iii) Anthony Nobles; (iv) Johnson, Rovella, Retterer, Rosenthal & Gilles, LLP ("JRG Attorneys"); and (v) Oldfield Creely, LLP ("Oldfield Creely").
- ➤ As to the Seventh Claim for Relief, judgment in favor of JRG Attorneys.
- ➤ As to the Eighth Claim for Relief, judgment in favor of defendants: (i) JRG Attorneys; and (ii) Oldfield Creely.

The Motion is based upon this Notice of Motion, the concurrently filed Motion and Memorandum of Points and Authorities in support of the Motion, all pleadings and records in this action, all matters of which the Court may take judicial notice, and any oral or written evidence or argument that the Court may consider at the hearing on the Motion.

**PLEASE TAKE FURTHER NOTICE** that counsel, parties, and other interested parties may attend the hearing in person or by Zoom. Additional information is available on Judge Hammond's Procedures page on the court's website (www.canb.uscourts.gov/judge/hammond/procedures). Information on attending the hearing by Zoom will be provided on Judge Hammond's calendar, posted no later than seven (7) days prior to the hearing date.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Bankruptcy Local Rule 7007-1(b), Defendants shall, not later than fourteen (14) days prior to the hearing on the Motion, serve their response, if any, on the Liquidating Trustee and his counsel of record, and file such response with the Clerk of Court.

DATED: August 15, 2022

BG LAW LLP

By: _____
Jason B. Komorsky
Jessica L. Bagdanov
Jessica S. Wellington
Attorneys for Michael G. Kasolas, Liquidating Trustee
For the Robert Brower, Sr. Liquidating Trust

# CERTIFICATE OF SERVICE

I, JESSICA STUDLEY, certify that service of following document:

**NOTICE OF HEARING ON LIQUIDATING TRUSTEE'S MOTION FOR CERTIFICATION OF PARTIAL FINAL JUDGMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 54(b) AND ENTRY OF TEMPORARY STAY**

was made on August 15, 2022 by:

☒ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

**SEE ATTACHED LIST**

☒ Notice of Electronic Filing (NEF): The foregoing document will be served by the court via NEF and hyperlink to the document. I checked the CM/ECF docket for this case and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Jessica L. Bagdanov**   jbagdanov@bg.law, ecf@bg.law
- **James C. Bastian**   jbastian@shbllp.com
- **Jason B. Komorsky**   jkomorsky@bg.law, ecf@bg.law
- **Ryan O'Dea**   rodea@shbllp.com
- **Aron M. Oliner**   roliner@duanemorris.com, dmicros@duanemorris.com
- **Jessica Wellington**   jwellington@bg.law, ecf@bg.com

☐ Overnight Delivery: By enclosing in a UPS envelope for next day delivery.

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addresses to the following officer of the defendant at:

☐ Email: The defendant's counsel was served by email as follows:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times, during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: August 15, 2022

                     /s/ Jessica Studley
                     JESSICA STUDLEY

BG LAW LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367

**VIA REGULAR FIRST CLASS MAIL**

| | |
|---|---|
| Patricia Brower, PRO SE<br>2 Christopher Court<br>Flanders, NJ 07836 | Great American Wineries, Inc., PRO SE<br>Attn: Robert Brower Jr.,<br>Agent for Service of Process<br>28088 Barn Court<br>Carmel, CA 93923 |
| Great American Wineries, Inc., PRO SE<br>c/o Robert Brower Jr., President<br>2511 Garden Road, Suite B-100<br>Monterey, CA 93940 | Deerleaf Holdings, Inc., PRO SE<br>c/o United States Corporation Agents, Inc.<br>221 N BROAD ST, SUITE 3A<br>Middletown, DE 19709 |
| Deerleaf Holdings, Inc., PRO SE<br>c/o Robert Brower Jr., President<br>25 Sunderland Lane<br>Katonah, NY 10536 | Robert Brower, Jr., PRO SE<br>25 Sunderland Lane<br>Katonah, NY 10536 |
| Pohanka of Salisbury, Inc.<br>c/o Ron Olinor, Esq.<br>Duane Morris LLP<br>**VIA NEF** | Anthony Nobles<br>c/o Ryan O'Dea<br>**VIA NEF** |
| Aurora Capital Advisors<br>c/o Ryan O'Dea<br>**VIA NEF** | Richard Babcock<br>c/o Ryan O'Dea<br>**VIA NEF** |
| Oldfield Creely, LLP<br>c/o Rogelio Serrano-Gutierrez<br>**VIA NEF** | Johnson, Rovella, Retterer, Rosenthal & Gilles, LLP<br>c/o Wendy Smith<br>**VIA NEF** |