Leonard M. Shulman – Bar No. 126349
Ryan D. O'Dea – Bar No. 273478
**SHULMAN BASTIAN FRIEDMAN & BUI LLP**
100 Spectrum Center Drive, Suite 600
Irvine, CA 92618
Telephone: (949) 340-3400
Facsimile: (949) 340-3000
Email: lshulman@shulmanbastian.com;
rodea@shulmanbastian.com

Attorneys for Defendants Aurora Capital Advisors,
Richard Babcock and Anthony Nobles

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In re<br>**ROBERT BROWER SR.**,<br>Debtor.<br>**MICHAEL G. KASOLAS,** solely in his capacity as the Liquidating Trustee for the Robert Brower Sr. Liquidating Trust,<br>Plaintiff,<br>v.<br>**PATRICIA BROWER,** solely as trustee of the BROWER TRUST (2015), dated June 30, 2015; **GREAT AMERICAN WINERIES, INC.,** a California corporation; **DEERLEAF HOLDINGS, INC.,** a Delaware corporation; **ROBERT BROWER, JR.,** an individual; **MED-VENTURE INVESTMENTS, LLC,** a California limited liability company; **AURORA CAPITAL ADVISORS,** a California general partnership; **RICHARD BABCOCK,** an individual and general partner of Aurora Capital Advisors; **ANTHONY NOBLES,** an individual and general partner of Aurora Capital Advisors; **COASTAL WINE SERVICES, LLC,** a California limited liability company; **WILFORD BUTCH, LINDLEY,** an individual; **POHANKA OF SALISBURY, INC.**, a Maryland corporation; **JAURIGUE LAW GROUP,** a California professional corporation *dba* JLG Lawyers; **JOHNSON, ROVELLA, RETTERER, ROSENTHAL & GILLES, LLP,** a limited liability partnership; and **OLDFIELD CREELY, LLP,** a limited liability partnership,<br>Defendants. | Case No.: 15-bk-50801-MEH<br><br>Chapter 11<br><br>Adv. No.: 21-ap-05029-MEH<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF AURORA CAPITAL ADVISORS, RICHARD BABCOCK AND ANTHONY NOBLES' OPPOSITION TO PLAINTIFF'S MOTION FOR CERTIFICATION OF PARTIAL FINAL JUDGMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 54(b) AND ENTRY OF TEMPORARY STAY**<br><br>[Opposition filed Concurrently herewith]<br><br><u>**Hearing Date**</u>:<br>Date: September 12, 2022<br>Time: 11:00 a.m.<br>Place: Courtroom 11<br>United States Courthouse<br>280 South First Street<br>San Jose, California 95113<br><br>[Appearance also available via Zoom] |

SHULMAN BASTIAN
FRIEDMAN & BUI LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

1
REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO MOTION
FOR CERTIFICATION OF PARTIAL JUDGMENT

Case: 21-05029    Doc# 167    Filed: 08/29/22    Entered: 08/29/22 22:07:42    Page 1 of 14

**TO THE HONORABLE M. ELAINE HAMMOND, UNITED STATES BANKRUPTCY JUDGE, PLAINTIFF, ALL DEFENDANTS AND ALL THEIR ATTORNEYS OF RECORD**:

The Court is respectfully requested to take Judicial Notice of the following documents and materials referenced below, and for which a true and correct copy of each is attached hereto and incorporated herein, offered in support of defendants Aurora Capital Advisors, Richard Babcock and Anthony Nobles' opposition to Michael G. Kasolas, liquidating trustee for the Robert Brower, Sr. Liquidating Trust's motion for certification of partial final judgment under Federal Rule of Civil Procedure 54(b) and entry of temporary stay filed concurrently herewith:

## JUDICIALLY NOTICED DOCUMENTS

1. On August 1, 2022, the Court entered an order granting defendants Aurora Capital Advisors, Richard Babcock and Anthony Nobles' motion to dismiss the second amended complaint (the "Complaint"), dismissing the Complaint with prejudice (the "Aurora Order"), reflected as Docket Number 160 in bankruptcy adversary case number 21-05029. A true and correct copy of the Aurora Order is attached hereto and incorporated herein as **Exhibit "1"**.

