Entered on Docket
October 06, 2022
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes the order of the Court.
Signed: October 6, 2022

_____
**M. Elaine Hammond
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>ROBERT S. BROWER, SR.,<br><br><br><br>Debtor. | Case No. 15-50801 MEH<br><br>Chapter 11 |
| MICHAEL G. KASOLAS, LIQUIDATING TRUSTEE FOR THE ROBERT BROWER, SR. LIQUIDATING TRUST,<br><br>Plaintiff.<br><br>v.<br><br>PATRICIA BROWER, SOLELY AS TRUSTEE OF THE BROWER TRUST (2015), DATED JUNE 30, 2015, et. al.,<br><br>Defendants. | Adv. No. 21-05029 |

## **PARTIAL FINAL JUDGMENT**

For the reasons stated in the Order Granting Entry of Partial Final Judgment (Doc. #171)

1

1. Final Judgment is entered pursuant to Rule 54(b) of the Federal Rules of Civil Procedure as to the First, Second, Third, Fourth, Fifth and Ninth Claims for Relief in the Second Amended Complaint in favor of defendants Aurora Capital Advisors, Richard Babcock and Anthony Nobles.

2. Final Judgment is entered pursuant to Rule 54(b) of the Federal Rules of Civil Procedures as to the First, Second, Third, Fourth, Fifth, Eighth and Ninth Claims for Relief in the Second Amended Complaint in favor of defendant Oldfield Creely LLP.

3. Final Judgment is entered pursuant to Rule 54(b) of the Federal Rules of Civil Procedures as to the First, Second, Third, Fourth, Fifth, Seventh, Eighth and Ninth Claims for Relief in the Second Amended Complaint in favor of defendant Johnson, Rovella, Retterer, Rosenthal & Gilles, LLP.

**IT IS SO ORDERED.**

\*\*END OF JUDGMENT\*\*

COURT SERVICE LIST

**Via ECF:**

All ECF Recipients