Heinz Binder (SBN 87908)
Wendy Watrous Smith (SBN 133887)
BINDER & MALTER, LLP
2775 Park Avenue
Santa Clara, CA 95050
T: (408) 295-1700
F: (408) 295-1531
Email: heinz@bindermalter.com
Email: wendy@bindermalter.com

Attorneys for Defendant JRG Attorneys at Law
(Named in Complaint as Johnson, Rovella, Retterer,
Rosenthal & Gilles, LLP)

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>ROBERT BROWER, SR.,<br><br>Debtor. | Case No. 15-BK-50801-MEH<br><br>Chapter 11<br><br>Adv. No.: 21-ap-05029-MEH |
| MICHAEL G. KASOLAS, solely in his capacity as the Liquidating Trustee for the Robert Brower, Sr. Liquidating Trust,<br><br>Plaintiff,<br><br>v.<br><br>PATRICIA BROWER, solely as the trustee of the BROWER TRUST (2015), dated June 30, 2015, et al.<br><br>Defendants. | Date:<br>Time: 11:00AM<br>Place: Courtroom 11<br>Judge: M. Elaine Hammond |

**DECLARATION OF PAUL ROVELLA IN SUPPORT OF MOTION FOR THE PREVAILING PARTY TO RECOVER ATTORNEYS' FEES PURSUANT TO FRCP 54(d)**

I, Paul Rovella, declare:

1. I make this declaration based on my personal knowledge, or, where indicated, on

information and belief. If called upon, I could and would testify to the truth of the following statements.

2. I am a partner at JRG Attorneys at Law ("JRG Attorneys") who is a defendant in this action.

3. Binder & Malter, LLP was hired in September of 2021 to defend JRG Attorneys in the lawsuit brought by Plaintiff Michael G. Kasolas in his capacity as liquidating trustee.

4. My firm keeps regular and careful records of all contracts with clients, and I have been a partner since 2012. The firm has changed its name since 2018, but has maintained its record keeping system throughout this period. I am informed and believed that the document attached at Exhibit A is a true and correct copy of the agreement between JRG Attorneys, who is the successor-in-interest to L+G, LLP, and Coastal Cypress Corporation ("Coastal Cypress").

5. Attached as Exhibit B is a copy of the list of transfers asserted by the Trustee in the complaints against JRG Attorneys in this action and attached as an exhibit to the complaint. Each one of the transfers listed reflects a payment made by Coastal Cypress to JRG Attorneys for services that JRG Attorneys provided pursuant to the agreement between the parties.

I declare under the penalty of perjury of the laws of the United States of America that the foregoing statements are true. Signed 20 of October, 2022 at Santa Clara, California.

_____
Paul Rovella

# EXHIBIT A



**L+G LLP**
Attorneys at Law

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Contact Type: | New Client | Date Requested: | 2/2/16 | Requested By: | DB/lt | Matter #: | 5546.001 |
| Client Name: | Coastal Cypress Corp. | | | | | Originating Office: | Salinas |
| Company Name: | | | | | | | |
| Contact Person: | Robert Brower, President | | | | | | |

Address:
- Business: 28088 Barn Court, Carmel, CA 93923
- Home:
- Other: P.O. Box 22918, Carmel, CA 93922

| | | | |
|---|---|---|---|
| Business Phone: | | Home Phone: | |
| Fax: | | Cell/Pager: | (831) 595-7414 |
| Accounts Payable: | | E-mail: | coastalcypress@yahoo.com |
| Website (URL): | | Other: | |

Matter Description: Third Party Subpoena by MUFG Union Bank and Related Matters
(Limit 50 Characters)

| | | | | | |
|---|---|---|---|---|---|
| Retainer Amount: | $10,000.00 | | Date Fee Agreement Sent to Client | | 1/26/16 |
| Working Attorney: | DB | Primary Attorney: | DB | Originating Attorney(s): | DB |

**SPECIAL BILLING INSTRUCTIONS**

Electronic Billing (can send to two email addresses)
- Email: coastalcypress@yahoo.com
- Email:
- Bill Rate: $350/hr.  ☐ Farm Bureau  ☐ Flat Fee  ☐ Contingency
- Special Billing Notes:
- Split Billing: (specify breakdown below, attach addl page if needed)
- Client Name: _____ Split Percentage: _____
- Client Name: _____ Split Percentage: _____

