Heinz Binder (SBN 87908)
Wendy Watrous Smith (SBN 133887)
BINDER & MALTER, LLP
2775 Park Avenue
Santa Clara, CA 95050
T: (408) 295-1700
F: (408) 295-1531
Email: heinz@bindermalter.com
Email: wendy@bindermalter.com

Attorneys for Defendant JRG Attorneys at Law
(Named in Complaint as Johnson, Rovella, Retterer,
Rosenthal & Gilles, LLP)

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>ROBERT BROWER, SR.,<br><br>              Debtor.<br><br>MICHAEL G. KASOLAS, solely in his capacity as the Liquidating Trustee for the Robert Brower, Sr. Liquidating Trust,<br><br>        Plaintiff,<br><br>v.<br><br>PATRICIA BROWER, solely as the trustee of the BROWER TRUST (2015), dated June 30, 2015, et al.<br><br>        Defendants. | Case No.   15-BK-50801-MEH<br><br>Chapter 11<br><br>Adv. No.:  21-ap-05029-MEH<br><br>Date:     December 5, 2022<br>Time:    11:00AM<br>Place:   Courtroom 11<br>Judge:  M. Elaine Hammond |

**DECLARATION OF WENDY WATROUS SMITH IN SUPPORT OF MOTION FOR THE PREVAILING PARTY TO RECOVER ATTORNEYS' FEES PURSUANT TO FRCP 54(d)**

I, Wendy Watrous Smith, declare:

1.    I am a partner with the law firm of Binder & Malter, LLP, attorneys for Defendant

1   JRG Attorneys at Law, LLP, named in the complaint as Johnson, Rovella, Retterer, Rosenthal &

2   Gilles, LLP, ("JRG"). I make this declaration based on my personal knowledge, or where

3   indicated, on information and belief. If called upon, I could and would testify to the truth of the

4   following statements.

5       2.      As part of my firm's ordinary billing procedures, a paralegal or attorney will

6   review a draft bill for services rendered for each period, categorizes said entries, corrects

7   typographical errors, and writes-off attorney time on an entry-by-entry basis when deemed

8   appropriate. A true and correct copy of my firm's consolidated invoice from September 1, 2021

9   through October 15, 2022 is attached hereto as Exhibit "A". The invoice is marked to redact

10  certain privileged information. It is also marked to show that the services performed specifically in

11  connection with the defense to the cause of action in the original complaint seeking damages for

12  "aiding and abetting" breach of fiduciary duty are not included in the total amount sought.

13      3.      This work can be considered in for time periods, which are also marked on the

14  invoice. The work is described in detail in the invoice. The first period is from September 1, 2021

15  through November 23, 2021 when the court dismissed the original complaint. It includes the time

16  needed to become familiar with the long and detailed history of the case and extensive litigation

17  between Mr. Brower Sr. and Union Bank, which fueled the extensive litigation before the

18  adversary proceeding was filed. This period also covers the research and drafting of the motion to

19  dismiss the original complaint, the reply and the hearing, as well as ongoing settlement discussions

20  with opposing counsel.

21      4.      The Second period is from November 23, 2021 through March 31, 2022 when the

22  court dismissed the First Amended Complaint. During this period my firm continued settlement

23  discussions with opposing counsel. The Trustee filed the first amended complaint in December

24  2021. (Doc# 58). My firm reviewed the amended complaint, comparing it to prior pleadings and

25  iterations of the complaint. This time also includes the research needed to address the new legal

26  theories presented. During this time, my firm also reviewed other defendants' motions to dismiss

27  and conducted discussions regarding coordinating defendants' positions. My firm also investigated

28  the alternative merits of answering the first amendment complaint rather than filing another motion

to dismiss. My firm prepared an answer to the first amended complaint, including affirmative defenses directly addressed to the new legal theories proposed.

5. My firm reviewed and advised regarding the motion to dismiss filed by two other defendants, and prepared and filed joinders to those motions. My firm reviewed the Trustee's opposition to those motions to dismiss and prepared a joinder to the reply by one of the moving defendants. This period also included ongoing discussions with opposing counsel regarding Rule 26 discovery issues and managing the ongoing status conferences in light of the pending motions to dismiss the complaint. This period also includes my firm's review of the court dismissing the first amended complaint, and conferring with JRG regarding the impact of that ruling in the necessary next steps.

6. The third period is from April 1, 2022 through August 1, 2022, when the court dismissed the Second Amended Complaint against JRG with prejudice on all claims. During this period, my firm conducted further settlement discussions with counsel for the Trustee and several conferences with multiple parties to the action regarding the ongoing obligations under Rule 26 for a discovery conference and discovery plan. This period includes my firm's review of the 53-page Second Amended Complaint to identify the Trustee's new theories and efforts to address the court's prior findings in its previous motions to dismiss. My firm conferred with counsel for other defendants considering bringing further motions to dismiss the second amendment complaint. In light of the Trustee's new theory regarding Coastal Cypress's articles and bylaws, my firm investigated the company's corporate records and history. My firm drafted the points and authorities for a motion to dismiss the Second Amended Complaint, analyzed and replied to the Trustee's opposition, and prepared for, and attended, the hearing.

7. The fourth period covers work from August 1, 2022, through October 15, 2022. The work during this time includes investigation regarding recovery of fees and costs, and the Trustee's possible appeal to the court's dismissal with prejudice. My firm reviewed and researched the basis of the Trustees motion for a partial judgment, and prepared a limited objection, specifically to correct mis-statements regarding the court's prior findings. My firm prepared for, and attended, the hearing, and conferred with clients regarding its outcome.

8.     Each attorney that has worked on the JRG matter has extensive experience in the field.  As the primary attorney, I have over 30 years of experience in bankruptcy consulting and commercial litigation. I have represented all stakeholders including investors, debtors, creditors, and fiduciaries. I have also represented parties in seven separate appellate matters in the last five years, including obtaining positive rulings for the appellant in two circuit court cases.  Before joining Binder & Malter LLP, I was senior counsel with the IP licensing division at Pillsbury Winthrop Shaw Pittman. Before that, I was a partner at the law firm of Rosenblum Parish & Isaacs, P.C.  I am well known in the field and my billing rate in this matter of $472.50 is lower than other attorneys of this caliber in the Bay Area for similar work.

9.   Heinz Binder is a founder and a managing partner of the firm. Mr. Binder has over 41 years of experience representing businesses and individuals as debtors or creditors in all types of bankruptcy matters and corporate restructuring. In addition to his considerable bankruptcy experience, Mr. Binder frequently represents businesses and individuals in real estate and business matters, collection and collection defense, and commercial law disputes. He is well known in the field and his hourly billing rate in this matter of $517.51 is lower than other attorneys of this caliber in the Bay Area for similar work.

10.   On the morning of October 19, 2022, I called Jessica Bagdanov, counsel for the trustee to meet and confer regarding this motion for award of attorneys' fees.  She returned my call later in the day and I explained the nature of the motion. Ms. Bagdanov stated she was not in a position to concede that JRG was the prevailing party in the matter.  I sent her a copy of the Attorney Agreement that is the subject of the motion. At the time of the preparation of this motion, I had not had further discussions with Ms. Bagdanov.

I declare under the penalty of perjury of the laws of the United States of America that the foregoing statements are true.

Signed on the 20th of October, 2022 at Santa Clara, California.


_____/s/Wendy Watrous Smith_____
Wendy Watrous Smith

Case: 21-05029     Doc# 182-3     Filed: 10/20/22     Entered: 10/20/22 17:32:56     Page 5
of 31

# EXHIBIT A

BINDER & MALTER, LLP
ATTORNEYS AT LAW
2775 PARK AVENUE
SANTA CLARA, CA 95050
(408) 295-1700


October 15, 2022

JRG ATTORNEYS AT LAW
c/o PAUL A. ROVELLA
530 SAN BENITO STREET
SUITE 202
HOLLISTER CA 95023

OUR IDENTIFYING CODE FOR THIS CASE:  JRG-21-076/HB

RE:  LITIGATION DEFENSE-ADV. PROC

THIS STATEMENT INCLUDES SERVICES THROUGH October 15, 2022

①

| DATE | ATTY | SERVICES RENDERED | HOURS | AMOUNT |
|------|------|-------------------|-------|--------|
| 09/03/21 | HB | REVIEW EMAIL FROM STEVE WITH ADDITIONAL FACTS ON KASOLAS' CLAIM AND ASSESS. | 0.50 | 258.75 |
| 09/08/21 | HB | PHONE CALL WITH W. SMITH ; REVIEW EMAILS RE: SAME AFTER DOCKET REVIEW AND ASSESS. | 1.25 | 646.88 |
| 09/08/21 | WWS | REVIEW AND ANALYZE COMPLAINT TO IDENTIFY CLAIMS AND DEFENSES; REVIEW DOCKET; OUTLINE ISSUES; CONFERENCE WITH H. BINDER | 1.50 | 708.75 |
| 09/08/21 | WWS | REVIEW POSSIBLE 12B MOTION TO DISMISS; BEGIN RESEARCH RE: CLAIM FOR RECOVERY UNDER SECTION 330; BEGIN REVIEW OF STATUTE OF LIMITATION DEFENSES | 0.50 | 236.25 |
| 09/08/21 | WWS | PRELIMINARY RESEARCH RE: COMPLAINT'S VIOLATION OF IQBAL APPLICATION OF FRCP 8 AND FAILURES OF COMPLAINT ; REVIEW LOCAL RULE RE: AUTOMATIC DISMISSAL RE: IMPROPERLY JOINED PARTIES | 1.00 | 472.50 |
| 09/08/21 | WWS | RESEARCH BASIS FOR 12B MOTION FOR "AIDING AND ABETTING" CLAIM | 0.70 | 330.75 |
| 09/09/21 | HB | PHONE CALL WITH STEVE AND PAUL; MEMO | | |

