Heinz Binder (SBN 87908)
Wendy Watrous Smith (SBN 133887)
BINDER & MALTER, LLP
2775 Park Avenue
Santa Clara, CA 95050
T: (408) 295-1700
F: (408) 295-1531
Email: heinz@bindermalter.com
Email: wendy@bindermalter.com

Attorneys for Defendant JRG Attorneys at Law
(Named in Complaint as Johnson, Rovella, Retterer,
Rosenthal & Gilles, LLP)

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re: | Case No.   15-BK-50801-MEH |
| ROBERT BROWER, SR., | Chapter 11 |
| Debtor. | Adv. No.:  21-ap-05029-MEH |
| MICHAEL G. KASOLAS, solely in his capacity as the Liquidating Trustee for the Robert Brower, Sr. Liquidating Trust, | Date:    December 5, 2022<br>Time:    11:00 a.m.<br>Place:   Courtroom 11<br>Judge:   M. Elaine Hammond |
| Plaintiff, | |
| v. | |
| PATRICIA BROWER, solely as the trustee of the BROWER TRUST (2015), dated June 30, 2015, et al. | |
| Defendants. | |

**AMENDED NOTICE OF HEARING ON MOTION FOR THE PREVAILING PARTY TO RECOVER ATTORNEYS' FEES PURSUANT TO FRCP 54(d)**

To The Honorable M. Elaine Hammond, United States Bankruptcy Judge, Plaintiff, All Defendants and Their Attorneys of Record:

AMENDED NOTICE OF HEARING ON MOTION TO RECOVER ATTORNEYS' FEES    PAGE 1

PLEASE TAKE NOTICE that at the date, time set forth above a hearing will be held on the Motion for the Prevailing Party to Recover Attorneys' Fees Pursuant to FRCP 54(d) (the "Motion") brought by Defendant JRG Attorneys at Law, LLP, named in the complaint as Johnson, Rovella, Retterer, Rosenthal & Gilles, LLP, ("JRG Attorneys").

The Motion is based on this Notice, the Motion, a supporting Memorandum of Points and Authorities, Declaration of Paul Rovella and Declaration of Wendy Watrous Smith.

PLEASE TAKE FURTHER NOTICE that pursuant to Eighth Amended General Order #38, All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about Court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

Beginning March 1, 2022, all matters before Judge Hammond will be conducted in person, in the courtroom, unless otherwise ordered by the court.

(1) Counsel and interested parties may appear at the hearing either in person or by Zoom. Prior court approval is not required for in person or Zoom appearances;

(2) Additional information is available on Judge Hammond's Procedures page on the court's website at https://www.canb.uscourts.gov/procedure/hammond/judge-hammond%E2%80%99s-practices-and-procedures-person-hearings; and

(3) Specific instructions will be provided by the Court regarding this hearing within the week prior to the hearing and will be found at the bottom of the calendar posted for that day and time.

Notice is further given pursuant to Eighth Amended General Order 38, that ECF Registered Participants must continue to file all documents electronically. All other parties may submit documents for filing by mail, electronically via the Court's website, in designated drop-box locations or at the Clerk's office Intake Counter during the posted hours of public operation. Filing fee payments (no cash) may be submitted electronically, by mail or drop-box, or at the Clerk's

AMENDED NOTICE OF HEARING ON MOTION TO RECOVER ATTORNEYS' FEES          PAGE 2

Case: 21-05029    Doc# 185    Filed: 10/24/22    Entered: 10/24/22 10:08:23    Page 2 of 3

office Intake Counter during the posted hours of public operation. Information regarding Clerk's office Intake Counter hours of public operation, the electronic submission of documents, mailing addresses and the location of drop-boxes is available on the Court's website home page under the banner "Court Operations during the COVID-19 Outbreak Information about Hearings, Filings, and Operations": https://www.canb.uscourts.gov/content/page/court-operations-during-covid-19-outbreak.

Dated: October 24, 2022                                BINDER & MALTER, LLP


By: /s/ *Wendy Watrous Smith*
Wendy Watrous Smith
Attorneys for JRG Attorneys at Law