STEVEN T. GUBNER – Bar No. 156593
JASON B. KOMORSKY – Bar No. 155677
JESSICA L. BAGDANOV – Bar No. 281020
JESSICA S. WELLINGTON – Bar No. 324477
BG LAW LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone: (818) 827-9000
Facsimile: (818) 827-9099
Email:      sgubner@bg.law
            jkomorsky@bg.law
            jbagdanov@bg.law
            jwellington@bg.law

Attorneys for Michael G. Kasolas, Liquidating Trustee
For the Robert Brower, Sr. Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re | Bk. Case No. 15-50801 MEH |
| ROBERT BROWER, SR., | Chapter 11 |
| Debtor. | Adv. Case No. 21-05029 MEH |
| | BAP CASE NO. _____ |
| MICHAEL G. KASOLAS, solely in his capacity as the Liquidating Trustee for the Robert Brower, Sr. Liquidating Trust, | **STATEMENT OF ISSUES ON APPEAL** |
| Plaintiff, | |
| v. | |
| PATRICIA BROWER, solely as trustee of the BROWER TRUST (2015), dated June 30, 2015, et al. | |
| Defendants. | |

Michael G. Kasolas, solely in his capacity as Liquidating Trustee of the Robert Brower, Sr. Liquidating Trust (the "Liquidating Trustee" or "Appellant"), pursuant to Fed. R. Bankr. P. 8009, hereby submits the following statement of issues on appeal regarding the Bankruptcy Court's Partial Final Judgment, entered October 6, 2022 [Doc. No. 172]:

1. Whether the Bankruptcy Court committed reversible error by granting with prejudice the motions to dismiss the Second Amended Complaint filed by Appellees Aurora Capital Advisors, Richard Babcock, Anthony Nobles, Oldfield Creely, LLP, and JRG Attorneys at Law, LLP. Docs. 158, 159, 160, 161.

2. Whether the Bankruptcy Court committed reversible error by concluding that the Second Amended Complaint failed to adequately plead that proceeds from the liquidation of the Debtor's wholly owned corporation were property of the Debtor's bankruptcy estate under the Bankruptcy Code, California law and/or the Amended Articles of Incorporation. Doc. 158, 5-7.

3. Whether the Bankruptcy Court committed reversible error by granting the motions to dismiss the First Amended Complaint filed by Appellees Aurora Capital Advisors, Richard Babcock, Anthony Nobles, and Oldfield Creely, LLP. Docs. 97, 98, 99, 101, 102.

4. Whether the Bankruptcy Court committed reversible error by concluding that alter ego does not provide a cognizable theory for the liquidated assets of the Debtor's wholly owned corporation to become property of the Debtor's bankruptcy estate. Doc. 97, 8:8–9.

5. Whether the Bankruptcy Court committed reversible error by concluding that the First Amended Complaint failed to adequately plead that the proceeds from the liquidation of the Debtor's wholly owned corporation were property of the Debtor's bankruptcy estate. Doc. 97, 8-11.

DATED: October 27, 2022        BG LAW LLP

By: /s/ Jessica S. Wellington
    Jason B. Komorsky
    Jessica L. Bagdanov
    Jessica S. Wellington
Attorneys for Michael G. Kasolas, Liquidating Trustee
For the Robert Brower, Sr. Liquidating Trust

# CERTIFICATE OF SERVICE

I, JESSICA STUDLEY, certify that service of following document:

**STATEMENT OF ISSUES ON APPEAL**

was made on October 27, 2022 by:

☐ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☒ Notice of Electronic Filing (NEF): The foregoing document will be served by the court via NEF and hyperlink to the document. I checked the CM/ECF docket for this case and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Jessica L. Bagdanov    jbagdanov@bg.law, ecf@bg.law
- James C. Bastian    jbastian@shbllp.com
- Jason B. Komorsky    jkomorsky@bg.law, ecf@bg.law
- Ryan O'Dea    rodea@shbllp.com
- Aron M. Oliner    roliner@duanemorris.com, dmicros@duanemorris.com
- Rogelio Serrano-Gutierrez    rserrano@kdvlaw.com
- Wendy W. Smith    wendy@bindermalter.com
- Jessica Wellington    jwellington@bg.law, ecf@bg.com

☐ Overnight Delivery: By enclosing in a UPS envelope for next day delivery.

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addresses to the following officer of the defendant at:

☐ Email: The defendant's counsel was served by email as follows:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times, during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: October 27, 2022

    /s/ Jessica Studley
JESSICA STUDLEY
BG LAW LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367