Entered on Docket
April 12, 2023
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



FILED

APR 12 2023

SUSAN M. SPRAUL, CLERK
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

# UNITED STATES BANKRUPTCY APPELLATE PANEL

## OF THE NINTH CIRCUIT

___

In re: ROBERT S. BROWER, SR.

Debtor

------------------------------

MICHAEL G. KASOLAS, Liquidating Trustee for the Robert Brower, Sr. Liquidating Trust

Appellant

v.

AURORA CAPITAL ADVISORS; RICHARD BABCOCK; JRG ATTORNEYS AT LAW; OLDFIELD CREELY, LLP; ANTHONY NOBLES

Appellees

BAP No. NC-22-1215-FBG

Bankr. No. 5:15-bk-50801-MEH
Adv. No. 5:21-ap-05029-MEH
Chapter 11

April 12, 2023

___

## JUDGMENT

ON APPEAL from the United States Bankruptcy Court for California Northern - San Jose.

THIS CAUSE came on to be heard on the record from the above court.

ON CONSIDERATION WHEREOF, it is ordered and adjudged by this Panel that the judgment of the Bankruptcy Court is AFFIRMED.

**FOR THE PANEL,**

Susan M Spraul
Clerk of Court
**By:** Cecil Lizandro Silva, Deputy Clerk

**Date:** April 12, 2023