UNITED STATES BANKRUPTCY APPELLATE PANEL

OF THE NINTH CIRCUIT

_____

In re: ROBERT S. BROWER, SR.

                Debtor

-------------------------------

MICHAEL G. KASOLAS, Liquidating Trustee for the Robert Brower, Sr. Liquidating Trust

                Appellant

v.

AURORA CAPITAL ADVISORS; RICHARD BABCOCK; JRG ATTORNEYS AT LAW; OLDFIELD CREELY, LLP; ANTHONY NOBLES

                Appellees

BAP No. NC-22-1215-FBG

Bankr. No. 5:15-bk-50801-MEH
Adv. No. 5:21-ap-05029-MEH
Chapter 11

May 3, 2023

_____

Date: May 3, 2023

The referenced appeal was mandated by this Panel on March 3, 2023. The judgment was appealed to the United States Court of Appeals for the Ninth Circuit on March 2, 2023. The appeal to the Ninth Circuit is currently pending.

                By: Cecil Lizandro Silva, Deputy Clerk
                Date: May 3, 2023