2. On August 1, 2022, the Court entered an order granting defendant JRG Attorneys at Law, LLP's (named in Complaint as Johnson, Rovella, Retterer, Rosenthal & Gilles, LLP) motion to dismiss the Complaint, dismissing the Complaint with prejudice (the "JRG Order"), reflected as Docket Number 161 in bankruptcy adversary case number 21-05029. A true and correct copy of the JRG Order is attached hereto and incorporated herein as **Exhibit "2"**.

3. On August 1, 2022, the Court entered an order granting defendant Oldfield Creely, LLP's motion to dismiss the Complaint, dismissing the Complaint with prejudice (the "Oldfield Order"), reflected as Docket Number 159 in bankruptcy adversary case number 21-05029. A true and correct copy of the Oldfield Order is attached hereto and incorporated herein as **Exhibit "3"**.

The above-mentioned documents are judicially noticeable pursuant to Federal Rule of Evidence 201. Federal courts may take judicial notice of facts which are "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Federal Rule of Evidence 201(c)(2). Specifically, they may take notice of materials in their own files. *United States v. Wilson*, 631 F.2d 118, 119 (9th Cir. 1980) (court may take judicial notice of its own

2

SHULMAN BASTIAN FRIEDMAN & BUI LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO MOTION FOR CERTIFICATION OF PARTIAL FINAL JUDGMENT

Case: 21-05029    Doc# 162    Filed: 08/29/22    Entered: 08/29/22 22:07:42    Page 2 of 14

records in other cases); *Kinnett Dairies, Inc. v. Farrow*, 580 F.2d 1260, 1277-78 n. 33 (5th Cir. 1978) ("courts are particularly apt to take notice of material in court files"); *Marsh Investment Corp. v. Langford*, 490 F. Supp. 1320, 1322 (D. La. 1980) *aff'd* 652 F.2d 583 (5th Cir. 1981) *cert. denied sub. nom.*; *Ponchartrain State Bank v. Marsh Investment Corp.*, 454 U.S. 1163, (1982) ("judicial notice taken that defendant had filed a petition in bankruptcy"); *Matter of Maplewood Poultry Co.*, 2 B.R. 545, 546 (Bankr. D. Me. 1980) (bankruptcy court took judicial notice of "all administrative and judicial actions previously undertaken" in the bankruptcy case).

**SHULMAN BASTIAN FRIEDMAN & BUI LLP**

Dated: August 29, 2022     By: /s/ Ryan D. O'Dea
                                Leonard M. Shulman
                                Ryan D. O'Dea
                                Attorneys for Defendants Aurora Capital Advisors, Richard Babcock and Anthony Nobles

3
REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO MOTION FOR CERTIFICATION OF PARTIAL JUDGMENT

Case: 21-05029    Doc# 106    Filed: 08/29/22    Entered: 08/29/22 22:01:42    Page 3 of 14

SHULMAN BASTIAN
FRIEDMAN & BUI LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

**EXHIBIT 1**

Entered on Docket
August 01, 2022
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes the order of the Court.
Signed: August 1, 2022

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In<br>ROBERT S. BROWER, SR.,<br><br>Debtor. | Case No. 15-50801 MEH<br>Chapter 11 |
| MICHAEL G. KASOLAS, LIQUIDATING TRUSTEE FOR THE ROBERT BROWER, SR. LIQUIDATING TRUST,<br>Plaintiff.<br>v.<br>PATRICIA BROWER, SOLELY AS TRUSTEE OF THE BROWER TRUST (2015), DATED JUNE 30, 2015, et. al.,<br>Defendants. | Adv. No. 21-05029<br><br><br><u>Video Hearing</u><br>Date:   June 6, 2022<br>Time:   11:00 a.m. |

## ORDER GRANTING MOTION TO DISMISS OF AURORA DEFENDANTS

For the reasons set forth in the court's Memorandum Decision entered contemporaneously herewith, the motion to dismiss filed by Defendant Aurora Capital Advisors, Richard Babcock, and Anthony Nobles (Dkt. # 113) is GRANTED and the Second Amended Complaint is dismissed with prejudice.

IT IS SO ORDERED.