**CONFLICTS** (Adverse/Related)
(Attach Conflict Check when submitting RFNF for signature)
Names Checked:

Conflict Ck Run by:

**HOW WAS MATTER ORIGINATED?**
Personal Contact
Please Provide Names

**TYPE OF LAW - Select the proper Area of Law**

| Business | Land Use | Litigation | Public Agency | CannaBusiness | Project Advocacy |
|---|---|---|---|---|---|
| Select Business | Select Land Use | 310 Commercial | Select Public Agency | Select CannaBusiness | Select Project Outreach |

Reviewed and approved by: _____ JRG       _____ BRANCH MANAGER

Case: 21-05029    Doc# 182-2    Filed: 10/20/22    Entered: 10/20/22 17:32:56    Page 4 of 15

# ADDITIONAL CLIENT/CONTACT INFORMATION

*Select at least one category AND at least one sub-category from one or more of the groupings below.*

## Categories/Sub-Categories

### Legal
- ☐ Apprd Legal Expert/Consultant
- ☐ ERSB Consultant (El Rancho San Benito)
- ☐ Attorney
- ☐ Judge

### Human Resources
- ☐ Employees (active/inactive)
- ☐ Recruiting Agency

### Political
- ☐ Campaign Manager/Consultant
- ☐ Government Staff
- ☐ Political Donor
- ☐ Elected/Appointed (active/inactive)
- ☐ Political Candidate (active/inactive)

**Additional Political Information, if applicable**

| Candidates term period | | Date term expires | |
|---|---|---|---|
| Election Date | | FPPC# | |
| Committee Name | | | |

### Marketing
- ☐ Ag
- ☐ Education
- ☐ Developers
- ☑ Client
- ☐ Hospitality (dining, hotels)
- ☐ Medical

### Vender
- ☐ Accountant
- ☐ Financial Institution
- ☐ Appraiser
- ☐ Insurance
- ☐ Consultants
- ☐ Lobbyists
- ☐ Driver
- ☐ Real Estate Agent/Company
- ☐ Events
- ☐ Title Company

### Media
- ☐ Newspaper
- ☐ Radio
- ☐ Photographer
- ☐ Television

### Function
- ☑ Christmas Cards
- ☑ Open House
- ☐ Cannabis Mixer
- ☐ Hog Heaven
- ☐ Political Email
- ☐ Food Safety Newsletter
- ☐ Education Newsletter
- ☐ Land use Newsletter

### Sources
- ☐ Bar Associations (Monterey, San Benito)
- ☐ Chaine des Rotisseurs
- ☐ Chamber of Commerce (King City, San Benito, Salinas, Marina)
- ☐ Charlie Russell Riders
- ☐ Corral de Tierra
- ☐ Grower Shipper Association
- ☐ Knights of the Vine
- ☐ Markham Ranch
- ☐ MCBPAC (Monterey County Business PAC)
- ☐ MCHA (Monterey County Hospitality Assoc.)
- ☐ MCVGA (Monterey Cnty Vintners & Growers)
- ☐ Old Town Salinas Association
- ☐ Salinas Memorial Hospital Foundation
- ☐ SUBA
- ☐ Western Growers Association
- ☐ CENTA

L+G, LLP
318 Cayuga Street
Salinas, CA 93901
(831) 754-2444

January 26, 2016

## ATTORNEY-CLIENT FEE AGREEMENT

L+G, LLP ("Attorney") and Coastal Cypress Corporation, a California corporation ("Client") hereby agree that Attorney will provide legal services to Client on the terms set forth below.

1. CONDITIONS. This Agreement will not take effect, and Attorney will have no obligation to provide legal services, until Client returns a signed copy of this Agreement and pays the initial deposit called for under Paragraph 4.