JRG ATTORNEYS AT LAW

OUR IDENTIFYING CODE FOR THIS CASE:  JRG-21-076/HB

| DATE | ATTY | SERVICES RENDERED | HOURS | AMOUNT |
|------|------|-------------------|-------|--------|
| | | ~~TO FILE.~~ | ~~1.00~~ | ~~517.50~~ |
| 09/09/21 | WWS | PRELIMINARY REVIEW OF BANKRUPTCY PLEADINGS FOR TERMS OF PLAN, PARTIES IN UNDERLYING ACTION; TERMS OF LIQUIDATING TRUST | 0.50 | 236.25 |
| 09/09/21 | WWS | ANALYZE LIMITATION OF TRUSTEE'S STANDING TO BRING "COASTAL" ACTIONS | 0.50 | 236.25 |
| 09/09/21 | WWS | RESEARCH 12(B) MOTION ELEMENTS, APPLICATION OF CCP 1714.10 TO BANKRUPTCY AVOIDANCE ACTIONS; APPLICATION OF CIVIL CODE RE: ANTI-SLAPP AND LITIGATION PRIVILEGE | 1.50 | 708.75 |
| 09/13/21 | WWS | REVIEW EXCHANGES; PHONE CALL WITH CLIENT RE: EXTENDING DATE TO RESPOND | 0.20 | 94.50 |
| 09/13/21 | WWS | PHONE CALL WITH H. BINDER RE: CONTINUING DATE TO RESPOND | 0.10 | 47.25 |
| 09/13/21 | WWS | REVISE AGREEMENT; MESSAGE TO CLIENT RE: CONTINUED DATE FOR RESPONSE | 0.20 | 94.50 |
| 09/13/21 | WWS | REVIEW 12B MOTION BY DEFENDANT, OUTLINE NEEDED INFORMATION, RESEARCH, AND ALTERNATIVES | 1.50 | 708.75 |
| 09/13/21 | WWS | OUTLINE ELEMENTS OF 12B MOTION FOR JRG; REVIEW ALLEGATIONS BASED ON "COASTAL'S" CLAIMS RATHER THAN ESTATE'S; MESSAGE TO CLIENT RE: ABILITY CONTINUE DATE TO RESPOND | 1.50 | 708.75 |
| 09/14/21 | WWS | PHONE CALL WITH CLIENT RE: CONTINUED DEADLINE TO RESPOND; CONFER WITH H. BINDER RE: SAME; PHONE CALL WITH OPPOSING COUNSEL RE: SAME; MESSAGE TO OPPOSING COUNSEL RE: SAME; MESSAGE TO CLIENT | 0.90 | 425.25 |
| 09/15/21 | HB | PHONE CALL WITH W. SMITH RE: CASE ISSUES AND STRATEGIES. | 0.50 | 258.75 |
| 09/17/21 | WWS | REVIEW MESSAGE FROM THIRD DEFENDANT RE: DISCOVERY DEADLINE | 0.10 | 47.25 |

JRG ATTORNEYS AT LAW

OUR IDENTIFYING CODE FOR THIS CASE:   JRG-21-076/HB

| DATE | ATTY | SERVICES RENDERED | HOURS | AMOUNT |
|------|------|-------------------|-------|--------|
| 09/21/21 | WWS | PHONE CALL WITH S. BARBER RE: HISTORY OF REPRESENTATION | 0.50 | 236.25 |
| 09/21/21 | WWS | BEGIN CLOSE REVIEW OF 12B MOTION FILED BY ANOTHER DEFENDANT AND CAUSES OF ACTION AGAINST JRG | 1.50 | 708.75 |
| 09/21/21 | WWS | INVESTIGATE SCOPE OF EACH TIME BARRED DEFENSE | 0.60 | 283.50 |
| 09/21/21 | WWS | BEGIN DRAFT OF 12B MOTION | 2.50 | 1,181.25 |
| 09/21/21 | WWS | INVESTIGATE POSSIBLE ANTI-SLAPP MOTION TO STRIKE | 0.90 | 425.25 |
| 09/22/21 | WWS | RESEARCH DEFENSE TO TURNOVER CLAIM | 2.00 | 945.00 |
| 09/22/21 | WWS | CONTINUE OUTLINE OF MOTION TO DISMISS RE: "TURNOVER" ACCOUNTING AND DISGORGEMENT OF FEES | 0.50 | 236.25 |
| 09/22/21 | WWS | RESEARCH DISCLOSURE ISSUE AND EXPOSURE TO ACCUSATION OF VIOLATION OF 329 AND POSSIBLE DEFENSES. | 0.50 | 236.25 |
| 09/22/21 | WWS | RESEARCH TREATMENT IN BANKRUPTCY TO OUTLINE 12B MOTION RE: 8TH CAUSE OF ACTION AND POSSIBLE MOTION TO STRIKE | 2.50 | 1,181.25 |
| 09/23/21 | WWS | CONFER WITH H. BINDER RE: TREATMENT OF JRG BY COURT UNDER BANKRUPTCY CODE SECTION 327 | 1.00 | 472.50 |
| 09/23/21 | WWS | RESEARCH IN PARE DELICTO DEFENSE | 0.50 | 236.25 |
| 09/23/21 | WWS | CONTINUE RESEARCH RE: CALIFORNIA CIVIL CODE 1714.10 DEFENSE | 1.80 | 850.50 |
| 09/24/21 | WWS | FOLLOW UP RESEARCH RE: ABILITY TO RECOVER ATTORNEYS' FEES WITH AN ANTI-SLAPP MOTION TO STRIKE | 0.50 | 236.25 |
| 09/24/21 | WWS | IN LIGHT OF JUDGE'S COMMENTS RE: CASE: BEGIN REVIEW OF DOCKET FOR BACKGROUND OF MULTIPLE LITIGATION ACTIONS; HISTORY OF CASE AND POSITION OF JUDGE | 2.50 | 1,181.25 |

JRG ATTORNEYS AT LAW

OUR IDENTIFYING CODE FOR THIS CASE:   JRG-21-076/HB

| DATE | ATTY | SERVICES RENDERED | HOURS | AMOUNT |
|------|------|-------------------|-------|--------|
| 09/24/21 | WWS | RESEARCH LITIGATION PRIVILEGE | 0.70 | 330.75 |
| 09/25/21 | WWS | CONTINUE REVIEW OF BACKGROUND OF ACTIONS; TRACING TREATMENT OF COASTAL CYPRESS; INCONSISTENT POSITIONS OF UNION BANK; POSSIBLE CLAIM FOR COLLATERAL ESTOPPEL | 2.50 | 1,181.25 |
| 09/25/21 | WWS | INVESTIGATE EXTENT, TIMING AND NATURE OF JRG IN CASES; ~~[REDACTED]~~ CODE ~~[REDACTED]~~ | 0.60 | 283.50 |
| 09/25/21 | WWS | DRAFT NARRATIVE RE: BACKGROUND OF CASE AND UNION'S CONTROL ARE STRATEGIC DECISION IN CREATING CURRENT SITUATION | 1.20 | 567.00 |
| 09/25/21 | WWS | FURTHER INVESTIGATION OF CASE HISTORY [NO CHARGE] | 2.50 | 0.00 |
| 09/26/21 | WWS | DRAFT NOTICE AND MOTION | 0.60 | 283.50 |
| 09/26/21 | WWS | REVIEW AND REVISE MPA: INTRODUCTION FOR MOTION TO DISMISS | 0.60 | 283.50 |
| 09/26/21 | WWS | REVISE MPA: SUMMARY OF CASE HISTORY | 0.80 | 378.00 |
| 09/26/21 | WWS | DRAFT AND REVISE MPA: SUMMARY OF ARGUMENT | 0.90 | 425.25 |
| 09/26/21 | WWS | DRAFT ARGUMENT FOR MPA RE: FIRST THROUGH SIXTH CAUSES OF ACTION | 1.70 | 803.25 |
| 09/26/21 | WWS | DRAFT ARGUMENT RE: "AIDING AND ABETTING" ACTION AND LITIGATION PRIVILEGE DEFENSE | 1.50 | 708.75 |
| 09/26/21 | WWS | FOLLOW UP RESEARCH RE: LITIGATION PRIVILEGE DEFENSE; INVESTIGATE ISSUES RE: IN PARE DELICTO ARGUMENT; REVISE PRIVILEGE DEFENSE | 2.00 | 945.00 |
| 09/27/21 | WWS | REVIEW AND REVISE INTRODUCTION AND | | |