**END OF ORDER**

1

**EXHIBIT "1"**

COURT SERVICE LIST

**Via ECF:**

All ECF Recipients

# EXHIBIT 2

Entered on Docket
August 01, 2022
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes the order of the Court.
Signed: August 1, 2022

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In<br>ROBERT S. BROWER, SR.,<br><br>Debtor. | Case No. 15-50801 MEH<br>Chapter 11 |
| MICHAEL G. KASOLAS, LIQUIDATING TRUSTEE FOR THE ROBERT BROWER, SR. LIQUIDATING TRUST,<br>Plaintiff.<br>v.<br>PATRICIA BROWER, SOLELY AS TRUSTEE OF THE BROWER TRUST (2015), DATED JUNE 30, 2015, et. al.,<br>Defendants. | Adv. No. 21-05029<br><br>Video Hearing<br>Date:   June 6, 2022<br>Time:   11:00 a.m. |

ORDER GRANTING MOTION TO DISMISS OF JRG ATTORNEYS AT LAW, LLP

For the reasons set forth in the court's Memorandum Decision entered contemporaneously herewith, the motion to dismiss filed by Defendant JRG Attorneys at Law, LLP (named in Second Amended Complaint as Johnson, Rovella, Retterer, Rosenthal & Gilles, LLP) is GRANTED and the Second Amended Complaint is dismissed with prejudice.

IT IS SO ORDERED.

**END OF ORDER**

1

**EXHIBIT "2"**

COURT SERVICE LIST

**Via ECF:**

All ECF Recipients

**EXHIBIT 3**



The following constitutes the order of the Court.
Signed: August 1, 2022

*M. Elaine Hammond*
_____
M. Elaine Hammond
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In<br>ROBERT S. BROWER, SR.,<br><br>Debtor. | Case No. 15-50801 MEH<br>Chapter 11 |
| MICHAEL G. KASOLAS, LIQUIDATING TRUSTEE FOR THE ROBERT BROWER, SR. LIQUIDATING TRUST,<br><br>Plaintiff.<br>v.<br>PATRICIA BROWER, SOLELY AS TRUSTEE OF THE BROWER TRUST (2015), DATED JUNE 30, 2015, et. al.,<br><br>Defendants. | Adv. No. 21-05029<br><br>Video Hearing<br>Date: June 6, 2022<br>Time: 11:00 a.m. |

<u>ORDER GRANTING MOTION TO DISMISS OF OLDFIELD CREELY, LLP</u>

For the reasons set forth in the court's Memorandum Decision entered contemporaneously herewith, the motion to dismiss filed by Defendant Oldfield Creely, LLP (Dkt. # 110) is GRANTED and the Second Amended Complaint is dismissed with prejudice.

IT IS SO ORDERED.

**END OF ORDER**

COURT SERVICE LIST

**Via ECF:**

All ECF Recipients

UNITED STATES BANKRUPTCY COURT for the Northern District of California

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 100 Spectrum Center Drive, Suite 600, Irvine, CA 92618.

On **August 29, 2022**, I served a true and correct copy of the following documents:

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF AURORA CAPITAL ADVISORS, RICHARD BABCOCK AND ANTHONY NOBLES' OPPOSITION TO PLAINTIFF'S MOTION FOR CERTIFICATION OF PARTIAL FINAL JUDGMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 54(b) AND ENTRY OF TEMPORARY STAY**

in the manner and on the interested parties in this action, as follows:

X **BY ELECTRONIC TRANSMISSION:** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **August 29, 2022**, I checked the CM/ECF docket for this bankruptcy case and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses listed in the Service List below.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **August 29, 2022**, at Irvine, California.

*/s/ Erlanna Lohayza*
Erlanna Lohayza

SHULMAN BASTIAN
FRIEDMAN & BUI LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

Case: 21-05029    Doc# 167    Filed: 08/29/22    Entered: 08/29/22 22:07:42    Page 13 of 14

**NEF SERVICE LIST**

- Jessica L. Bagdanov   jbagdanov@bg.law, ecf@bg.law
- James C. Bastian   jbastian@shbllp.com
- Jason B. Komorsky   jkomorsky@bg.law, ecf@bg.law
- Ryan O'Dea   rodea@shbllp.com
- Aron M. Oliner   roliner@duanemorris.com, dmicros@duanemorris.com
- Jessica Wellington   jwellington@bg.law, ecf@bg.com