2. SCOPE OF SERVICES. Client has asked Attorney to represent it in connection with a Third Party Subpoena (the "Subpoena") served on Client by MUFG Union Bank, N.A., ~~in the matter of In re Robert Brower, Sr., currently pending in the United States Bankruptcy Court for the Northern District of California (Case No. 15-50608).~~ ~~The representation is limited to matters relating to the Subpoena.~~ *AND Related matters.* /AJ/  Additional representation, if requested, will be the subject of a separate Retainer Agreement. Attorney will provide those legal services reasonably required to represent Client. Attorney will take reasonable steps to keep Client informed of progress and to respond to Client's inquiries. Services in any matter not described above will require a separate written agreement.

3. CLIENT'S DUTIES. Client agrees to be truthful with Attorney, to cooperate, to keep Attorney informed of any information or developments which may come to Client's attention, to abide by this Agreement, to pay Attorney's bills on time, and to keep Attorney advised of Client's address, telephone number and whereabouts. Client will assist Attorney in providing necessary information and documents and will appear when necessary at legal proceedings.

1

4. DEPOSIT. Client will provide an initial deposit of $10,000.00. ~~This deposit, as well as any future deposit, will be held in a trust account.~~ AJ Client acknowledges that the deposit is not an estimate of total fees and costs, but merely an advance for security. The deposit will be credited to fees incurred until exhausted. AJ

Unless otherwise agreed in writing, any unused deposit at the conclusion of Attorney's services will be refunded.

5. LEGAL FEES AND BILLING PRACTICES. Client agrees to pay by the hour at Attorney's prevailing rates for all time spent on Client's matter by Attorney's legal personnel. Current hourly rates for legal personnel are set forth in the attached rate schedule. These fees are not set by law, but are negotiable between client and attorneys.

It is anticipated that the attorney who will be working on your matter will be David Balch. His current rate is $~~395~~ 350.— AJ per hour.

The rates on this schedule are subject to change on 30 days written notice to Client. If Client declines to pay increased rates, Attorney will have the right to withdraw as attorney for Client.

The time charged will include the time Attorney spends on telephone calls relating to Client's matter, including calls with Client or third parties. If more than one of the legal personnel attends a meeting, each will charge for the time spent. Attorney will charge for waiting time in court and elsewhere and for travel time.

Time is charged in minimum units of one-tenth (.1) of an hour. If Client does not question a charge within 30 days of the date of the bill, the charges will be presumed to be correct.

6. COSTS AND OTHER CHARGES.
(a) Attorney will incur various costs and expenses in performing legal services under this Agreement. Client agrees to pay for all costs, disbursements and expenses in addition to the hourly fees. The costs and expenses commonly include messenger and other delivery

2

fees, travel costs including parking, mileage if the destination is more than 40 miles from the office and other similar items. All costs and expenses will be charged at Attorney's cost.

(b) Out of town travel. If the destination is more than 40 miles from the office, Client agrees to pay transportation, meals, lodging and all other costs of any necessary out-of-town travel by Attorney and by Attorney's personnel. Client will also be charged the hourly rates for the time Attorney and Attorney's legal personnel spend traveling.

7. BILLING STATEMENTS AND FINANCE CHARGES. Attorney will send Client periodic statements for fees and costs incurred. Each statement will be payable within 30 days of its mailing date. If Client so requests, Attorney will provide a statement within 10 days of receipt of the request. The statements shall include the amount, rate, basis of calculation or other method of determination of the fees and costs, which costs will be clearly identified by item and amount. If the full amount of the bill is not satisfied; the balance shall be subject to a finance charge of one percent (1%) per month.

8. ~~USE/REPLENISHMENT OF DEPOSIT. In the event Client does not fully pay the fees and costs detailed in a billing statement within 30 days of the date of the bill, Client hereby authorizes Attorney to take funds from the Client's deposit to satisfy the charges. Funds from the Client's trust account will be withdrawn 45 days after the date of the bill for any unpaid part of the bill. If funds are used to cover fees and costs, or any portion thereof, then Client will fully replenish the deposit and satisfy the full bill 15 days before the subsequent billing statement date.~~

9. DISCHARGE AND WITHDRAWAL. Client may discharge Attorney at any time. Attorney may withdraw with Client's consent or for good cause. Good cause includes Client's breach of this Agreement, refusal to cooperate or to follow Attorney's advice on a material matter or any fact or circumstance that would render Attorney's continuing representation unlawful or unethical. When Attorney's services conclude, all unpaid charges will immediately become due and payable. After services conclude, Attorney will,

3

upon Client's request, deliver Client's file and property in Attorney's possession whether or not Client has paid for all services.