JRG ATTORNEYS AT LAW

OUR IDENTIFYING CODE FOR THIS CASE:  JRG-21-076/HB

| DATE | ATTY | SERVICES RENDERED | HOURS | AMOUNT |
|------|------|-------------------|-------|--------|
| | | SUMMARY OF MEMO OF POINTS AND AUTHORITIES | 1.50 | 708.75 |
| 09/27/21 | WWS | FOLLOW UP RESEARCH RE: COURT'S FINDINGS RE: CONFIRMING THAT COASTAL CYPRESS WAS A SEPARATE ENTITY | 0.50 | 236.25 |
| 09/27/21 | WWS | FURTHER ANALYSIS OF ARGUMENT THAT TRUSTEE HAS NO STANDING [NO CHARGE] | 0.50 | 0.00 |
| 09/27/21 | WWS | FULL REVIEW AND REVISION OF MPA; DRAFT INSERTS RE: LITIGATION PRIVILEGE, STANDING RE: "AIDING AND ABETTING" CLAIM; CONCLUSION | 2.90 | 1,370.25 |
| 09/27/21 | WWS | FOLLOW UP RESEARCH [NO CHARGE] | 0.80 | 0.00 |
| 09/27/21 | WWS | EXCHANGE MESSAGE WITH S. BARBER RE: CASE BACKGROUND | 0.20 | 94.50 |
| 09/28/21 | HB | PHONE CALL WITH WENDY. | 0.25 | 129.38 |
| 09/28/21 | WWS | CONFER WITH H. BINDER RE: FEE EXPOSURE | 0.20 | 94.50 |
| 09/28/21 | WWS | RESEARCH EFFECT OF DERIVATIVE SUIT AND TOLLING OF STATUTE OF LIMITATION [NO CHARGE] | 1.50 | 0.00 |
| 09/28/21 | WWS | CLOSER REVIEW OF PLEADINGS AND TRANSCRIPT FOR JUDICIAL ESTOPPEL CLAIM | 0.60 | 283.50 |
| 09/28/21 | WWS | FOLLOW UP RESEARCH RE: JUDICIAL ESTOPPEL CLAIM | 0.50 | 236.25 |
| 09/28/21 | WWS | PHONE CALL WITH S. BARBER RE: 12B MOTION, THEORIES OF DEFEATING ACTION; HISTORY OF CASE | 0.50 | 236.25 |
| 09/28/21 | WWS | REVIEW MESSAGE FROM S. BARBER | 0.10 | 47.25 |
| 09/28/21 | WWS | REVISE MEMO OF POINTS AND AUTHORITIES; LITIGATION PRIVILEGE AND BANKRUPTCY DISCLOSURE ARGUMENTS | 1.50 | 708.75 |
| 09/28/21 | WWS | FURTHER REVISION OF MEMO OF POINTS AND AUTHORITIES [NO CHARGE] | 1.80 | 0.00 |

(handwritten annotation: −1.0 [ 472.52 ])

JRG ATTORNEYS AT LAW

OUR IDENTIFYING CODE FOR THIS CASE:   JRG-21-076/HB

| DATE | ATTY | SERVICES RENDERED | HOURS | AMOUNT |
|------|------|-------------------|-------|--------|
| 09/29/21 | WWS | CHECK AND CORRECT ALL CITATIONS | 1.50 | 708.75 |
| 09/29/21 | WWS | CONFER WITH H. BINDER RE: BROADER ISSUES IN THE CASE AND TONE OF MOTION | 0.50 | 236.25 |
| 09/29/21 | WWS | FOLLOW UP REVISION [NO CHARGE] | 1.20 | 0.00 |
| 09/29/21 | WWS | REVIEW COMMENTS FROM CLIENT | 0.10 | 47.25 |
| 09/29/21 | WWS | REVIEW NEW MOTION TO DISMISS BY OLDFIELD DEFENDANT; MESSAGE TO OLDFIELD COUNSEL RE: CONTINUING HEARING; REVIEW PLAINTIFF'S OPPOSITION TO SAME | 1.00 | 472.50 |
| 09/29/21 | WWS | REVIEW LEGAL THEORY PRESENTED BY OPPOSITION; PHONE CALL TO AURORA'S ATTORNEY; MESSAGE TO AURORA ATTORNEY RE: ESSENTIAL ELEMENTS NEEDED TO BE INCLUDED IN REPLY TO OPPOSITION AS AURORA'S MOTION WILL BE HEARD BEFORE OURS | 1.50 | 708.75 |
| 09/29/21 | WWS | COMPLETE FILING [NO CHARGE] | 0.70 | 0.00 |
| 09/30/21 | WWS | REVIEW AND RESPOND TO MESSAGE FROM AURORA'S COUNSEL | 0.20 | 94.50 |
| 10/01/21 | WWS | PHONE CALL WITH COUNSEL FOR AURORA RE: SCOPE OF CASE, ARGUMENTS FOR AURORA'S MOTION TO DISMISS, COMMON INTERESTS, KEY ELEMENTS TO ARGUE ON COMMON ISSUES AS AURORA'S ARGUMENT | 1.00 | 472.50 |
| 10/01/21 | WWS | REVIEW FILED STIPULATION TO CONTINUE HEARING | 0.10 | 47.25 |
| 10/12/21 | HB | PHONE CALL WITH WENDY; REVIEW STATUS EMAIL TO STEVE. | 0.25 | 129.38 |
| 10/12/21 | WWS | REVIEW HEARING REPORT RE: AURORA DEFENDANT GROUP'S 12B MOTION; PHONE CALL WITH AURORA COUNSEL RE: HEARING; MSG TO CLIENT RE: SAME | 0.50 | 236.25 |
| 10/18/21 | WWS | REVIEW MESSAGES FROM COURT RE: AURORA CAPITAL HEARING AND FURTHER MOTIONS | | |

JRG ATTORNEYS AT LAW

OUR IDENTIFYING CODE FOR THIS CASE:   JRG-21-076/HB

| DATE | ATTY | SERVICES RENDERED | HOURS | AMOUNT |
|------|------|-------------------|-------|--------|
| | | FOR DISMISSAL | 0.10 | 47.25 |
| 10/19/21 | WWS | REVIEW MESSAGE RE: FURTHER CONTINUATION OF DISCOVERY CONFERENCE; MESSAGE TO OPPOSING COUNSEL RE: SAME | 0.20 | 94.50 |
| 10/20/21 | WWS | MESSAGE TO CLIENT RE: CONTINUED DISCOVERY CONFERENCE | 0.10 | 47.25 |
| 10/25/21 | WWS | EXCHANGE MESSAGES WITH OPPOSING COUNSEL RE: CONTINUING DISCOVERY CONFERENCE; REVIEW AND RESPOND TO AURORA'S COUNSEL RE: COORDINATING DEFENSE POSITIONS; REVIEW OLDFIELD'S MOTION RE: SAME | 0.25 | 118.13 |
| 10/28/21 | WWS | REVIEW AND RESPOND TO REQUEST FROM OPPOSING COUNSEL RE: EXPANDED BRIEF; REVIEW MOTION | 0.20 | 94.50 |
| 11/01/21 | WWS | INITIAL REVIEW OF OPPOSITION; OUTLINE ISSUES | 0.50 | 236.25 |
| 11/02/21 | WWS | CLOSE REVIEW OF OPPOSITION; COMPARE WITH OPPOSITION TO PRIOR MOTIONS | 1.50 | 708.75 |
| 11/02/21 | WWS | CONTINUE CLOSE REVIEW OF OPPOSITION | 1.50 | 708.75 |
| 11/03/21 | WWS | BEGIN DRAFT OF REPLY TO OPPOSITION TO 12B MOTION | 1.20 | 567.00 |
| 11/03/21 | WWS | FOLLOW UP RESEARCH FOR REPLY TO OPPOSITION TO MOTION TO DISMISS RE: PRIVILEGE, 1714.10 DEFENSE; CONTINUE DRAFT OF REPLY. | 2.00 | 945.00 |
| 11/04/21 | WWS | CONTINUE DRAFT OF REPLY RE: 12B MOTION | 2.50 | 1,181.25 |
| 11/05/21 | WWS | RESEARCH LITIGATION PRIVILEGE AS ABSOLUTE DEFENSE; APPLICTION IN BANKRUPTCY AND FOR LIQUIDATION TRUSTEE IN LIGHT OF FEDERAL ISSUE | 2.50 | 1,181.25 |
| 11/05/21 | WWS | DRAFT LITIGATION PRIVILEGE AND 1714.10 ARGUMENTS FOR REPLY | 1.00 | 472.50 |
| 11/05/21 | WWS | CONTINUE REVISION OF REPLY TO | | |