10. DOCUMENT RETENTION AND DESTRUCTION. Any file pertaining to Attorney's representation of Client is Client's file. Any file document created as a result of Attorney's representation shall be Attorney's work product. A copy of Client's file shall be available to Client upon Client's written request. If Client wants Client's file, including a copy of Attorney's work product, after Attorney's representation is ended, Client should promptly make such a request in writing. At this time, it is Attorney's policy to retain files for a period of five (5) years after the file is closed, and thereafter to destroy it. Attorney is moving toward a paperless system and will amend Attorney's document retention and destruction procedures when the new system is fully implemented. However, by signing this Agreement, Client consents to Attorney's destruction of Client's file in accordance with the policy described here.

11. ARBITRATION OF DISPUTES. In the event of any dispute regarding fees and costs, Client and Attorney agree that the dispute shall be submitted to non-binding arbitration before the Monterey County Bar Association.

12. RECOVERY OF ATTORNEYS' FEES INCURRED IN COLLECTION/FEE DISPUTE. (1) Client agrees to pay reasonable attorneys' fees, costs, and expenses paid or incurred in connection with the collection of delinquent attorneys' fees, expenses, and disbursements; (2) in the event any attorneys' fees dispute is submitted to a court for any reason, the prevailing party shall be entitled to recover reasonable attorneys' fees, costs, and expenses incurred in such action; (3) the time of attorneys in the firm, at their then standard billing rates, will be recoverable to the same extent legal fees paid to a third party firm would be recoverable; (4) in the event that any attorneys' fees dispute is submitted to arbitration pursuant to Paragraph 11 above, this provision will not apply.

13. GOVERNING LAW AND CONSENT TO JURISDICTION AND VENUE. This Agreement shall be governed by and construed in accordance with the laws of the State

4

of California. Client expressly consents to the jurisdiction of the California courts and agree that any action relating to or arising out of this Agreement shall be instituted and prosecuted on in the Superior Court of the County of Monterey. Attorney and Client each waive any right to a change in venue and any and all objections to the jurisdiction of the California courts.

14. DISCLAIMER OF GUARANTEE AND ESTIMATES. Nothing in this Agreement and nothing in Attorney's statements to Client will be construed as a promise or guarantee about the outcome of the matter. Attorney makes no such promises or guarantees. Attorney's comments about the outcome of the matter are expressions of opinion only. Any estimates of fees given by Attorney shall not be a guarantee. Actual fees may vary from estimates given.

15. SEVERABILITY IN EVENT OF PARTIAL INVALIDITY. If any provision of this Agreement is held in whole or in part to be unenforceable for any reason, the remainder of that provision and of the entire Agreement will be severable and remain in effect.

16. MODIFICATION BY SUBSEQUENT AGREEMENT. This Agreement may be modified by subsequent agreement of the parties only by an instrument in writing signed by both of them, or an oral agreement only to the extent that the parties carry it out.

17. EFFECTIVE DATE. This Agreement will govern all legal services performed by Attorney on behalf of Client commencing with the date Attorney first performed services. The date at the beginning of this Agreement is for reference only. Even if this Agreement does not take effect, Client will be obligated to pay Attorney the reasonable value of any services Attorney may have performed for Client.

18. ENTIRE AGREEMENT. This Agreement contains the entire agreement of the parties. No other agreement, statement, or promise made on or before the effective date of this Agreement will be binding on the parties.

5

THE PARTIES HAVE READ AND UNDERSTOOD THE FOREGOING TERMS AND AGREE TO THEM AS OF THE DATE ATTORNEY FIRST PROVIDED SERVICES. IF MORE THAN ONE CLIENT SIGNS BELOW, EACH AGREES TO BE LIABLE, JOINTLY AND SEVERALLY, FOR ALL OBLIGATIONS UNDER THIS AGREEMENT. CLIENT SHALL RECEIVE A FULLY EXECUTED DUPLICATE OF THIS AGREEMENT.