JRG ATTORNEYS AT LAW

OUR IDENTIFYING CODE FOR THIS CASE:  JRG-21-076/HB

| DATE | ATTY | SERVICES RENDERED | HOURS | AMOUNT |
|------|------|-------------------|-------|--------|
| | | OPPOSITION | 3.00 | 1,417.50 |
| 11/07/21 | WWS | REPLY RESEARCH RE: LIQUIDATION TRUSTEE'S TOLLING ARGUMENT; DRAFT ARGUMENT RE: LIQUIDATION TRUSTEE'S ARGUMENT RE: TOLLING CREATED BY PLAN; REVIEW TERMS OF PLAN; RESEARCH ABILITY TO INSERT TOLLING TERMS INTO PLAN WITHOUT NOTICE; DUE PROCESS ISSUES, TERMS AND EQUITABLE TOLLING CLAIM | 3.50 | 1,653.75 |
| 11/07/21 | WWS | RESEARCH EACH OF 8 CASES CLAIMED IN OPPOSITION TO SUPPORT CLAIM THAT COASTAL'S PROCEEDS WERE PROPERTY OF THE ESTATE | 0.60 | 283.50 |
| 11/07/21 | WWS | DRAFT ARGUMENT RE: DISTINGUISHING CASES FOR REPLY | 2.70 | 1,275.75 |
| 11/08/21 | WWS | REVIEW AND REVISION OF REPLY TO OPPOSITION TO MOTION TO DISMISS | 1.40 | 661.50 |
| 11/08/21 | WWS | CONTINUE REVISION; CHECK CITES | 2.10 | 992.25 |
| 11/08/21 | WWS | COMPLETE REPLY [NO CHARGE] | 0.80 | 0.00 |
| 11/09/21 | HB | REVIEW EMAIL AND OPPOSITION TO MOTION TO DISMISS. | 0.75 | 388.13 |
| 11/09/21 | WWS | REVIEW OLDFIELD'S REPLY; MESSAGE TO CLIENT RE: POSITIONS TAKEN AND IMPACT | 0.30 | 141.75 |
| 11/15/21 | HB | PHONE CALL WITH WENDY RE: COURT HEARING. | 0.50 | 258.75 |
| 11/15/21 | WWS | FOLLOW UP RESEARCH ON NEW ELEMENT OF FIDUCIARY CLAIM ARGUMENT [NO CHANGE] | 1.00 | 0.00 |
| 11/15/21 | WWS | PREPARE FOR HEARING ON 12B MOTION | 0.40 | 189.00 |
| 11/15/21 | WWS | ATTEND HEARING ON 12B MOTION | 1.50 | 708.75 |
| 11/15/21 | WWS | MESSAGE TO H. BINDER RE: HEARING; MESSAGE TO CLIENT RE: HEARING | 0.10 | 47.25 |
| 11/15/21 | WWS | CONFER WITH H. BINDER RE: HEARING, | | |

JRG ATTORNEYS AT LAW

OUR IDENTIFYING CODE FOR THIS CASE:   JRG-21-076/HB

| DATE | ATTY | SERVICES RENDERED | HOURS | AMOUNT |
|------|------|-------------------|-------|--------|
| | | SCOPE OF EXPOSURE TO JRG AND PROBABLE SETTLEMENT STANCE | 0.25 | 118.13 |
| 11/17/21 | WWS | REVIEW AND RESPOND TO MESSAGE FROM COURT RE: HEARING RE: RULING ON MOTION TO DISMISS | 0.10 | 47.25 |
| 11/18/21 | WWS | COURT ZOOM HEARING RE: RULING ON 12B MOTION | 0.50 | 236.25 |
| 11/18/21 | WWS | PHONE CALL WITH H. BINDER RE: RESULTS OF COURT'S RULING | 0.10 | 47.25 |
| 11/22/21 | HB | REVIEW EMAIL FROM WENDY RE: STATUS AND ISSUES IN KASOLAS LITIGATION. | 0.40 | 207.00 |
| 11/22/21 | WWS | REVIEW STATUS OF COURT RULING | 0.05 | 23.63 |
| 11/22/21 | WWS | REVIEW ORDER GRANTING MOTION TO DISMISS; DRAFT SUMMARY FOR H. BINDER RE: SAME; OUTLINE NEXT STEPS | 0.70 | 330.75 |
| 11/23/21 | HB | PHONE CALL WITH WENDY; REVIEW EMAIL TO CLIENT RE: 12(B)6 COURT ORDER. | 0.50 | 258.75 |
| 11/23/21 | WWS | CONFER WITH H. BINDER RE: RULING AND SETTLEMENT | 0.10 | 47.25 |
| 11/23/21 | WWS | DRAFT MESSAGE TO CLIENT RE: COURT'S GRANT OF MOTION TO DISMISS | 0.25 | 118.13 |
| 12/13/21 | WWS | MESSAGE TO H. BINDER RE: SETTLEMENT POSITION | 0.10 | 47.25 |
| 12/15/21 | WWS | MESSAGE TO CLIENT RE: SETTLEMENT AND AMENDED COMPLAINT | 0.15 | 70.88 |
| 12/15/21 | WWS | REVIEW FILINGS OF REQUESTS FOR DEFAULT AGAINST ALL OTHER DEFENDANTS | 0.10 | 47.25 |
| 12/16/21 | WWS | PRELIMINARY REVIEW OF NEW PLEADINGS | 0.10 | 47.25 |
| 12/16/21 | WWS | EXCHANGE WITH P. ROVELLA RE: SETTLEMENT | 0.10 | 47.25 |
| 12/17/21 | WWS | REVIEW STATUS OF DISCOVERY CONFERENCE; MESSAGE TO OPPOSING | | |

JRG ATTORNEYS AT LAW

OUR IDENTIFYING CODE FOR THIS CASE:   JRG-21-076/HB

| DATE | ATTY | SERVICES RENDERED | HOURS | AMOUNT |
|------|------|-------------------|-------|--------|
| | | COUNSEL RE: NEED TO RESET STATUS CONFERENCE | 0.30 | 141.75 |
| 12/17/21 | WWS | CONFER WITH PAUL AND STEVE RE: NEGOTIATION OF POSSIBLE SETTLEMENT | 1.00 | 472.50 |
| 12/17/21 | WWS | REVIEW PROPOSED CONTINUED STATUS CONFERENCE; DRAFT RESPONSE RE: NEEDED MODIFICATION | 0.50 | 236.25 |
| 12/22/21 | WWS | REVIEW DOCKET RE: FILING AND ORDER RE: STATUS CONFERENCE | 0.10 | 47.25 |
| 12/23/21 | HB | PHONE CALL WITH WENDY; REVIEW FILING AND ASSESS OPTIONS. | 1.25 | 646.88 |
| 12/23/21 | WWS | REVIEW AMENDED COMPLAINT; COMPARE WITH PRIOR MOTIONS TO DISMISS; REVIEW PLEADINGCONTRARY TO ALLEGATION OF NEW COMPLAINT; MESSAGE TO CLIENT RE: SAME | 2.30 | 1,086.75 |
| 12/23/21 | WWS | BRIEF RESEARCH RE: FEE DISGORGEMENT [NO CHARGE] | 0.70 | 330.75 |
| 12/24/21 | HB | REVIEW EMAIL FROM STEVE. | 0.25 | 129.38 |
| 12/27/21 | WWS | REVIEW AND RESPOND TO MESSAGE FROM CLIENT RE: JOINT DEFENSE | 0.10 | 47.25 |
| 12/28/21 | WWS | DRAFT SUMMARY OF OBJECTION TO FIRST AMENDED COMPLAINT; COMPARE WITH COURT'S RULING; DRAFT PROPOSED SETTLEMENT LETTER | 1.70 | 803.25 |
| 12/28/21 | WWS | REVISE SETTLEMENT LETTER | 1.20 | 567.00 |
| 12/29/21 | WWS | REVISE SETTLEMENT LETTER | 0.30 | 141.75 |
| 12/30/21 | HB | PHONE CALL WITH WENDY; REVIEW EMAIL; ASSESS SETTLEMENT STRATEGY. | 0.95 | 491.63 |
| 12/30/21 | WWS | REVISE SETTLEMENT LETTER; MESSAGE TO CLIENT RE: OFFER AND RESPONSE TO COMPLAINT | 1.10 | 519.75 |
| 01/03/22 | WWS | PHONE CALL WITH R. O'DEA, COUNSEL FOR CO-DEFENDANTS, RE: POSITION RE: | | |