Coastal Cypress Corporation

Date: 2/2, 2016

_/s/ Robert Brower, Pres._
Robert Brower, President

*As Amended*

L+G, LLP

Date: January 28, 2016

_/s/ Aaron Johnson_
Aaron Johnson, Partner

6

*Please outline fees by person, not categories.*

## Rate Schedule

Hourly Rates for Legal Personnel:

| | |
|---|---|
| Partners | between $350.00 and $495.00/hour |
| Associate Attorney | between $215.00 and $475.00/hour |
| Land Use Specialist | between $195.00 and $250.00/hour |
| Paralegal and Legal Clerks | between $175.00 and $195.00/hour |

# EXHIBIT B

## Proceeds Transferred to Johnson Rovella

Transfers from Coastal

| Bank | Account Number | Check No. | Date | Amount |
|---|---|---|---|---|
| Fremont | 1870 | 1381 | 2/2/16 | $10,000 |
| Fremont | 1870 | 1396 | 4/3/16 | $57.50 |
| Fremont | 1870 | 1400 | 4/11/16 | $6,195 |
| Fremont | 1870 | 1409 | 5/14/16 | $1,085 |
| Fremont | 1870 | 1416 | 6/9/16 | $1,750 |
| Fremont | 1870 | 1424 | 7/12/16 | $1,592.50 |
| Fremont | 1870 | 1428 | 8/14/16 | $472.50 |
| Fremont | 1870 | 1437 | 10/10/16 | $2,082.50 |
| Fremont | 1870 | 1455 | 12/16/16 | $210 |
| Fremont | 1870 | 1460 | 2/22/17 | $85.75 |
| M&T | 5772 | 5029 | 6/8/17 | $857.50 |
| M&T | 5772 | 5038 | 7/7/17 | $3,045 |
| M&T | 5772 | 5045 | 8/11/17 | $5,337.50 |
| M&T | 5772 | 5053 | 9/14/17 | $3,919.18 |
| M&T | 5772 | 5059 | 10/4/17 | $4,749.68 |
| M&T | 5772 | 5066 | 12/13/17 | $15,986.67 |
| M&T | 5772 | 5069 | 1/11/18 | $9,599.76 |
| M&T | 5772 | 5076 | 2/18/18 | $22,773.60 |
| M&T | 5772 | 5081 | 3/18/18 | $10,193.50 |
| M&T | 5772 | 5085 | 4/26/18 | $7,773.60 |
| M&T | 5772 | 5090 | 5/18/18 | $12,790 |
| M&T | 5772 | 5094 | 6/15/18 | $18,693.60 |
| M&T | 5772 | 5099 | 7/10/18 | $3,482.20 |
| M&T | 5772 | 5102 | 8/11/18 | $713.75 |
| M&T | 5772 | 5110 | 9/19/18 | $9,330 |
| M&T | 5772 | 5115 | 10/8/18 | $2,751.35 |
| M&T | 5772 | 5122 | 11/11/18 | $3,235.53 |
| M&T | 5772 | 5126 | 12/10/18 | $3,801.50 |
| M&T | 5772 | 5132 | 1/1/19 | $3,692 |
| M&T | 5772 | 5135 | 2/24/19 | $9,397.46 |
| M&T | 5772 | 5145 | 4/12/19 | $7,625.50 |
| M&T | 5772 | 5148 | 4/22/19 | $12,711.50 |
| M&T | 5772 | 5151 | 5/15/19 | $4,942.91 |
| M&T | 5772 | 5155 | 6/15/19 | $7,217.40 |
| M&T | 5772 | 5158 | 7/12/19 | $248 |
| M&T | 5772 | 5162 | 8/11/19 | $604.60 |
| M&T | 5772 | 5167 | 9/16/19 | $14,797.01 |
| M&T | 5772 | 5175 | 10/14/19 | $22,229.85 |

## EXHIBIT 19

| M&T | 5772 | 5183 | 11/22/19 | $9,610.56 |
| M&T | 5772 | 5186 | 12/11/19 | $8,253.50 |
| M&T | 5772 | 5216 | 2/24/20 | $16,393.52 |
| | | | **Total** | **$280,288.48** |