JRG ATTORNEYS AT LAW

OUR IDENTIFYING CODE FOR THIS CASE:  JRG-21-076/HB

| DATE | ATTY | SERVICES RENDERED | HOURS | AMOUNT |
|------|------|-------------------|-------|--------|
| | | FURTHER RULE 12 MOTION AND COORDINATION FOR ECONOMY; MESSAGE TO CLIENT RE: SETTLEMENT | 0.50 | 236.25 |
| 01/03/22 | WWS | EXCHANGE MESSAGES WITH OPPOSING COUNSEL | 0.10 | 47.25 |
| 01/07/22 | WWS | PRELIMINARY REVIEW OF AURORA'S MOTION TO DISMISS | 0.50 | 236.25 |
| 01/07/22 | WWS | DRAFT STIPULATION RE: CONTINUATION OF RESPONSE; MESSAGE TO OPPOSING COUNSEL | 0.40 | 189.00 |
| 01/07/22 | WWS | DRAFT STIPULATION RE: CONTINUATION OF RESPONSE; MESSAGE TO OPPOSING COUNSEL | 0.40 | 189.00 |
| 01/07/22 | WWS | FOLLOW UP RE: STIPULATION [NO CHARGE] | 0.20 | 0.00 |
| 01/10/22 | HB | PHONE CALL WITH WENDY. | 0.25 | 129.38 |
| 01/10/22 | WWS | REVIEW MOTIONS TO DISMISS FILED BY OLDFIELD AND AURORA; DRAFT MESSAGE TO CLIENT SETTING OUT THE MOTIONS AND OUTLINING NEXT STEPS | 1.00 | 472.50 |
| 01/12/22 | HB | PHONE CALL WITH WENDY; REVIEW STATUS EMAIL. | 0.50 | 258.75 |
| 01/12/22 | WWS | DRAFT MEMO TO H. BINDER RE: STATUS OF ACTION, MOTIONS, SETTLEMENT, AND TIMING | 0.20 | 94.50 |
| 01/14/22 | WWS | BEGIN DRAFT OF ANSWER TO FIRST AMENDED COMPLAINT | 1.20 | 567.00 |
| 01/14/22 | WWS | REVIEW MOTIONS TO DISMISS FIRST AMENDED COMPLAINT FOR AFFIRMATIVE DEFENSES | 1.20 | 567.00 |
| 01/14/22 | WWS | DRAFT AFFIRMATIVE DEFENSES | 1.00 | 472.50 |
| 01/14/22 | WWS | CONTINUE DRAFT OF ANSWER, WITH COMMENTS AND QUESTIONS FOR CLIENT | 2.50 | 1,181.25 |
| 01/15/22 | WWS | DRAFT ADDITIONAL AFFIRMATIVE DEFENSE RE: ALLEGED CONFLICT OF INTEREST BASED ON NEWLY-PUBLISHED BANKRUPTCY | | |

JRG ATTORNEYS AT LAW

OUR IDENTIFYING CODE FOR THIS CASE:   JRG-21-076/HB

| DATE | ATTY | SERVICES RENDERED | HOURS | AMOUNT |
|------|------|-------------------|-------|--------|
| | | OPINION | 0.50 | 236.25 |
| 01/16/22 | WWS | CONTINUE DRAFT ANSWER TO FIRST AMENDED COMPLAINT | 3.00 | 1,417.50 |
| 01/18/22 | HB | DISCUSSION WITH WENDY RE: SETTLEMENT OFFER. | 0.40 | 207.00 |
| 01/18/22 | WWS | CONFER WITH H. BINDER RE: SETTLEMENT NEGOTIATION AND STRATEGY | 0.20 | 94.50 |
| 01/18/22 | WWS | REVIEW CLIENTS' COMMENTS RE: AMENDED COMPLAINT; MESSAGE TO CLIENT RE: SAME | 0.20 | 94.50 |
| 01/18/22 | WWS | REVIEW AND RESPOND TO MESSAGE FROM H. BINDER | 0.20 | 94.50 |
| 01/19/22 | HB | REVIEW EMAIL FROM ATTORNEY KASOLAS RE: CLAIMS AND SETTLEMENT; ASSESS. | 0.60 | 310.50 |
| 01/19/22 | WWS | REVISE ANSWER TO FAC; INVESTIGATE AVAILABLE INFORMATION FOR ANSWERS TO OPEN QUESTIONS | 2.50 | 1,181.25 |
| 01/20/22 | HB | EMAIL EXCHANGES WITH OPPOSING COUNSEL AND PHONE CALL WITH WENDY RE: ALLEGED CONFLICT. | 0.80 | 414.00 |
| 01/20/22 | WWS | REVIEW EXCHANGES WITH OPPOSING COUNSEL; CONFER WITH H. BINDER RE: SAME; DRAFT PROPOSED LANGUAGE RE: SETTLEMENT DISCUSSIONS | 0.50 | 236.25 |
| 01/20/22 | WWS | DRAFT JOINDER TO AURORA'S MOTION AND OLDFIELD CREELY'S MOTION; REVIEW FEDERAL RULES RE: TIMING AND ORDER OF MOTIONS UNDER 12(B) AND ANSWERS; MESSAGE TO CLIENT RE; SAME; PHONE CALL WITH CLIENT RE: ANSWER; FOLLOW UP EMAIL RE: SAME | 0.70 | 330.75 |
| 01/20/22 | WWS | FOLLOW UP RESEARCH RE: JOINDER TIMING [NO CHARGE] | 0.80 | 0.00 |
| 01/21/22 | WWS | MESSAGE TO CLIENT RE: AMENDED COMPLAINT | 0.10 | 47.25 |

JRG ATTORNEYS AT LAW

OUR IDENTIFYING CODE FOR THIS CASE:   JRG-21-076/HB

| DATE | ATTY | SERVICES RENDERED | HOURS | AMOUNT |
|------|------|-------------------|-------|--------|
| 01/21/22 | WWS | REVISE ANSWER; REVIEW FOR FILING | 0.70 | 330.75 |
| 01/21/22 | WWS | REVIEW COMMENTS FROM CLIENT RE: ANSWER; DRAFT MESSAGE TO CLIENT RE: SAME | 0.30 | 141.75 |
| 01/26/22 | HB | PHONE CALL WITH WENDY RE: TRUSTEE'S OPPOSITION TO MOTION TO DISMISS; REVIEW OPPOSITION. | 1.00 | 517.50 |
| 01/26/22 | WWS | REVIEW AND ANALYZE TRUSTEE'S OPPOSITION TO TWO MOTIONS TO DISMISS; INITIAL OUTLINE OF ISSUES AND POSSIBLE REPLY; ASCERTAIN NEED FOR FURTHER RESEARCH IN LIGHT OF ISSUES PLEAD; AND MESSAGE TO CLIENT | 1.80 | 850.50 |
| 01/30/22 | WWS | REVIEW REPLY BY OLDFIELD CREELY TO TRUSTEE'S OPPOSITION; REVIEW CASES REFERENCED BY OPPOSITION; OUTLINE ISSUES | 0.75 | 354.38 |
| 01/30/22 | WWS | DRAFT AND REVISE JOINDER TO REPLY RELATING TO ORIGINAL POSITIONS ACCEPTED BY THE COURT | 2.50 | 1,181.25 |
| 01/30/22 | WWS | REDACT | 2.50 | 1,181.25 |
| 02/03/22 | WWS | PRELIMINARY REVIEW OF MOTION TO STRIKE JOINDERS | 0.20 | 94.50 |
| 02/07/22 | HB | PHONE CALL WITH WENDY RE: COURT HEARING TODAY; DISCUSS AND REVIEW EMAIL TO CLIENT. | 0.60 | 310.50 |
| 02/07/22 | WWS | PREPARE FOR HEARING ON MOTIONS TO DISMISS TRUSTEE'S COMPLAINT RE: JOINDER ISSUES | 0.40 | 189.00 |
| 02/07/22 | WWS | HEARING ON MOTIONS TO DISMISS TRUSTEE'S COMPLAINT | 1.10 | 519.75 |
| 02/07/22 | WWS | CONFER WITH R. O'DEA, COUNSEL FOR AURORA GROUP, RE: HEARING, EXPECTED OUTCOME AND NEXT STEPS | 0.40 | 189.00 |

JRG ATTORNEYS AT LAW

OUR IDENTIFYING CODE FOR THIS CASE:   JRG-21-076/HB

| DATE | ATTY | SERVICES RENDERED | HOURS | AMOUNT |
|---|---|---|---|---|
| 03/10/22 | WWS | EXCHANGE MESSAGES WITH OPPOSING COUNSEL RE: CONTINUING STATUS CONFERENCE IN LIGHT OF DELAY BY COURT ON ORDER TO DISMISS | 0.20 | 94.50 |
| 03/15/22 | WWS | EXCHANGE WITH OPPOSITION COUNSEL RE: CONTINUING STATUS CONFERENCE | 0.20 | 94.50 |
| 03/24/22 | WWS | PRELIMINARY REVIEW OF ORDER RE: MOTION TO DISMISS | 0.25 | 118.13 |
| 03/28/22 | HB | REVIEW EMAIL FROM WENDY RE: COURT RULING ON 12(B) AND STATUS. | 0.60 | 310.50 |
| 03/28/22 | WWS | REVIEW AMENDED ORDER RE: 12B MOTION | 0.10 | 47.25 |
| 03/29/22 | HB | REVIEW EMAIL FROM WENDY. | 0.25 | 129.38 |
| 03/31/22 | WWS | CONFER WITH H. BINDER RE: JRG RULING AND SETTLEMENT OPTIONS; MESSAGE TO CLIENT RE: SAME | 0.25 | 118.13 |
| 04/05/22 | HB | REVIEW STATUS OF DISCOVERY AND DISCOVERY PLAN RE: UPCOMING COURT HEARING. | 0.75 | 388.13 |
| 04/06/22 | WWS | REVIEW AND RESPOND TO CLIENT RE: CONFERENCE RE: COURT'S RULING; REVIEW IMPACT ON FAC AS TO ACTIONS AGAINST JRG | 0.25 | 118.13 |
| 04/08/22 | HB | REVIEW EMAIL FROM WENDY RE: PAUL COMMUNICATION AND REVIEW SETTLEMENT OFFER. | 0.50 | 258.75 |
| 04/08/22 | WWS | BRIEF REVIEW OF ORDER AND RESEARCH RE: ALTERNATIVE OF 12B OR 12C MOTION ON PLAINTIFF FILING AMENDED COMPLAINT | 0.30 | 141.75 |
| 04/08/22 | WWS | CONFER WITH P. ROVELLA RE: STATUS OF COMPLAINT IN LIGHT OF COURT'S RULING ON FIRST AMENDED COMPLAINT AND POSSIBLE SETTLEMENT | 0.40 | 189.00 |
| 04/08/22 | WWS | MESSAGE TO H. BINDER RE: SETTLEMENT DISCUSSIONS | 0.10 | 47.25 |

JRG ATTORNEYS AT LAW

OUR IDENTIFYING CODE FOR THIS CASE: JRG-21-076/HB

| DATE | ATTY | SERVICES RENDERED | HOURS | AMOUNT |
|------|------|-------------------|-------|--------|
| 04/11/22 | WWS | MULTIPLE EMAIL MESSAGE EXCHANGES WITH OPPOSING COUNSEL RE: NEED TO MEET AND CONFER UNDER RULE 26. | 0.40 | 189.00 |
| 04/12/22 | HB | REVIEW FIRST AMENDED COMPLAINT AND DISCUSS WITH WENDY. | 0.90 | 465.75 |
| 04/12/22 | WWS | EXCHANGE MESSAGE RE: CONTINUING DISCOVERY CONFERENCE; REVIEW PROPOSED STIPULATION | 0.20 | 94.50 |
| 04/12/22 | WWS | BEGIN REVIEW OF 53-PAGE SECOND AMENDED COMPLAINT | 1.00 | 472.50 |
| 04/12/22 | WWS | INITIAL RESEARCH RE: NEW THEORY OF "CORPORATE AUTHORITY" CLAIM AND CONSIDERATION OF FURTHER 12B MOTION TO DISMISS | 0.90 | 425.25 |
| 04/12/22 | WWS | FURTHER RESEARCH RE: CORPORATE AUTHORITY | 0.90 | 425.25 |
| 04/13/22 | HB | FURTHER PHONE CALL WITH WENDY RE: SECOND AMENDED COMPLAINT. | 1.40 | 724.50 |
| 04/13/22 | WWS | DRAFT SUMMARY OF SECOND AMENDED COMPLAINT AND RECOMMENDATION | 0.60 | 283.50 |
| 04/14/22 | HB | REVIEW EMAIL TO CLIENT RE: TRUSTEE'S SECOND AMENDED COMPLAINT; EMAIL TO KASOLAS' ATTORNEY RE: SETTLEMENT. | 0.70 | 362.25 |
| 04/14/22 | WWS | DRAFT OFFER TO OPPOSING COUNSEL WITH ELEMENTS OF CHALLENGE TO SAC; CONFER WITH H. BINDER RE: SAME | 0.30 | 141.75 |
| 04/14/22 | WWS | REVIEW SETTLEMENT MESSAGE TO OPPOSING COUNSEL; MESSAGE TO CLIENT RE: SECOND AMENDED COMPLAINT | 0.25 | 118.13 |
| 04/19/22 | WWS | MESSAGE TO OPPOSING COUNSEL RE: DEADLINE TO ANSWER SAC; EXCHANGE MESSAGES WITH OTHER DEFENDANTS RE: CONTINUED DEADLINE; CONFER WITH H. BINDER RE: SETTLEMENT | 0.40 | 189.00 |
| 04/19/22 | WWS | EXCHANGE MESSAGES WITH OTHER DEFENSE | | |

WWW

JRG ATTORNEYS AT LAW

OUR IDENTIFYING CODE FOR THIS CASE:   JRG-21-076/HB

| DATE | ATTY | SERVICES RENDERED | HOURS | AMOUNT |
|------|------|-------------------|-------|--------|
| | | COUNSEL RE: TIMING TO RESPOND TO AMENDED COMPLAINT | 0.10 | 47.25 |
| 04/19/22 | WWS | EXCHANGE MESSAGES WITH OTHER DEFENDANTS' COUNSEL RE: CONTINUATION AND 12B MOTIONS | 0.30 | 141.75 |
| 04/19/22 | WWS | BEGIN OUTLINE RE: NEW 12B MOTION | 0.20 | 94.50 |
| 04/20/22 | HB | REVIEW EMAIL FROM WENDY TO CLIENT RE: TRUSTEE AND EXTENSION TO ANSWER COMPLAINT; DISCUSS. | 0.40 | 207.00 |
| 04/20/22 | WWS | EXCHANGE MESSAGE WITH OPPOSING COUNSEL RE: DEADLINE AND ALIAS SUMMONS | 0.20 | 94.50 |
| 04/20/22 | WWS | EXCHANGE FURTHER MESSAGES WITH OTHER DEFENDANTS RE: CONTINUATION OF DEADLINE TO RESPOND | 0.20 | 94.50 |
| 04/20/22 | WWS | DRAFT STIPULATION TO EXTEND DEADLINE TO RESPOND | 0.50 | 236.25 |
| 04/20/22 | WWS | MULTIPLE EXCHANGES RE: STIPULATION TO CONTINUE DEADLINE TO RESPOND; REVISE STIPULATION | 0.30 | 141.75 |
| 04/21/22 | HB | REVIEW EMAIL EXCHANGE OF WENDY AND PAUL; DISCUSS. | 0.45 | 232.88 |
| 04/21/22 | WWS | MESSAGE TO CLIENT RE: REVERSAL IN POSITION BY OPPOSING COUNSEL | 0.25 | 118.13 |
| 04/21/22 | WWS | CONFER WITH OPPOSING COUNSEL RE: SCOPE OF CASE, TIMING, AND CONTINUATION OF RESPONSE; PHONE CALL WITH H. BINDER RE: SAME; MESSAGE TO CLIENT RE: SAME | 1.00 | 472.50 |
| 04/21/22 | WWS | DRAFT STIPULATION TO CONTINUE TIME FOR JRG TO RESPOND | 0.20 | 94.50 |
| 04/28/22 | WWS | REVIEW MOTIONS TO DISMISS BY OLDFIELD AND AURORA; OUTLINE ISSUES FROM SAME | 1.50 | 708.75 |
| 04/29/22 | WWS | IN LIGHT OF TRUSTEE'S INCONSISTENT POSITIONS, INVESTIGATE MULTIPLE PRIOR | | |

JRG ATTORNEYS AT LAW

OUR IDENTIFYING CODE FOR THIS CASE:   JRG-21-076/HB

| DATE | ATTY | SERVICES RENDERED | HOURS | AMOUNT |
|------|------|-------------------|-------|--------|
| | | PLEADINGS IN ADVERSARY PROCEEDING TO DETERMINE NEW INCONSISTENT ASSERTION IN SAC RE: COASTAL'S ARTICLES & BYLAWS; RESEARCH RE: TRUSTEE'S EFFORTS TO RESCIND TRANSACTIONS | 3.80 | 1,795.50 |
| 04/30/22 | WWS | DETAILED REVIEW OF DOCKET, CONFIRM TRANSCRIPT OF CONFIRMATION HEARING, CONFIRMED PLAN RE: COURT'S PRIOR RULINGS RE ESSENTIAL FACTS/POSITIONS | 2.00 | 945.00 |
| 04/30/22 | WWS | CONTINUE DRAFT OF 12B MOTION | 2.50 | 1,181.25 |
| 05/01/22 | WWS | DRAFT ARGUMENT RE: PLAINTIFF'S FURTHER POSITION RE: "PROPERTY OF THE ESTATE" | 1.00 | 472.50 |
| 05/01/22 | WWS | DRAFT ARGUMENT RE: RELIEF AND CLAIMS THAT ARE TIME-BARRED. | 1.00 | 472.50 |
| 05/01/22 | WWS | DRAFT ARGUMENT RE: CLAIMS FOR "RESCISSION" AND LIMITS OF CALIFORNIA CORPORATION CODE | 1.50 | 708.75 |
| 05/01/22 | WWS | CONTINUE DRAFTING 12B MOTION | 1.25 | 590.63 |
| 05/03/22 | WWS | FOLLOW UP RESEARCH RE: LITIGATION PRIVILEGE | 0.60 | 283.50 |
| 05/03/22 | WWS | REVISE LITIGATION PRIVILEGE ARGUMENT | 1.80 | 850.50 |
| 05/03/22 | WWS | REVISE 12B MOTION | 4.00 | 1,890.00 |
| 05/04/22 | WWS | FOLLOW UP RE: _____ ReDACT _____ AND _____ | 2.50 | 1,181.25 |
| 05/04/22 | WWS | DRAFT DUE PROCESS SECTION; REVISE | 2.50 | 1,181.25 |
| 05/05/22 | WWS | FOLLOW UP RESEARCH RE: LITIGATION PRIVILEGE; _____ Rdact _____; SUPPLEMENT LITIGATION PRIVILEGE ARGUMENT | 2.50 | 1,181.25 |
| 05/05/22 | WWS | FINAL REVISION ON LAST THIRD OF BRIEF | 1.50 | 708.75 |

JRG ATTORNEYS AT LAW

OUR IDENTIFYING CODE FOR THIS CASE:   JRG-21-076/HB

| DATE | ATTY | SERVICES RENDERED | HOURS | AMOUNT |
|---|---|---|---|---|
| 05/06/22 | WWS | CONFER WITH H. BINDER RE: 12B MOTION | 0.25 | 118.13 |
| 05/07/22 | WWS | REVISE MEMO OF POINTS AND AUTHORITIES FOR MOTION TO DISMISS | 2.00 | 945.00 |
| 05/07/22 | WWS | REVISE REQUEST FOR JUDICIAL NOTICE | 0.50 | 236.25 |
| 05/07/22 | WWS | FURTHER REVISION | 1.80 | 850.50 |
| 05/08/22 | WWS | FINAL REVIEW; FOLLOW UP ON DUE PROCESS ARGUMENT | 2.00 | 945.00 |
| 05/09/22 | HB | PHONE CALL WITH WENDY RE: MOTION TO DISMISS. | 0.85 | 439.88 |
| 05/09/22 | WWS | FINAL PROOF | 0.50 | 236.25 |
| 05/10/22 | HB | REVIEW MOTION TO DISMISS; REVIEW EMAIL TO CLIENT RE: SAME. | 1.00 | 517.50 |
| 05/10/22 | WWS | REVIEW MESSAGE FROM COURT RE: NOTICE | 0.10 | 47.25 |
| 05/11/22 | WWS | REVIEW AND REVISE AMENDED NOTICE RE: DISMISSAL | 0.30 | 141.75 |
| 05/23/22 | WWS | REVIEW SPECIFIC CLAIMS OF JRG | 1.00 | 472.50 |
| 05/23/22 | WWS | FURTHER INVESTIGATION OF FIDUCIARY DUTY AND NEW MALPRACTICE CLAIMS | 1.50 | 708.75 |
| 05/23/22 | WWS | REVIEW AND ANALYZE OPPOSITION TO MOTION TO DISMISS SECOND AMENDED COMPLAINT BASED ON CORPORATION CODE; OUTLINE ISSUES FOR REPLY TO OPPOSITION RE: CLAIMS THAT PROCEEDS PROPERTY OF THE BANKRUPTCY ESTATE THROUGH CORPORATION CODE TERMS; OUTLINE ISSUES FOR REPLY | 2.50 | 1,181.25 |
| 05/24/22 | WWS | FURTHER INVESTIGATION TO DEFEAT SUSPENSION BY TRUSTEE OF ALL STATUES OF LIMITATIONS [REDUCED FROM 2.5 HOURS] | 1.50 | 708.75 |
| 05/24/22 | WWS | DRAFT REPLY | 3.50 | 1,653.75 |
| 05/25/22 | WWS | REVISE REPLY TO OPPOSITION TO MOTION | | |

JRG ATTORNEYS AT LAW

OUR IDENTIFYING CODE FOR THIS CASE:   JRG-21-076/HB

| DATE | ATTY | SERVICES RENDERED | HOURS | AMOUNT |
|------|------|-------------------|-------|--------|
| | | TO DISMISS | 1.70 | 803.25 |
| 05/25/22 | WWS | REVISE REPLY; FOLLOW UP RESEARCH RE: LIMITATIONS OF INJUNCTIVE RELIEF IN PLAN OF REORGANIZATION | 3.00 | 1,417.50 |
| 05/26/22 | WWS | REVISE REPLY | 2.50 | 1,181.25 |
| 05/27/22 | HB | REVIEW REPLY TO TRUSTEE'S MOTION TO DISMISS AND TRUSTEE'S OPPOSITION; DISCUSS WITH WENDY. | 0.90 | 465.75 |
| 05/27/22 | WWS | REVIEW NEW CASE TO ENHANCE TIME-BAR ARGUMENT AGAINST CLAIMS IN SECOND AMENDED COMPLAINT | 0.50 | 236.25 |
| 06/01/22 | WWS | CONFERENCE WITH HEINZ BINDER RE: INJUNCTION AND MALPRACTICE ISSUES | 0.20 | 94.50 |
| 06/01/22 | WWS | CONFIRM RESERVATION OF RIGHT TO ARTICLE III COURT IN LIGHT OF JURISDICTION/DUE PROCESS ARGUMENT | 0.30 | 141.75 |
| 06/05/22 | WWS | OUTLINE ISSUES AND PREPARE ARGUMENT FOR 12 BY HEARING- REDUCED FROM 2.5 HOURS | 2.00 | 945.00 |
| 06/06/22 | HB | PHONE CALL WITH WENDY RE: PREPARATION OF MOTION TO DISMISS. | 0.45 | 232.88 |
| 06/06/22 | WWS | CONFERENCE WITH H. BINDER RE: STRATEGY FOR HEARING | 0.50 | 236.25 |
| 06/06/22 | WWS | HEARING ON MULTIPLE MOTIONS TO DISMISS SECOND AMENDED COMPLAINT | 2.00 | 945.00 |
| 06/06/22 | WWS | POST HEARING CONFERENCE WITH R. ODEA RE: VIEW OF COURT'S POSITION | 0.30 | 141.75 |
| 06/07/22 | HB | REVIEW EMAIL FROM WENDY RE: UPDATE. | 0.40 | 207.00 |
| 06/07/22 | WWS | CONFERENCE WITH H. BINDER RE: JRG HEARING | 0.20 | 94.50 |
| 07/22/22 | WWS | EXCHANGE MESSAGES WITH OPPOSING COUNSEL RE: CONTINUED STATUS CONFERENCE IN LIGHT OF DELAYED RULING | | |

JRG ATTORNEYS AT LAW

OUR IDENTIFYING CODE FOR THIS CASE:   JRG-21-076/HB

| DATE | ATTY | SERVICES RENDERED | HOURS | AMOUNT |
|------|------|-------------------|-------|--------|
| | | FROM COURT; REVIEW PROPOSED STIPULATION | 0.25 | 118.13 |
| 07/24/22 | WWS | EXCHANGE MESSAGES WITH OPPOSING COUNSEL RE: STIPULATION TO CONTINUE STATUS CONFERENCE | 0.20 | 94.50 |
| 07/25/22 | WWS | CONTACT OPPOSING COUNSEL RE: STIPULATION TO CONTINUE STATUS CONFERENCE DUE TO COURT'S DELAY IN ISSUING ORDER | 0.10 | 47.25 |
| 07/25/22 | WWS | REVIEW MESSAGE FROM OPPOSING COUNSEL RE: STIPULATION RE: DISCOVERY CONFERENCE AND STATUS HEARING | 0.10 | 47.25 |
| 07/27/22 | HB | CONFER WITH W. SMITH RE: CASE STATUS. | 0.30 | 155.25 |
| 07/27/22 | WWS | CONFER WITH H. BINDER RE: CASE STATUS | 0.30 | 141.75 |
| 08/01/22 | HB | PHONE CALL WITH W. SMITH; REVIEW COURT OPINION; ASSESS AND DISCUSS. | 1.30 | 672.75 |
| 08/01/22 | WWS | REVIEW COURT RULING ON MOTION TO DISMISS; PHONE CALL WITH H. BINDER; MESSAGE TO CLIENT RE: SAME | 0.50 | 236.25 |
| 08/01/22 | WWS | REVIEW REQUIREMENTS FOR COSTS AND FEES | 0.20 | 94.50 |
| 08/02/22 | WWS | EXCHANGE MESSAGE WITH CLIENT RE: FEES AND BILL OF COSTS | 0.20 | 94.50 |
| 08/08/22 | WWS | PHONE CALL WITH P. ROVELLA RE: BILL OF COSTS | 0.20 | 94.50 |
| 08/08/22 | WWS | MESSAGE TO CLIENT RE: BILL OF COSTS | 0.10 | 47.25 |
| 08/25/22 | WWS | MANAGE FILING TO CORRECT COURT ERRORS [NO CHARGE] | 0.50 | 0.00 |
| 08/26/22 | HB | REVIEW EMAIL FROM WENDY TO CLIENT RE: POSSIBLE APPEAL AND DISCOVERY. | 0.40 | 207.00 |
| 08/26/22 | WWS | PHONE CALL WITH R. O'DEA RE: TRUSTEE'S POSSIBLE APPEAL | 0.25 | 118.13 |
| 08/26/22 | WWS | PRELIMINARY RESEARCH AND ANALYSIS RE: | | |

JRG ATTORNEYS AT LAW

OUR IDENTIFYING CODE FOR THIS CASE:   JRG-21-076/HB

| DATE | ATTY | SERVICES RENDERED | HOURS | AMOUNT |
|------|------|-------------------|-------|--------|
| | | POSITION THAT TRUSTEE MAY FILE APPEAL; ARGUMENT THAT IT IS NOT TIMELY; JURISDICTION; NEED TO FILE A STATEMENT; AND MESSAGE TO CLIENT RE: SAME | 1.50 | 708.75 |
| 08/29/22 | HB | DETAILED PHONE CALL WITH WENDY RE: CASE STATUS AND RECOVERY OF ATTORNEYS' FEES. | 0.70 | 362.25 |
| 08/29/22 | HB | REVIEW FILE RE: MULTIPLE COMPLAINTS AND RECOVERY OF ATTORNEY FEES. | 1.00 | 517.50 |
| 08/29/22 | WWS | CONFER WITH CLIENT RE: TRUSTEE'S THREAT TO APPEAL DISMISSAL DECISION | 0.50 | 236.25 |
| 08/29/22 | WWS | DETAILED CONFERENCE WITH H. BINDER RE: CASE STATUS AND ATTORNEY FEE RECOVERY | 0.70 | 330.75 |
| 08/29/22 | WWS | DRAFT OPPOSITION TO MOTION FOR SEPARATE JUDGMENT TO CLARIFY RIGHT TO ATTORNEY'S FEES AND DISMISSAL OF ENTIRE ACTION | 1.80 | 850.50 |
| 08/29/22 | WWS | REVISE OPPOSITION | 1.20 | 567.00 |
| 08/29/22 | WWS | FOLLOW UP RESEARCH RE: TIMING OF APPEAL ON ENTRY OF PARTIAL JUDGMENT BASED ON OLD ORDER | 0.80 | 378.00 |
| 08/29/22 | WWS | DRAFT PROPOSED ORDER AND PROPOSED JUDGMENT | 0.80 | 378.00 |
| 08/29/22 | WWS | PRELIMINARY RESEARCH RE: ABILITY TO CLAIM ATTORNEY'S FEES FROM SECOND AMENDED COMPLAINT | 0.50 | 236.25 |
| 08/29/22 | WWS | FURTHER REVISION OF OPPOSITION [NO CHARGE] | 0.50 | 0.00 |
| 08/30/22 | HB | PHONE CALL WITH WENDY RE: POTENTIAL RECOVERY OF ATTORNEYS' FEES. | 0.60 | 310.50 |
| 08/30/22 | WWS | INVESTIGATE SERVICE FAILURE BY COURT [NO CHARGE] | 0.80 | 0.00 |

JRG ATTORNEYS AT LAW

OUR IDENTIFYING CODE FOR THIS CASE: JRG-21-076/HB

| DATE | ATTY | SERVICES RENDERED | HOURS | AMOUNT |
|------|------|-------------------|-------|--------|
| 08/30/22 | WWS | PHONE CALL WITH AURORA'S COUNSEL RE: RISKY POSITION CLAIMING COURT MISTAKENLY DISMISSED ENTIRE CASE | 0.50 | 236.25 |
| 08/30/22 | WWS | DRAFT MESSAGE TO CLIENT RE: ALTERNATIVE OPPOSITION BY AURORA; AND PHONE CALL WITH CLIENT RE: SAME | 0.50 | 236.25 |
| 08/30/22 | WWS | PREPARE NOTICE OF APPEAL IF NEEDED [NO CHARGE] | 0.50 | 0.00 |
| 08/30/22 | WWS | FOLLOW UP INVESTIGATION WITH COURT'S REMOVAL FROM .ECF NOTICING [NO CHARGE] | 0.50 | 0.00 |
| 08/30/22 | WWS | MESSAGE TO AURORA'S COUNSEL RE: COURT'S FAILURE TO SERVE MOTION | 0.10 | 47.25 |
| 08/31/22 | HB | REVIEW TIMING AND CASE STRATEGY. | 0.40 | 207.00 |
| 09/02/22 | HB | REVIEW REPLY; REVIEW EMAIL TO CLIENT AND DISCUSS WITH WENDY. | 0.75 | 388.13 |
| 09/02/22 | WWS | REVIEW TRUSTEE'S REPLY TO OPPOSITION BY JRG AND AURORA TO MOTION FOR RULE 54(B) MOTION BY TRUSTEE | 0.30 | 141.75 |
| 09/09/22 | CPB | CASE REVIEW WITH PARTNER HEINZ BINDER AND PARTNER WENDY SMITH | 0.40 | 153.00 |
| 09/09/22 | HB | PHONE CALL WITH WENDY & CHRIS. | 0.40 | 207.00 |
| 09/09/22 | WWS | CONFER WITH H. BINDER & C. BINDER RE: STATUS AND ISSUES RE: POTENTIAL APPEAL BY TRUSTEE; ATTORNEYS' FEES | 0.40 | 189.00 |
| 09/12/22 | CPB | MEETING WITH PARTNER WENDY SMITH RE: JRG ATTORNEY FEE ISSUES AND RESEARCH NEEDED | 0.70 | 267.75 |
| 09/12/22 | CPB | MEETINGS WITH PARTNER WENDY SMITH RE: ATTORNEY FEE ISSUE; RESEARCH SAME; DETAILED EMAIL AND MEMO RE: SAME TO WENDY SMITH AND PARTNER HEINZ BINDER | 4.00 | 1,530.00 |
| 09/12/22 | WWS | REVIEW SERVICE ISSUE RE: ARGUMENT OF CERTIFYING SEPARATE JUDGMENT | 0.25 | 118.13 |

JRG ATTORNEYS AT LAW

OUR IDENTIFYING CODE FOR THIS CASE: JRG-21-076/HB

| DATE | ATTY | SERVICES RENDERED | HOURS | AMOUNT |
|------|------|-------------------|-------|--------|
| 09/12/22 | WWS | CONFER WITH C. BINDER RE: POSSIBLE CLAIM FOR ATTORNEYS' FEES IF JUDGMENT IS ENTERED | 0.70 | 330.75 |
| 09/12/22 | WWS | REVIEW PRIMARY RESEARCH RE: APPEALABILITY OF DISMISSAL | 0.20 | 94.50 |
| 09/12/22 | WWS | PREPARE FOR HEARING ON MOTION FOR SEPARATE JUDGMENT | 0.25 | 118.13 |
| 09/12/22 | WWS | ATTEND HEARING ON MOTION FOR SEPARATE JUDGMENT | 0.75 | 354.38 |
| 09/12/22 | WWS | BEGIN REVIEW OF FEDERAL LAW RE: COLLECTING ATTORNEYS' FEES | 0.25 | 118.13 |
| 09/12/22 | WWS | MESSAGE TO H. BINDER RE: HEARING AND POSSIBLE OUTCOMES | 0.25 | 118.13 |
| 09/12/22 | WWS | CONFER WITH C. BINDER RE: FEES [ NO CHARGE] | 0.25 | 0.00 |
| 10/05/22 | WWS | CHECK DOCKET RE: STATUS OF PENDING STATUS CONFERENCE | 0.10 | 47.25 |
| 10/06/22 | HB | REVIEW JUDGMENT AND COURT ORDER. | 0.50 | 258.75 |
| 10/06/22 | WWS | REVIEW ORDER ISSUED BY COURT CERTIFYING PARTIAL JUDGMENT FOR PURPOSE OF APPEAL, REVIEW RELATED JUDGMENT; DRAFT MEMO RE: IMPACT OF ORDER AND ALTERNATIVES IN SEEKING ATTORNEYS' FEES; IMPACT OF APPEAL | 0.80 | 378.00 |
| 10/10/22 | HB | REVIEW FILE; PHONE CALL WITH WENDY; MEMO TO FILE. | 0.70 | 362.25 |
| 10/10/22 | HB | REVIEW WENDY'S DRAFT EMAIL TO CLIENT RE: OPTIONS AND DISCUSS. | 0.50 | 258.75 |
| 10/13/22 | HB | PHONE CALL WITH WENDY; REVIEW EMAIL FROM WENDY RE: APPEAL, ATTORNEY FEES AND ISSUES. | 0.50 | 258.75 |
| | | | 261.55 | $117,461.42 |

JRG ATTORNEYS AT LAW

OUR IDENTIFYING CODE FOR THIS CASE:   JRG-21-076/HB

|  |  |
|---|---|
| 261.55 | $117,461.42 |

| SUMMARY | HOURS | RATE | AMOUNT |
|---|---|---|---|
| HEINZ BINDER | 1.25 | 517.52 | 646.90 |
| HEINZ BINDER | 4.95 | 517.51 | 2,561.66 |
| HEINZ BINDER | 23.90 | 517.50 | 12,368.26 |
| WENDY SMITH | 0.05 | 472.60 | 23.63 |
| WENDY SMITH | 0.15 | 472.53 | 70.88 |
| WENDY SMITH | 3.75 | 472.52 | 1,771.95 |
| WENDY SMITH | 1.50 | 472.51 | 708.76 |
| WENDY SMITH | 206.05 | 472.50 | 97,358.63 |
| CHRIS BINDER | 5.10 | 382.50 | 1,950.75 |
| WENDY SMITH | 14.85 | 0.00 | 0.00 |

-13,700.27

103,761.15